

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
YOLANDA BEJASA-OMEGA,

                Plaintiff,

- against -

PV HOLDING CORP. and RONALD M. SKLON,

                Defendants.
------------------------------------x

RULE 7.1
DISCLOSURE STATEMENT

CASE NO.
**07 CIV. 2950**

JUDGE KRAM

    The defendant, PV Holding Corp., is organized and existing by virtue of the laws of the State of Delaware and is a subsidiary of Avis Budget Car Rental, LLC, a publicly traded corporation listed on the New York Stock Exchange under symbol: CAR.

Dated:  Tarrytown, New York
       April 10, 2007

                              Yours, etc.

                              REARDON & SCLAFANI, P.C.
                              Attorneys for Defendant, PV Holding
                              OFFICE & P.O. ADDRESS
                              220 White Plains Road, Suite 235
                              Tarrytown, New York  10591
                              (914) 366-0201

By: _____
     MICHAEL V. SCLAFANI (MS 9210)