UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
YOLANDA BEJASA-OMEGA,                    Docket No.:    07 Civ. 2950 (LLS)
                                         Justice:      Hon. Louis L. Stanton
                       Plaintiff,

         -v.-

PV HOLDING CORP. and RONALD M. SKLON,    ***NOTICE OF APPEARANCE***

                       Defendants.
-------------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that the undersigned hereby appears as attorney of record for the plaintiff in the above captioned action.

     **PLEASE TAKE FURTHER NOTICE** that any and all pleadings and papers relative to this matter should be served upon the undersigned.

Dated:  New York, New York
        May 3, 2007

                                    SAKKAS & CAHN, LLP

                           By: _____
                                  MATTHEW SAKKAS, ESQ.
                                  Attorney for Plaintiff
                                  150 Broadway, Suite 1307
                                  New York, N.Y.  10038
                                  Tel:    (212)693-1313
                                  Fax:   (212)693-1314

## AFFIRMATION OF SERVICE

MATTHEW SAKKAS, an attorney duly admitted to practice law before this Court, affirms to the truth of the following under penalty of perjury:

I am not a party to this action, I am over 18 years of age and I reside in New York, New York. On May 3, 2007 I mailed a copy of the within *NOTICE OF APPEARANCE* to the persons or firms listed below at the following addresses:

| | |
|---|---|
| Reardon & Sclafani, P.C. | Montfort, Healy, McGuire & Salley |
| Attorneys for Defendant PV Holding Corp. | Attorneys for Defendant Ronald M. Sklon |
| Attn.: Michael Sclafani | Attn.: Hugh Larkin |
| 220 White Plains Road, Suite 235 | 1140 Franklin Avenue |
| Tarrytown, NY 10591 | P.O. Box 7677 |
| | Garden City, NY 11530-7677 |

by enclosing a copy of same in a postpaid properly addressed envelope and depositing said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

Dated: New York, New York
       May 3, 2007

SAKKAS & CAHN, LLP

By: _____
MATTHEW SAKKAS, ESQ.
Attorney for Plaintiff
150 Broadway, Suite 1307
New York, N.Y. 10038
Tel:   (212)693-1313
Fax:   (212)693-1314

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Docket No.:    07 Civ. 2950 (LLS)<br>Justice:         Hon. Louis L. Stanton |

YOLANDA BEJASA-OMEGA,

                                        Plaintiff,

                    -*v.*-

PV HOLDING CORP. and RONALD M. SKLON,

                                        Defendants.

## **N O T I C E   O F   A P P E A R A N C E**

*SAKKAS & CAHN, LLP*
Attorney for Plaintiff
150 Broadway, Suite 1307
New York, N.Y.  10038
Tel:(212)693-1313
Fax:(212)693-1314