UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
YOLANDA BEJASA-OMEGA,                    Docket No.:    07 Civ. 2950 (SWK)
                                         Justice:      Hon. Shirley Wohl Kram
         Plaintiff,

    -v.-                                             ***NOTICE OF ORDER FOR CONFERENCE PURSUANT TO RULE 16(b)***

PV HOLDING CORP. and RONALD M. SKLON,

         Defendants.
-------------------------------------------------------------------X

  **PLEASE TAKE NOTICE** that pursuant to the directive of the Hon. Louis L. Stanton, counsel for the defendants are hereby notified of the ***Order for Conference Pursuant to Rule 16(b)***, a copy of which is annexed hereto.

Dated: New York, New York
    May 3, 2007

             S A K K A S   &   C A H N ,   L L P

      By: _____
        MATTHEW SAKKAS, ESQ.
        Attorney for Plaintiff
        150 Broadway, Suite 1307
        New York, N.Y. 10038
        Tel: (212)693-1313
        Fax: (212)693-1314

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -X

YOLANDA BEJASA-OMEGA

    Plaintiffs,                    ORDER FOR CONFERENCE
                                     PURSUANT TO RULE 16(b)
        v.

PV HOLDING CORP. & RONALD M. SKLON      07 Civ. 2950 (LLS)

    Defendants

- - - - - - - - - - - - - - - - - - - -X

       This action is scheduled for a conference in accordance with Fed. R. Civ. P. 16(b) on __Friday, July 13th__, 2007 at ____2:30 p.m.____ in Room ____21C____. The parties must be prepared to discuss, at the conference, the subjects set forth in subdivisions (b) and (c) of Rule 16.

       <u>At least a day before the time of the conference</u>, the parties are jointly to prepare and sign, and at the conference they are to submit to me a proposed Scheduling Order, previously signed by counsel and <u>pro se</u> litigants, containing the following:

    (1)   the date of the conference and the appearances for the parties;

    (2)   a concise statement of the issues as they then appear;

    (3)   a schedule including:

        (a)   the names of persons to be deposed and a schedule of planned depositions;

        (b)   a schedule for the production of documents;

(c) dates by which (i) each expert's reports* will be supplied to the adversary side, and (ii) each expert's deposition will be completed;

(d) time when discovery is to be completed;

(e) the date by which plaintiff will supply his pre-trial order materials to defendant;

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

(6) anticipated fields of expert testimony, if any;

(7) anticipated length of trial and whether to court or jury;

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires;

(9) names, address, phone numbers and signatures of counsel; and

---

*The experts' reports are to set forth not merely the expert's qualifications and conclusions, but also the facts on which the expert relies and the process of reasoning by which the expert's conclusions are reached.

(10) provision for approval of the court and signature line for the court.

If the action is for personal injuries, plaintiff is directed to make a monetary settlement demand and defendant is directed to respond to such demand prior to the conference.

Plaintiff is directed forthwith to notify defendant(s) of the contents of this order, and send a copy of the notification to my chambers.

Dated:   May 2, 2007
         New York, New York

                                    *Louis L. Stanton*
                                    LOUIS L. STANTON
                                    U. S. D. J.

## AFFIRMATION OF SERVICE

MATTHEW SAKKAS, an attorney duly admitted to practice law before this Court, affirms to the truth of the following under penalty of perjury:

I am not a party to this action, I am over 18 years of age and I reside in New York, New York. On May 3, 2007 I mailed a copy of the within **NOTICE OF ORDER FOR CONFERENCE PURSUANT TO RULE 16(b)** to the persons or firms listed below at the following addresses:

Reardon & Sclafani, P.C.
Attorneys for Defendant PV Holding Corp.
Attn.:  Michael Sclafani
220 White Plains Road, Suite 235
Tarrytown, NY  10591

Montfort, Healy, McGuire & Salley
Attorneys for Defendant Ronald M. Sklon
Attn.:  Hugh Larkin
1140 Franklin Avenue
P.O. Box 7677
Garden City, NY  11530-7677

United States District Court - SDNY
Attn.:  Chambers of Hon. Louis Stanton
500 Pearl Street
New York, NY 10007-1312

by enclosing a copy of same in a postpaid properly addressed envelope and depositing said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

Dated: New York, New York
       May 3, 2007

                              SAKKAS & CAHN, LLP

                        By: _____
                              MATTHEW SAKKAS, ESQ.
                              Attorney for Plaintiff
                              150 Broadway, Suite 1307
                              New York, N.Y.  10038
                              Tel:   (212)693-1313
                              Fax:   (212)693-1314

| | |
|---|---|
| UNITED STATES DISTRICT COURT | Docket No.:   07 Civ. 2950 (SWK) |
| SOUTHERN DISTRICT OF NEW YORK | Justice:   Hon. Shirley Wohl Kram |

YOLANDA BEJASA-OMEGA,

                                          Plaintiff,

                                          *-v.-*

PV HOLDING CORP. and RONALD M. SKLON,

                                          Defendants.

***NOTICE OF ORDER FOR CONFERENCE***
***P U R S U A N T   T O   R U L E   1 6 ( b )***

*SAKKAS & CAHN, LLP*
Attorney for Plaintiff
150 Broadway, Suite 1307
New York, N.Y. 10038
Tel:(212)693-1313
Fax:(212)693-1314