UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
YOLANDA BEJASA-OMEGA,                                    Docket No.:      07 Civ. 2950 (SWK)
                                                         Justice:      Hon. Shirley Wohl Kram
                                  Plaintiff,

                -*v.*-                              ***PLAINTIFF'S RULE 26***

PV HOLDING CORP. and RONALD M. SKLON,    ***DISCLOSURE***

                         Defendants.
-------------------------------------------------------------------X

      Plaintiff, by her counsel, make the following disclosure pursuant to FRCP Rule 26(a)(1):

      (A)     Names and addresses of persons having discoverable information:

                All persons listed on the police accident report (including the reporting police officer).

      (B)     Documents and things in the possession of the disclosing party:

                Authorizations for records from medical providers annexed.  Said authorizations include: Dr. Nirmal Tejwani; NYU Hospital for Joint Diseases; Bellevue Hospital; North Shore University Hospital at Forest Hills; Dr. Jhiansi Rao.

                Police accident report annexed.

      (C)     Computation of damages:

                Authorization for records from GEICO, the no-fault insurance carrier annexed.

                Authorization for records from Empire Blue Cross Blue Shield annexed.

(D)    Insurance agreement:

Not applicable.

Dated: New York, New York
       June 6, 2007

S A K K A S    &    C A H N ,    L L P

By: _____

MATTHEW SAKKAS, ESQ. (WMS 3351)
Attorney for Plaintiff
150 Broadway, Suite 1307
New York, N.Y.  10038
Tel:    (212)693-1313
Fax:    (212)693-1314

# POLICE ACCIDENT REPORT (NYC)

Precinct **017**

Accident No. **3056**

Complaint Number

☐ AMENDED REPORT

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☐ | Left Scene ☐ | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|
| Month **10** | Day **27** | Year **2006** | **FRI** | **0830** | **01** | **01** | | Reconstructed ☐ | ☐ | ☐ Yes ☐ No |

**VEHICLE 1** ☐ VEHICLE 2 ☐ BICYCLIST ☒ PEDESTRIAN ☐ OTHER PEDESTRIAN

| VEHICLE 1 | VEHICLE 2 |
|---|---|
| Driver License ID Number **S450 733 50 030 0** State of Lic. **FL** | Driver License ID Number State of Lic. |
| Driver Name -exactly as printed on license **RONALD M SKLON** | Driver Name - exactly as printed on license **BEJASA-OMEGA, YOLANDA** |
| Address (Include Number & Street) **1900 CARYLE LN** Apt. No. | Address (Include Number & Street) **60-32 BOOTH ST** Apt. No. |
| City or Town **THE VILLAGES** State **FL** Zip Code **32162** | City or Town **ELMHURST** State **NY** Zip Code **11373** |
| Date of Birth Month **01** Day **30** Year **50** | Sex **M** | Unlicensed ☐ | No. of Occupants **01** | Public Property Damaged ☐ | Date of Birth Month **12** Day **2** Year **47** | Sex **F** | Unlicensed ☐ | No. of Occupants | Public Property Damaged ☐ |

| Name—exactly as printed on registration | Sex | Date of Birth Month Day Year | Name—exactly as printed on registration | Sex | Date of Birth Month Day Year |
|---|---|---|---|---|---|
| **PV HOLDING CORP** | | | **PEDESTRIAN** | | |

| Address (Include Number & Street) **300 CENTRE POINTE DR** Apt. No. | Haz. Mat Code ☐ | Released ☐ | Address (Include Number & Street) Apt. No. | Haz. Mat. Code ☐ | Released ☐ |
|---|---|---|---|---|---|
| City or Town **VIRGINIA BEACH** State **VA** Zip Code | | | City or Town State Zip Code | | |

| Plate Number **186 UNJ** | State of Reg. **CT** | Vehicle Year & Make **07 CHEVR** | Vehicle Type **4DSD** | Ins. Code **949** | Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code |
|---|---|---|---|---|---|---|---|---|---|
| Ticket/Arrest Number(s) | | | | | Ticket/Arrest Number(s) | | | | |
| Violation Section(s) **N/A** | | | | | Violation Section(s) **N/A** | | | | |

**VEHICLE 1**
Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 2**
Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.

| | | | | |
|---|---|---|---|---|
| Rear End 1. | Left Turn 2. | Right Angle 3. | Right Turn 5. | Head On 7. |
| Sideswipe (same direction) | Left Turn 4. | | Right Turn 6. | Sideswipe (opposite direction) |

**VEHICLE 1 DAMAGE CODES**
Box 1 - Point of Impact **3**
Box 2 - Most Damage **18**
Enter up to three more Damage Codes **3  4  5**
Vehicle Towed By To **NO TOW**

**VEHICLE 2 DAMAGE CODES**
Box 1 - Point of Impact
Box 2 - Most Damage
Enter up to three more Damage Codes **3  4  5**
Vehicle Towed By To

**ACCIDENT DIAGRAM**

E. 44        SECOND AVE

**VEHICLE DAMAGE CODING:**
1-13. SEE DIAGRAM ON RIGHT.

14. UNDERCARRIAGE   17. DEMOLISHED
15. TRAILER              18. NO DAMAGE
16. OVERTURNED          19. OTHER

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine    ☐ Yes    ☒ No

| Reference Marker | Coordinates (if available) | Place Where Accident Occurred: ☐ BRONX ☐ KINGS ☒ NEW YORK ☐ QUEENS ☐ RICHMOND |
|---|---|---|
| | Latitude/Northing | Road on which accident occurred **E. 44 ST** (Route Number or Street Name) |
| | Longitude/Easting | at 1) intersecting street **SECOND AVE** (Route Number or Street Name) |
| | | or 2) _____ Feet _____ Miles ☐ N ☐ S ☐ E ☐ W of (Milepost, Nearest Intersecting Route Number or Street Name) |

**Accident Description/Officer's Notes** PED STATED SHE WAS CROSSING SECOND AVE ON THE SOUTH SIDE OF E.44 FROM WEST TO EAST WITH WALK SIGN, WHEN VEH #1 ATTEMPTING TO TURN SOUTH ONTO SECOND FROM E/B E.44 STRUCK HER. PED WAS IN CROSS WALK WITH WALK SIGN. VEH #1 DRIVER AGREES TO ABOVE STORY - STATES LIGHT TURNED GREEN & HE ATTEMPTED TO TURN RIGHT. PD DID NOT WITNESS

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 4 | | 56 | M | | | | | | | RONALD SKLON | |
| B | P | 8 | 1 | | 58 | F | 11 | 10 | 6 | 1659 | 7202 | | BEJASA-OMEGA, YOLANDA | |
| C | | | | | | | | | | | | | | |
| D | | | | | | | | | | | | | | |
| E | | | | | | | | | | | | | | |
| F | | | | | | | | | | | | | | |

| Officer's Rank and Signature **S. M.** | Tax ID No. **932959** | NCIC No. **03030** | Precinct **017** | Post/Sector | Reviewing Officer **PV** | Date/Time Reviewed **10/27/06** |
|---|---|---|---|---|---|---|
| Print Name in Full **MARKOWSKI** | | | | | | |

| Address | | Address | |
|---|---|---|---|

**Date of Birth** — Month / Day / Year | **Telephone (Area Code)** ( ) | **Date of Birth** — Month / Day / Year | **Telephone (Area Code)** ( )

**B** Last Name BEJASA-OMEGA  First  M.I.  YOLANDA (C)
YOLANDA (C)

**E** Last Name  First  M.I.

Address 60-32 BOOTH ST ELMHURST NY 11373

Address

Date of Birth 12 Month 2 Day 47 Year | Telephone (Area Code) ( )

Date of Birth Month Day Year | Telephone (Area Code) ( )

**C** Last Name  First  M.I.

**Highway Dist. at Scene?** ☐ Yes ☒ No
Name:

Address

Date of Birth Month Day Year | Telephone (Area Code) ( )

Shield No.

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. 1  SELF  Vehicle No.2

Expiration Date  INSURED  Expiration Date

VIN  1G12T58N37F109466  VIN

**WITNESS (Attach separate sheet, if necessary)**
Name  Address  Phone

SONIA BEHAROVIC  121-45 6TH AVE COLLEGE PT NY 11356
(917) 621 7642

**DUPLICATE COPY REQUIRED FOR:**

☒ Dept. of Motor Vehicles (if anyone is killed/injured) ☐ Motor Transport Division (P.D. vehicle involved) ☐ NYC Taxi & Limousine Comm. (if a Licensed taxi or limousine involved) ☐ Other City Agency (Specify)

☐ Office of Comptroller (if a City vehicle involved) ☐ Personnel Safety Unit (if a P.D. vehicle involved) ☐ Highway Unit _____

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

**PROPERTY DAMAGED (other than vehicles)** | **OWNER OF PROPERTY (include city agency, where applicable)**

**IF NYPD VEHICLE IS INVOLVED:**

Police Vehicle–Operator's First Name | Last Name | Rank | Shield No. | Tax ID. No. | Command

Make of Vehicle | Year | Type of Vehicle | Plate No. | Dept. Vehicle No. | Assigned To What Command

Equipment in Use At Time of Accident
☐ Siren ☐ Horn ☐ Turret Light ☐ 4-Way Flasher ☐ High-Level Warning Lights ☐ Traffic Cones ☐ Headlights

**ACTIONS OF POLICE VEHICLE**
☐ Responding to Code Signal _____ ☐ Complying with Station House Directive
☐ Pursuing Violator ☐ Routine Patrol
☐ Other (Describe) _____

MV-104AN (5/04)



OCA Official Form No.: 960

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
### [This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| Yolanda Bejasa-Omega | 12/2/47 | |
| Patient Address | | |
| 60-32 Booth Street, Elmhurst, NY 11373 | | |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

| |
|---|
| 7. Name and address of health provider or entity to release this information: |
| **Jirmal Tejwani, MD, HJD  301 East 17th St, New York, N.Y.** |
| 8. Name and address of person(s) or category of person to whom this information will be sent: |
| **Monfort Healy McGuire & Salley, 1140 Frankin Ave., Garden City, NY  11530** |

9(a). Specific information to be released:

☑ Medical Record from (insert date) _____ to (insert date) _____

☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☑ Other: _____                    Include: (*Indicate by Initialing*)

_____                    _____ **Alcohol/Drug Treatment**

**Authorization to Discuss Health Information**                    _____ **Mental Health Information**

_____ **HIV-Related Information**

(b) ☐ By initialing here _____ I authorize _____

Initials                                        Name of individual health care provider

to discuss my health information with my attorney, or a governmental agency, listed here:

_____

(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: | 11. Date or event on which this authorization will expire: |
|---|---|
| ☑ At request of individual | |
| ☐ Other: | **2 years** |
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |
| **Matthew Sakkas, Esq.** | **Attorney** |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____                    Date: 4/30/07

Signature of patient or representative authorized by law.

\*  **Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**

# DURABLE POWER OF ATTORNEY
## TO EXECUTE A WRITTEN REQUEST FOR
## PATIENT INFORMATION UNDER SECTION 18
## OF THE NEW YORK STATE PUBLIC HEALTH LAW

THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL OR OTHER HEALTH CARE DECISIONS. YOU MAY EXECUTE A HEALTH CARE PROXY TO DO THIS.

This is intended to constitute a **DURABLE POWER OF ATTORNEY** to execute a written request for patient information under Section 18 of the New York State Public Health Law:

I, _Yolanda Bejasa-Omega_

do hereby appoint my attorney: _Sakkas & Cahn, Esqs. located at 150 Broadway Suite 1307, New York, New York 10038   (212) 693-1313_

as my attorney-in-fact to execute a written request for patient information under section 18 of the New York State Public Health Law in my name, place and stead in any way which I myself could do, if I were personally present.

THIS DURABLE POWER OF ATTORNEY SHALL NOT BE AFFECTED BY MY SUBSEQUENT DISABILITY OR INCOMPETENCE.

TO INDUCE ANY THIRD PARTY TO ACT HEREUNDER, I HEREBY AGREE THAT ANY THIRD PARTY RECEIVING A DULY EXECUTED COPY OR FACSIMILE OF THIS INSTRUMENT MAY ACT HEREUNDER, AND THAT REVOCATION OR TERMINATION HEREOF SHALL BE INEFFECTIVE AS TO SUCH THIRD PARTY, AND I FOR MYSELF AND FOR MY HEIRS, EXECUTORS, LEGAL REPRESENTATIVES AND ASSIGNS, HEREBY AGREE TO INDEMNIFY AND HOLD HARMLESS ANY SUCH THIRD PARTY FROM AND AGAINST ANY AND ALL CLAIMS THAT MAY ARISE AGAINST SUCH THIRD PARTY BY REASON OF SUCH THIRD PARTY HAVING RELIED ON THE PROVISIONS OF THIS INSTRUMENT.

THIS DURABLE GENERAL POWER OF ATTORNEY MAY BE REVOKED BY ME AT ANY TIME.

_(signature)_

In Witness Whereof, I have hereunto signed my name and affixed my seal this ___01___ day of ___November___, 200_6_.

_(signature)_

NANCY HIGER
Notary Public, State of New York
No. 31-4990774
Qualified in New York County
Commission Expires January 13, 20_10_



OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| **Yolanda Bejasa-Omega** | **12/2/47** | |

| Patient Address |
|---|
| **60-32 Booth Street, Elmhurst, NY  11373** |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a).  In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law.  I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization.  If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450.  These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below.  I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary.  My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

| 7. Name and address of health provider or entity to release this information:<br>**Hospital For Joint Diseases, 301 East 17th Street, NY, NY** |
|---|

| 8. Name and address of person(s) or category of person to whom this information will be sent:<br>**Monfort Healy McGuire & Salley, 1140 Frankin Ave., Garden City, NY  11530** |
|---|

9(a).  Specific information to be released:

☑ Medical Record from (insert date) _____ to (insert date) _____

☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☑ Other: _____     Include: (*Indicate by Initialing*)

_____     _____ **Alcohol/Drug Treatment**

**Authorization to Discuss Health Information**     _____ **Mental Health Information**

_____ **HIV-Related Information**

(b) ☐ By initialing here _____ I authorize _____
                              Initials                                    Name of individual health care provider

to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:<br>☑ At request of individual<br>☐ Other: | 11. Date or event on which this authorization will expire:<br><br>**2 years** |
|---|---|
| 12. If not the patient, name of person signing form:<br>**Matthew Sakkas, Esq.** | 13. Authority to sign on behalf of patient:<br>**Attorney** |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____     Date: 6/30/07

Signature of ~~patient or representative~~ authorized by law.

\*   **Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**

# DURABLE POWER OF ATTORNEY
## TO EXECUTE A WRITTEN REQUEST FOR
## PATIENT INFORMATION UNDER SECTION 18
## OF THE NEW YORK STATE PUBLIC HEALTH LAW

THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL OR OTHER HEALTH CARE DECISIONS. YOU MAY EXECUTE A HEALTH CARE PROXY TO DO THIS.

This is intended to constitute a **DURABLE POWER OF ATTORNEY** to execute a written request for patient information under Section 18 of the New York State Public Health Law:

I, _Yolanda Bejasa-Omega_

do hereby appoint my attorney: _Sakkas & Cahn, Esqs. located at 150 Broadway Suite 1307, New York, New York 10038    (212) 693-1313_

as my attorney-in-fact to execute a written request for patient information under section 18 of the New York State Public Health Law in my name, place and stead in any way which I myself could do, if I were personally present.

THIS DURABLE POWER OF ATTORNEY SHALL NOT BE AFFECTED BY MY SUBSEQUENT DISABILITY OR INCOMPETENCE.

TO INDUCE ANY THIRD PARTY TO ACT HEREUNDER, I HEREBY AGREE THAT ANY THIRD PARTY RECEIVING A DULY EXECUTED COPY OR FACSIMILE OF THIS INSTRUMENT MAY ACT HEREUNDER, AND THAT REVOCATION OR TERMINATION HEREOF SHALL BE INEFFECTIVE AS TO SUCH THIRD PARTY, AND I FOR MYSELF AND FOR MY HEIRS, EXECUTORS, LEGAL REPRESENTATIVES AND ASSIGNS, HEREBY AGREE TO INDEMNIFY AND HOLD HARMLESS ANY SUCH THIRD PARTY FROM AND AGAINST ANY AND ALL CLAIMS THAT MAY ARISE AGAINST SUCH THIRD PARTY BY REASON OF SUCH THIRD PARTY HAVING RELIED ON THE PROVISIONS OF THIS INSTRUMENT.

THIS DURABLE GENERAL POWER OF ATTORNEY MAY BE REVOKED BY ME AT ANY TIME.

In Witness Whereof, I have hereunto signed my name and affixed my seal this _01_ day of _November_, 200_6_.

NANCY HIGER
Notary Public, State of New York
No. 31-4990774
Qualified in New York County
Commission Expires January 13, 20__



OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| Yolanda Bejasa-Omega | 12/2/47 | |

| Patient Address |
|---|
| 60-32 Booth Street, Elmhurst, NY  11373 |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT,** except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

| 7. Name and address of health provider or entity to release this information: |
|---|
| **North Shore University Hospital, 102-01 66th Rad,  Forest Hills, N.Y.  11375** |

| 8. Name and address of person(s) or category of person to whom this information will be sent: |
|---|
| **Monfort Healy McGuire & Salley, 1140 Frankin Ave., Garden City, NY  11530** |

9(a).  Specific information to be released:

☑ Medical Record from (insert date) _____ to (insert date) _____

☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☑ Other: _____

_____

**Authorization to Discuss Health Information**

Include: (*Indicate by Initialing*)

_____  **Alcohol/Drug Treatment**

_____  **Mental Health Information**

_____  **HIV-Related Information**

(b) ☐ By initialing here _____ I authorize _____
        Initials                                         Name of individual health care provider

to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: <br> ☑ At request of individual <br> ☐ Other: | 11. Date or event on which this authorization will expire: <br><br> **2 years** |
|---|---|
| 12. If not the patient, name of person signing form: <br> **Matthew Sakkas, Esq.** | 13. Authority to sign on behalf of patient: <br> **Attorney** |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____        Date: 6/30/07 _____
Signature of patient or representative authorized by law.

* **Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**

# DURABLE POWER OF ATTORNEY
## TO EXECUTE A WRITTEN REQUEST FOR
## PATIENT INFORMATION UNDER SECTION 18
## OF THE NEW YORK STATE PUBLIC HEALTH LAW

THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL OR OTHER HEALTH CARE DECISIONS. YOU MAY EXECUTE A HEALTH CARE PROXY TO DO THIS.

This is intended to constitute a **DURABLE POWER OF ATTORNEY** to execute a written request for patient information under Section 18 of the New York State Public Health Law:

I, _Yolanda Bejasa-Omega_

do hereby appoint my attorney: _Sakkas & Cahn, Esqs. located at 150 Broadway Suite 1307, New York, New York 10038    (212) 693-1313_

as my attorney-in-fact to execute a written request for patient information under section 18 of the New York State Public Health Law in my name, place and stead in any way which I myself could do, if I were personally present.

THIS DURABLE POWER OF ATTORNEY SHALL NOT BE AFFECTED BY MY SUBSEQUENT DISABILITY OR INCOMPETENCE.

TO INDUCE ANY THIRD PARTY TO ACT HEREUNDER, I HEREBY AGREE THAT ANY THIRD PARTY RECEIVING A DULY EXECUTED COPY OR FACSIMILE OF THIS INSTRUMENT MAY ACT HEREUNDER, AND THAT REVOCATION OR TERMINATION HEREOF SHALL BE INEFFECTIVE AS TO SUCH THIRD PARTY, AND I FOR MYSELF AND FOR MY HEIRS, EXECUTORS, LEGAL REPRESENTATIVES AND ASSIGNS, HEREBY AGREE TO INDEMNIFY AND HOLD HARMLESS ANY SUCH THIRD PARTY FROM AND AGAINST ANY AND ALL CLAIMS THAT MAY ARISE AGAINST SUCH THIRD PARTY BY REASON OF SUCH THIRD PARTY HAVING RELIED ON THE PROVISIONS OF THIS INSTRUMENT.

THIS DURABLE GENERAL POWER OF ATTORNEY MAY BE REVOKED BY ME AT ANY TIME.

_Yolanda Bejasa Omega_

In Witness Whereof, I have hereunto signed my name and affixed my seal this __01__ day of _November_, 200_6_.

NANCY HIGER
Notary Public, State of New York
No. 31-4990774
Qualified in New York County
Commission Expires January 13, 20



OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| **Yolanda Bejasa-Omega** | **12/2/47** | |

| Patient Address |
|---|
| **60-32 Booth Street, Elmhurst, NY  11373** |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
**Bellevue Hospital, 27th Street and First Ave, NY, NY**

8. Name and address of person(s) or category of person to whom this information will be sent:
**Monfort Healy McGuire & Salley, 1140 Frankin Ave., Garden City, NY  11530**

9(a). Specific information to be released:

☑ Medical Record from (insert date) _____ to (insert date) _____

☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☑ Other: _____        Include: (*Indicate by Initialing*)

_____                   _____ **Alcohol/Drug Treatment**

**Authorization to Discuss Health Information**                   _____ **Mental Health Information**

                                                                  _____ **HIV-Related Information**

(b) ☐ By initialing here _____ I authorize _____
                          Initials                              Name of individual health care provider

to discuss my health information with my attorney, or a governmental agency, listed here:

_____
                          (Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: | 11. Date or event on which this authorization will expire: |
|---|---|
| ☑ At request of individual | |
| ☐ Other: | **2 years** |

| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |
|---|---|
| **Matthew Sakkas, Esq.** | **Attorney** |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____        Date: _5/30/07_

Signature of patient or representative authorized by law.

\* **Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**

# DURABLE POWER OF ATTORNEY
## TO EXECUTE A WRITTEN REQUEST FOR
## PATIENT INFORMATION UNDER SECTION 18
## OF THE NEW YORK STATE PUBLIC HEALTH LAW

THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL OR OTHER HEALTH CARE DECISIONS. YOU MAY EXECUTE A HEALTH CARE PROXY TO DO THIS.

This is intended to constitute a **DURABLE POWER OF ATTORNEY** to execute a written request for patient information under Section 18 of the New York State Public Health Law:

I, ____Yolanda Bejasa-Omega_____

do hereby appoint my attorney: __Sakkas & Cahn, Esqs.  located at  150 Broadway__
                                 __Suite 1307, New York, New York 10038    (212) 693-1313__

as my attorney-in-fact to execute a written request for patient information under section 18 of the New York State Public Health Law in my name, place and stead in any way which I myself could do, if I were personally present.

THIS DURABLE POWER OF ATTORNEY SHALL NOT BE AFFECTED BY MY SUBSEQUENT DISABILITY OR INCOMPETENCE.

TO INDUCE ANY THIRD PARTY TO ACT HEREUNDER, I HEREBY AGREE THAT ANY THIRD PARTY RECEIVING A DULY EXECUTED COPY OR FACSIMILE OF THIS INSTRUMENT MAY ACT HEREUNDER, AND THAT REVOCATION OR TERMINATION HEREOF SHALL BE INEFFECTIVE AS TO SUCH THIRD PARTY, AND I FOR MYSELF AND FOR MY HEIRS, EXECUTORS, LEGAL REPRESENTATIVES AND ASSIGNS, HEREBY AGREE TO INDEMNIFY AND HOLD HARMLESS ANY SUCH THIRD PARTY FROM AND AGAINST ANY AND ALL CLAIMS THAT MAY ARISE AGAINST SUCH THIRD PARTY BY REASON OF SUCH THIRD PARTY HAVING RELIED ON THE PROVISIONS OF THIS INSTRUMENT.

THIS DURABLE GENERAL POWER OF ATTORNEY MAY BE REVOKED BY ME AT ANY TIME.

_____

In Witness Whereof, I have hereunto signed my name and affixed my seal this ___01___ day of ___November_____, 200_6_.

_____

NANCY HIGER
Notary Public, State of New York
No. 31-4990774
Qualified in New York County
Commission Expires January 12, 2010



OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
**[This form has been approved by the New York State Department of Health]**

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| **Yolanda Bejasa-Omega** | **12/2/47** | |

| Patient Address |
|---|
| **60-32 Booth Street, Elmhurst, NY 11373** |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

| 7. Name and address of health provider or entity to release this information: |
|---|
| **Jhiansi Rao, M.D., 59 25 Kissena Blvd Flushing, NY** |

| 8. Name and address of person(s) or category of person to whom this information will be sent: |
|---|
| **Monfort Healy McGuire & Salley, 1140 Franklin Ave., Garden City, NY 11530** |

9(a). Specific information to be released:

☑ Medical Record from (insert date) _____ to (insert date) _____

☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☑ Other: _____     Include: (*Indicate by Initialing*)

_____     _____ **Alcohol/Drug Treatment**

**Authorization to Discuss Health Information**     _____ **Mental Health Information**

_____ **HIV-Related Information**

(b) ☐ By initialing here _____ I authorize _____
               Initials                                  Name of individual health care provider

to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:<br>☑ At request of individual<br>☐ Other: | 11. Date or event on which this authorization will expire:<br><br>**2 years** |
|---|---|
| 12. If not the patient, name of person signing form:<br>**Matthew Sakkas, Esq.** | 13. Authority to sign on behalf of patient:<br>**Attorney** |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____     Date: 6/30/07
Signature of patient or representative authorized by law.

\*  **Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**

# DURABLE POWER OF ATTORNEY
## TO EXECUTE A WRITTEN REQUEST FOR
## PATIENT INFORMATION UNDER SECTION 18
## OF THE NEW YORK STATE PUBLIC HEALTH LAW

THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL OR OTHER HEALTH CARE DECISIONS. YOU MAY EXECUTE A HEALTH CARE PROXY TO DO THIS.

This is intended to constitute a **DURABLE POWER OF ATTORNEY** to execute a written request for patient information under Section 18 of the New York State Public Health Law:

I, _Yolanda Bejasa-Omega_

do hereby appoint my attorney: _Sakkas & Cahn, Esqs.  located at  150 Broadway_
_Suite 1307, New York, New York 10038    (212) 693-1313_

as my attorney-in-fact to execute a written request for patient information under section 18 of the New York State Public Health Law in my name, place and stead in any way which I myself could do, if I were personally present.

THIS DURABLE POWER OF ATTORNEY SHALL NOT BE AFFECTED BY MY SUBSEQUENT DISABILITY OR INCOMPETENCE.

TO INDUCE ANY THIRD PARTY TO ACT HEREUNDER, I HEREBY AGREE THAT ANY THIRD PARTY RECEIVING A DULY EXECUTED COPY OR FACSIMILE OF THIS INSTRUMENT MAY ACT HEREUNDER, AND THAT REVOCATION OR TERMINATION HEREOF SHALL BE INEFFECTIVE AS TO SUCH THIRD PARTY, AND I FOR MYSELF AND FOR MY HEIRS, EXECUTORS, LEGAL REPRESENTATIVES AND ASSIGNS, HEREBY AGREE TO INDEMNIFY AND HOLD HARMLESS ANY SUCH THIRD PARTY FROM AND AGAINST ANY AND ALL CLAIMS THAT MAY ARISE AGAINST SUCH THIRD PARTY BY REASON OF SUCH THIRD PARTY HAVING RELIED ON THE PROVISIONS OF THIS INSTRUMENT.

THIS DURABLE GENERAL POWER OF ATTORNEY MAY BE REVOKED BY ME AT ANY TIME.

_Yolanda Bejasa-Omega_

In Witness Whereof, I have hereunto signed my name and affixed my seal this _01_
day of _November_ , 200_6_ .

NANCY HIGER
Notary Public, State of New York
No. 31-4990774
Qualified in New York County
Commission Expires _____



OCA Official Form No.: 960

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
### [This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| **Yolanda Bejasa-Omega** | **12/2/47** | |

| Patient Address |
|---|
| **60-32 Booth Street, Elmhurst, NY  11373** |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

| 7. Name and address of health provider or entity to release this information:<br>**GEICO 750 Woodbury Road, Woodbury NY  11797** |
|---|

| 8. Name and address of person(s) or category of person to whom this information will be sent:<br>**Monfort Healy McGuire & Salley, 1140 Franklin Ave., Garden City, NY  11530** |
|---|

9(a). Specific information to be released:

☑ Medical Record from (insert date) _____ to (insert date) _____

❑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☑ Other: **No Fault File No:** _____  Include: (*Indicate by Initialing*)

   **001472636-0101-111** _____

                      _____ Alcohol/Drug Treatment

                      _____ Mental Health Information

**Authorization to Discuss Health Information**      _____ HIV-Related Information

(b) ❑ By initialing here _____ I authorize _____

        Initials           Name of individual health care provider

to discuss my health information with my attorney, or a governmental agency, listed here:

_____

(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:<br>☑ At request of individual<br>❑ Other: | 11. Date or event on which this authorization will expire:<br><br>**2 years** |
|---|---|
| 12. If not the patient, name of person signing form:<br>**Matthew Sakkas, Esq.** | 13. Authority to sign on behalf of patient:<br>**Attorney** |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____    Date: 5/30/07

Signature of patient or representative authorized by law.

\* **Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**

# DURABLE POWER OF ATTORNEY
## TO EXECUTE A WRITTEN REQUEST FOR
## PATIENT INFORMATION UNDER SECTION 18
## OF THE NEW YORK STATE PUBLIC HEALTH LAW

THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL OR OTHER HEALTH CARE DECISIONS. YOU MAY EXECUTE A HEALTH CARE PROXY TO DO THIS.

This is intended to constitute a **DURABLE POWER OF ATTORNEY** to execute a written request for patient information under Section 18 of the New York State Public Health Law:

I, _Yolanda Bejasa-Omega_

do hereby appoint my attorney: _Sakkas & Cahn, Esqs. located at 150 Broadway Suite 1307, New York, New York 10038   (212) 693-1313_

as my attorney-in-fact to execute a written request for patient information under section 18 of the New York State Public Health Law in my name, place and stead in any way which I myself could do, if I were personally present.

THIS DURABLE POWER OF ATTORNEY SHALL NOT BE AFFECTED BY MY SUBSEQUENT DISABILITY OR INCOMPETENCE.

TO INDUCE ANY THIRD PARTY TO ACT HEREUNDER, I HEREBY AGREE THAT ANY THIRD PARTY RECEIVING A DULY EXECUTED COPY OR FACSIMILE OF THIS INSTRUMENT MAY ACT HEREUNDER, AND THAT REVOCATION OR TERMINATION HEREOF SHALL BE INEFFECTIVE AS TO SUCH THIRD PARTY, AND I FOR MYSELF AND FOR MY HEIRS, EXECUTORS, LEGAL REPRESENTATIVES AND ASSIGNS, HEREBY AGREE TO INDEMNIFY AND HOLD HARMLESS ANY SUCH THIRD PARTY FROM AND AGAINST ANY AND ALL CLAIMS THAT MAY ARISE AGAINST SUCH THIRD PARTY BY REASON OF SUCH THIRD PARTY HAVING RELIED ON THE PROVISIONS OF THIS INSTRUMENT.

THIS DURABLE GENERAL POWER OF ATTORNEY MAY BE REVOKED BY ME AT ANY TIME.

_Yolanda Bejasa-Omega_

In Witness Whereof, I have hereunto signed my name and affixed my seal this _01_ day of _November_, 200_6_.

NANCY HIGER
Notary Public, State of New York
No. 31-4990774
Qualified in New York County
Commission Expires January 12, 20__



OCA Official Form No.: 960

### AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
**[This form has been approved by the New York State Department of Health]**

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| **Yolanda Bejasa-Omega** | **12/2/47** | |

Patient Address
**60-32 Booth Street, Elmhurst, NY 11373**

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
**Empire Blue Cross Blue Shield, PO Box 1407 Church Street Station, New York, N.Y. 10008**

8. Name and address of person(s) or category of person to whom this information will be sent:
**Monfort Healey McGuire & Salley, 1140 Franklin Ave., Garden City, NY 11530**

9(a). Specific information to be released:

☑ Medical Record from (insert date) _____ to (insert date) _____

☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☑ Other: **Claim No. 63189227070** _____          Include: (*Indicate by Initialing*)

_____          _____ **Alcohol/Drug Treatment**

_____ **Mental Health Information**

**Authorization to Discuss Health Information**          _____ **HIV-Related Information**

(b) ☐ By initialing here _____ I authorize _____
                    Initials                              Name of individual health care provider

to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:<br>☑ At request of individual<br>☐ Other: | 11. Date or event on which this authorization will expire:<br><br>**2 years** |
|---|---|
| 12. If not the patient, name of person signing form:<br>**Matthew Sakkas, Esq.** | 13. Authority to sign on behalf of patient:<br>**Attorney** |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____          Date: _6/30/07_____
Signature of patient or representative authorized by law.

\*  **Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**

# DURABLE POWER OF ATTORNEY
## TO EXECUTE A WRITTEN REQUEST FOR
## PATIENT INFORMATION UNDER SECTION 18
## OF THE NEW YORK STATE PUBLIC HEALTH LAW

THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL OR OTHER HEALTH CARE DECISIONS. YOU MAY EXECUTE A HEALTH CARE PROXY TO DO THIS.

This is intended to constitute a **DURABLE POWER OF ATTORNEY** to execute a written request for patient information under Section 18 of the New York State Public Health Law:

I, _Yolanda Bejasa-Omega_

do hereby appoint my attorney: _Sakkas & Cahn, Esqs. located at 150 Broadway Suite 1307, New York, New York 10038   (212) 693-1313_

as my attorney-in-fact to execute a written request for patient information under section 18 of the New York State Public Health Law in my name, place and stead in any way which I myself could do, if I were personally present.

THIS DURABLE POWER OF ATTORNEY SHALL NOT BE AFFECTED BY MY SUBSEQUENT DISABILITY OR INCOMPETENCE.

TO INDUCE ANY THIRD PARTY TO ACT HEREUNDER, I HEREBY AGREE THAT ANY THIRD PARTY RECEIVING A DULY EXECUTED COPY OR FACSIMILE OF THIS INSTRUMENT MAY ACT HEREUNDER, AND THAT REVOCATION OR TERMINATION HEREOF SHALL BE INEFFECTIVE AS TO SUCH THIRD PARTY, AND I FOR MYSELF AND FOR MY HEIRS, EXECUTORS, LEGAL REPRESENTATIVES AND ASSIGNS, HEREBY AGREE TO INDEMNIFY AND HOLD HARMLESS ANY SUCH THIRD PARTY FROM AND AGAINST ANY AND ALL CLAIMS THAT MAY ARISE AGAINST SUCH THIRD PARTY BY REASON OF SUCH THIRD PARTY HAVING RELIED ON THE PROVISIONS OF THIS INSTRUMENT.

THIS DURABLE GENERAL POWER OF ATTORNEY MAY BE REVOKED BY ME AT ANY TIME.

_Yolanda Bejasa-Omega_

In Witness Whereof, I have hereunto signed my name and affixed my seal this ___01___ day of _november_, 200_6_.

NANCY HIGER
Notary Public, State of New York
No. 31-4990774
Qualified in New York County
Commission Expires January 12, 20__



OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| **Yolanda Bejasa-Omega** | **12/2/47** | |
| Patient Address | | |
| **60-32 Booth Street, Elmhurst, NY 11373** | | |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

| 7. Name and address of health provider or entity to release this information: |
|---|
| **Jirmal Tejwani, MD Hospital For Joint Diseases, 301 East 17th Street, New York, N.Y.** |

| 8. Name and address of person(s) or category of person to whom this information will be sent: |
|---|
| **Reardon & Sclafani, PC., 220 White Plains Road, Suite 235, Tarrytown, NY 10591** |

9(a). Specific information to be released:
☑ Medical Record from (insert date) _____ to (insert date) _____
☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☑ Other: _____    Include: (*Indicate by Initialing*)
_____    _____ Alcohol/Drug Treatment
    _____ Mental Health Information
**Authorization to Discuss Health Information**    _____ HIV-Related Information

(b) ☐ By initialing here _____ I authorize _____
                   Initials                Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: | 11. Date or event on which this authorization will expire: |
|---|---|
| ☑ At request of individual | |
| ☐ Other: | **2 years** |
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |
| **Matthew Sakkas, Esq.** | **Attorney** |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____    Date: _____
Signature of patient or representative authorized by law.

\* **Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**

# DURABLE POWER OF ATTORNEY
## TO EXECUTE A WRITTEN REQUEST FOR
## PATIENT INFORMATION UNDER  SECTION 18
## OF THE NEW YORK STATE PUBLIC HEALTH LAW

THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL OR OTHER HEALTH CARE DECISIONS.  YOU MAY EXECUTE A HEALTH CARE PROXY TO DO THIS.

This is intended to constitute a **DURABLE POWER OF ATTORNEY** to execute a written request for patient information under Section 18 of the New York State Public Health Law:

I, _Yolanda Bejasa-Omega_

do hereby appoint my attorney: _Sakkas & Cahn, Esqs. located at 150 Broadway_
_Suite 1307, New York, New York 10038    (212) 693-1313_

as my attorney-in-fact to execute a written request for patient information under section 18 of the New York State Public Health Law in my name, place and stead in any way which I myself could do, if I were personally present.

THIS DURABLE POWER OF ATTORNEY SHALL NOT BE AFFECTED BY MY SUBSEQUENT DISABILITY OR INCOMPETENCE.

TO INDUCE ANY THIRD PARTY TO ACT HEREUNDER, I HEREBY AGREE THAT ANY THIRD PARTY RECEIVING A DULY EXECUTED COPY OR FACSIMILE OF THIS INSTRUMENT MAY ACT HEREUNDER, AND THAT REVOCATION OR TERMINATION HEREOF SHALL BE INEFFECTIVE AS TO SUCH THIRD PARTY, AND I FOR MYSELF AND FOR MY HEIRS, EXECUTORS, LEGAL REPRESENTATIVES AND ASSIGNS, HEREBY AGREE TO INDEMNIFY AND HOLD HARMLESS ANY SUCH THIRD PARTY FROM AND AGAINST ANY AND ALL CLAIMS THAT MAY ARISE AGAINST SUCH THIRD PARTY BY REASON OF SUCH THIRD PARTY HAVING RELIED ON THE PROVISIONS OF THIS INSTRUMENT.

THIS DURABLE GENERAL POWER OF ATTORNEY MAY BE REVOKED BY ME AT ANY TIME.

_[signature]_

In Witness Whereof, I have hereunto signed my name and affixed my seal this _01_
day of _November_ , 200 _6_ .

_[signature]_

NANCY HIGER
Notary Public, State of New York
No. 31-4990774
Qualified in New York County
Commission Expires January 13, 20__



OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
**[This form has been approved by the New York State Department of Health]**

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| **Yolanda Bejasa-Omega** | **12/2/47** | |
| Patient Address | | |
| **60-32 Booth Street, Elmhurst, NY  11373** | | |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

| 7. Name and address of health provider or entity to release this information:<br>**Hospital For Joint Diseases, 301 East 17th Street, New York, N.Y.** |

| 8. Name and address of person(s) or category of person to whom this information will be sent:<br>**Reardon & Sclafani, PC., 220 White Plains Road,  Suite 235, Tarrytown, NY  10591** |

9(a). Specific information to be released:
☑ Medical Record from (insert date) _____ to (insert date) _____
☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
☑ Other: _____

Include: (*Indicate by Initialing*)

_____ **Alcohol/Drug Treatment**

_____ **Mental Health Information**

**Authorization to Discuss Health Information**

_____ **HIV-Related Information**

(b) ☐ By initialing here _____ I authorize _____
                       Initials                           Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:<br>☑ At request of individual<br>☐ Other: | 11. Date or event on which this authorization will expire:<br><br>**2 years** |
|---|---|
| 12. If not the patient, name of person signing form:<br>**Matthew Sakkas, Esq.** | 13. Authority to sign on behalf of patient:<br>**Attorney** |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____      Date: _8/30/07_____
Signature of patient or representative authorized by law.

\* **Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**

# DURABLE POWER OF ATTORNEY
## TO EXECUTE A WRITTEN REQUEST FOR
## PATIENT INFORMATION UNDER SECTION 18
## OF THE NEW YORK STATE PUBLIC HEALTH LAW

THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL OR OTHER HEALTH CARE DECISIONS.  YOU MAY EXECUTE A HEALTH CARE PROXY TO DO THIS.

This is intended to constitute a **DURABLE POWER OF ATTORNEY** to execute a written request for patient information under Section 18 of the New York State Public Health Law:

I, _Yolanda Bejasa-Omega_

do hereby appoint my attorney:  Sakkas & Cahn, Esqs.  located at  150 Broadway Suite 1307, New York, New York 10038    (212) 693-1313

as my attorney-in-fact to execute a written request for patient information under section 18 of the New York State Public Health Law in my name, place and stead in any way which I myself could do, if I were personally present.

THIS DURABLE POWER OF ATTORNEY SHALL NOT BE AFFECTED BY MY SUBSEQUENT DISABILITY OR INCOMPETENCE.

TO INDUCE ANY THIRD PARTY TO ACT HEREUNDER, I HEREBY AGREE THAT ANY THIRD PARTY RECEIVING A DULY EXECUTED COPY OR FACSIMILE OF THIS INSTRUMENT MAY ACT HEREUNDER, AND THAT REVOCATION OR TERMINATION HEREOF SHALL BE INEFFECTIVE AS TO SUCH THIRD PARTY, AND I FOR MYSELF AND FOR MY HEIRS, EXECUTORS, LEGAL REPRESENTATIVES AND ASSIGNS, HEREBY AGREE TO INDEMNIFY AND HOLD HARMLESS ANY SUCH THIRD PARTY FROM AND AGAINST ANY AND ALL CLAIMS THAT MAY ARISE AGAINST SUCH THIRD PARTY BY REASON OF SUCH THIRD PARTY HAVING RELIED ON THE PROVISIONS OF THIS INSTRUMENT.

THIS DURABLE GENERAL POWER OF ATTORNEY MAY BE REVOKED BY ME AT ANY TIME.

In Witness Whereof, I have hereunto signed my name and affixed my seal this _01_ day of _November_ , 200_6_.

NANCY HIGER
Notary Public, State of New York
No. 31-4990774
Qualified in New York County
Commission Expires January 13, 20__



OCA Official Form No.: 960

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
### [This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| **Yolanda Bejasa-Omega** | **12/2/47** | |

| Patient Address |
|---|
| **60-32 Booth Street, Elmhurst, NY  11373** |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

| 7. Name and address of health provider or entity to release this information:<br>**Bellevue Hospital, 27th Street and First Ave, NY, NY** | + |
|---|---|

| 8. Name and address of person(s) or category of person to whom this information will be sent:<br>**Reardon & Sclafani, PC., 220 White Plains Road, Suite 235, Tarrytown, NY  10591** | + |
|---|---|

9(a). Specific information to be released:

☑ Medical Record from (insert date) _____ to (insert date) _____

❑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☑ Other: _____

_____

Include: (*Indicate by Initialing*)

_____ **Alcohol/Drug Treatment**

_____ **Mental Health Information**

**Authorization to Discuss Health Information**

_____ **HIV-Related Information**

(b) ❑ By initialing here _____ I authorize _____
               Initials                                      Name of individual health care provider

to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:<br>☑ At request of individual<br>❑ Other: | 11. Date or event on which this authorization will expire:<br><br>**2 years** |
|---|---|
| 12. If not the patient, name of person signing form:<br>**Matthew Sakkas, Esq.** | 13. Authority to sign on behalf of patient:<br>**Attorney** |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____          Date: 6/30/07

Signature of patient or representative authorized by law.

\* **Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**

# DURABLE POWER OF ATTORNEY
## TO EXECUTE A WRITTEN REQUEST FOR
## PATIENT INFORMATION UNDER  SECTION 18
## OF THE NEW YORK STATE PUBLIC HEALTH LAW

THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL OR OTHER HEALTH CARE DECISIONS. YOU MAY EXECUTE A HEALTH CARE PROXY TO DO THIS.

This is intended to constitute a **DURABLE POWER OF ATTORNEY** to execute a written request for patient information under Section 18 of the New York State Public Health Law:

I, <u>Yolanda Bejasa-Omega</u>

do hereby appoint my attorney: <u>Sakkas & Cahn, Esqs.  located at  150 Broadway</u>
<u>Suite 1307, New York, New York 10038    (212) 693-1313</u>

as my attorney-in-fact to execute a written request for patient information under section 18 of the New York State Public Health Law in my name, place and stead in any way which I myself could do, if I were personally present.

THIS DURABLE POWER OF ATTORNEY SHALL NOT BE AFFECTED BY MY SUBSEQUENT DISABILITY OR INCOMPETENCE.

TO INDUCE ANY THIRD PARTY TO ACT HEREUNDER, I HEREBY AGREE THAT ANY THIRD PARTY RECEIVING A DULY EXECUTED COPY OR FACSIMILE OF THIS INSTRUMENT MAY ACT HEREUNDER, AND THAT REVOCATION OR TERMINATION HEREOF SHALL BE INEFFECTIVE AS TO SUCH THIRD PARTY, AND I FOR MYSELF AND FOR MY HEIRS, EXECUTORS, LEGAL REPRESENTATIVES AND ASSIGNS, HEREBY AGREE TO INDEMNIFY AND HOLD HARMLESS ANY SUCH THIRD PARTY FROM AND AGAINST ANY AND ALL CLAIMS THAT MAY ARISE AGAINST SUCH THIRD PARTY BY REASON OF SUCH THIRD PARTY HAVING RELIED ON THE PROVISIONS OF THIS INSTRUMENT.

THIS DURABLE GENERAL POWER OF ATTORNEY MAY BE REVOKED BY ME AT ANY TIME.

_Yolanda Bejasa-Omega_

In Witness Whereof, I have hereunto signed my name and affixed my seal this ___01___ day of ___November___, 200_6_.

NANCY HIGER
Notary Public, State of New York
No. 31-4990774
Qualified in New York County
Commission Expires January 12, 20__



OCA Official Form No.: 960

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
### [This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| Yolanda Bejasa-Omega | 12/2/47 | |

| Patient Address |
|---|
| 60-32 Booth Street, Elmhurst, NY  11373 |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA),  I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a).  In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law.  I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450.  These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below.  I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary.  My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

| 7. Name and address of health provider or entity to release this information:<br>**North Shore UNiversity Hospital, 102-01 66th Street, Forest Hill, NY  11375** ⊞ |
|---|

| 8. Name and address of person(s) or category of person to whom this information will be sent:<br>**Reardon & Sclafani, PC., 220 White Plains Road,  Suite 235, Tarrytown, NY  10591** ⊞ |
|---|

9(a).  Specific information to be released:

☑ Medical Record from (insert date) _____ to (insert date) _____

☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☑ Other: _____

_____

Include: (*Indicate by Initialing*)

_____ **Alcohol/Drug Treatment**

_____ **Mental Health Information**

_____ **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____

                  Initials                                   Name of individual health care provider

to discuss my health information with my attorney, or a governmental agency, listed here:

_____

(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:<br>☑ At request of individual<br>☐ Other: | 11.  Date or event on which this authorization will expire:<br><br>**2 years** |
|---|---|
| 12.  If not the patient, name of person signing form:<br>**Matthew Sakkas, Esq.** | 13.  Authority to sign on behalf of patient:<br>**Attorney** |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____       Date: 5/30/07

Signature of patient or representative authorized by law.

\*  **Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**

# DURABLE POWER OF ATTORNEY
## TO EXECUTE A WRITTEN REQUEST FOR
## PATIENT INFORMATION UNDER SECTION 18
## OF THE NEW YORK STATE PUBLIC HEALTH LAW

THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL OR OTHER HEALTH CARE DECISIONS.  YOU MAY EXECUTE A HEALTH CARE PROXY TO DO THIS.

This is intended to constitute a **DURABLE POWER OF ATTORNEY** to execute a written request for patient information under Section 18 of the New York State Public Health Law:

I, _Yolanda Bejasa-Omega_

do hereby appoint my attorney: _Sakkas & Cahn, Esqs. located at 150 Broadway_ _Suite 1307, New York, New York 10038   (212) 693-1313_

as my attorney-in-fact to execute a written request for patient information under section 18 of the New York State Public Health Law in my name, place and stead in any way which I myself could do, if I were personally present.

THIS DURABLE POWER OF ATTORNEY SHALL NOT BE AFFECTED BY MY SUBSEQUENT DISABILITY OR INCOMPETENCE.

TO INDUCE ANY THIRD PARTY TO ACT HEREUNDER, I HEREBY AGREE THAT ANY THIRD PARTY RECEIVING A DULY EXECUTED COPY OR FACSIMILE OF THIS INSTRUMENT MAY ACT HEREUNDER, AND THAT REVOCATION OR TERMINATION HEREOF SHALL BE INEFFECTIVE AS TO SUCH THIRD PARTY, AND I FOR MYSELF AND FOR MY HEIRS, EXECUTORS, LEGAL REPRESENTATIVES AND ASSIGNS, HEREBY AGREE TO INDEMNIFY AND HOLD HARMLESS ANY SUCH THIRD PARTY FROM AND AGAINST ANY AND ALL CLAIMS THAT MAY ARISE AGAINST SUCH THIRD PARTY BY REASON OF SUCH THIRD PARTY HAVING RELIED ON THE PROVISIONS OF THIS INSTRUMENT.

THIS DURABLE GENERAL POWER OF ATTORNEY MAY BE REVOKED BY ME AT ANY TIME.

_[signature]_

In Witness Whereof, I have hereunto signed my name and affixed my seal this _01_ day of _november_ , 200 _6_ .

NANCY HIGER
Notary Public, State of New York
No. 31-4990774
Qualified in New York County
Commission Expires January 13, 20[10]



OCA Official Form No.: 960

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
**[This form has been approved by the New York State Department of Health]**

| Patient Name<br>**Yolanda Bejasa-Omega** | Date of Birth<br>**12/2/47** | Social Security Number |
|---|---|---|
| Patient Address<br>**60-32 Booth Street, Elmhurst, NY  11373** | | |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA),  I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a).  In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law.  I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450.  These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below.  I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

| 7. Name and address of health provider or entity to release this information:<br>**GEICO 750 Woodbury Road, Woodbury NY  11797** |
|---|
| 8. Name and address of person(s) or category of person to whom this information will be sent:<br>**Reardon & Sclafani, 220 White Plains Road,  Suite 235, Tarrytown, NY  10591** |

9(a).  Specific information to be released:

☑ Medical Record from (insert date) _____ to (insert date) _____

❑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☑ Other: **No Fault File No:** _____

**001472636-0101-111** _____

Include: (*Indicate by Initialing*)

_____ **Alcohol/Drug Treatment**

_____ **Mental Health Information**

_____ **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ❑ By initialing here _____ I authorize _____

             Initials                                       Name of individual health care provider

to discuss my health information with my attorney, or a governmental agency, listed here:

_____

(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:<br>☑ At request of individual<br>❑ Other: | 11.  Date or event on which this authorization will expire:<br><br>**2 years** |
|---|---|
| 12. If not the patient, name of person signing form:<br>**Matthew Sakkas, Esq.** | 13.  Authority to sign on behalf of patient:<br>**Attorney** |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____

Signature of patient or representative authorized by law.

Date: **6/30/07**

\* **Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**

# DURABLE POWER OF ATTORNEY
## TO EXECUTE A WRITTEN REQUEST FOR
## PATIENT INFORMATION UNDER  SECTION 18
## OF THE NEW YORK STATE PUBLIC HEALTH LAW

THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL OR OTHER HEALTH CARE DECISIONS.  YOU MAY EXECUTE A HEALTH CARE PROXY TO DO THIS.

This is intended to constitute a **DURABLE POWER OF ATTORNEY** to execute a written request for patient information under Section 18 of the New York State Public Health Law:

I, _Yolanda Bejasa-Omega_

do hereby appoint my attorney: _Sakkas & Cahn, Esqs.  located at  150 Broadway Suite 1307, New York, New York 10038    (212) 693-1313_

as my attorney-in-fact to execute a written request for patient information under section 18 of the New York State Public Health Law in my name, place and stead in any way which I myself could do, if I were personally present.

THIS DURABLE POWER OF ATTORNEY SHALL NOT BE AFFECTED BY MY SUBSEQUENT DISABILITY OR INCOMPETENCE.

TO INDUCE ANY THIRD PARTY TO ACT HEREUNDER, I HEREBY AGREE THAT ANY THIRD PARTY RECEIVING A DULY EXECUTED COPY OR FACSIMILE OF THIS INSTRUMENT MAY ACT HEREUNDER, AND THAT REVOCATION OR TERMINATION HEREOF SHALL BE INEFFECTIVE AS TO SUCH THIRD PARTY, AND I FOR MYSELF AND FOR MY HEIRS, EXECUTORS, LEGAL REPRESENTATIVES AND ASSIGNS, HEREBY AGREE TO INDEMNIFY AND HOLD HARMLESS ANY SUCH THIRD PARTY FROM AND AGAINST ANY AND ALL CLAIMS THAT MAY ARISE AGAINST SUCH THIRD PARTY BY REASON OF SUCH THIRD PARTY HAVING RELIED ON THE PROVISIONS OF THIS INSTRUMENT.

THIS DURABLE GENERAL POWER OF ATTORNEY MAY BE REVOKED BY ME AT ANY TIME.

_[signature]_

In Witness Whereof, I have hereunto signed my name and affixed my seal this ___01___ day of ___November___, 200_6_.

_[signature]_

NANCY HIGER
Notary Public, State of New York
No. 31-4990774
Qualified in New York County
Commission Expires January 13, 20__



OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| **Yolanda Bejasa-Omega** | **12/2/47** | |

Patient Address
**60-32 Booth Street, Elmhurst, NY 11373**

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
**Jhiansi Rao, M.D., 59 25 Kissena Blvd Flushing, NY**

8. Name and address of person(s) or category of person to whom this information will be sent:
**Reardon & Sclafani, PC., 220 White Plains Road, Suite 235, Tarrytown, NY 10591**

9(a). Specific information to be released:
☑ Medical Record from (insert date) _____ to (insert date) _____
☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
☑ Other: _____

_____

Include: (*Indicate by Initialing*)

_____ **Alcohol/Drug Treatment**
_____ **Mental Health Information**
_____ **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____
        Initials                                        Name of individual health care provider
    to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: <br> ☑ At request of individual <br> ☐ Other: | 11. Date or event on which this authorization will expire: <br><br> **2 years** |
|---|---|
| 12. If not the patient, name of person signing form: <br> **Matthew Sakkas, Esq.** | 13. Authority to sign on behalf of patient: <br> **Attorney** |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____                     Date: 5/30/07

Signature of patient or representative authorized by law.

\* **Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**

# DURABLE POWER OF ATTORNEY
## TO EXECUTE A WRITTEN REQUEST FOR
## PATIENT INFORMATION UNDER SECTION 18
## OF THE NEW YORK STATE PUBLIC HEALTH LAW

THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL OR OTHER HEALTH CARE DECISIONS. YOU MAY EXECUTE A HEALTH CARE PROXY TO DO THIS.

This is intended to constitute a **DURABLE POWER OF ATTORNEY** to execute a written request for patient information under Section 18 of the New York State Public Health Law:

I, _Yolanda Bejasa-Omega_

do hereby appoint my attorney: Sakkas & Cahn, Esqs. located at 150 Broadway Suite 1307, New York, New York 10038   (212) 693-1313

as my attorney-in-fact to execute a written request for patient information under section 18 of the New York State Public Health Law in my name, place and stead in any way which I myself could do, if I were personally present.

THIS DURABLE POWER OF ATTORNEY SHALL NOT BE AFFECTED BY MY SUBSEQUENT DISABILITY OR INCOMPETENCE.

TO INDUCE ANY THIRD PARTY TO ACT HEREUNDER, I HEREBY AGREE THAT ANY THIRD PARTY RECEIVING A DULY EXECUTED COPY OR FACSIMILE OF THIS INSTRUMENT MAY ACT HEREUNDER, AND THAT REVOCATION OR TERMINATION HEREOF SHALL BE INEFFECTIVE AS TO SUCH THIRD PARTY, AND I FOR MYSELF AND FOR MY HEIRS, EXECUTORS, LEGAL REPRESENTATIVES AND ASSIGNS, HEREBY AGREE TO INDEMNIFY AND HOLD HARMLESS ANY SUCH THIRD PARTY FROM AND AGAINST ANY AND ALL CLAIMS THAT MAY ARISE AGAINST SUCH THIRD PARTY BY REASON OF SUCH THIRD PARTY HAVING RELIED ON THE PROVISIONS OF THIS INSTRUMENT.

THIS DURABLE GENERAL POWER OF ATTORNEY MAY BE REVOKED BY ME AT ANY TIME.

In Witness Whereof, I have hereunto signed my name and affixed my seal this _01_ day of _November_ , 200 _6_ .

NANCY HIGER
Notary Public, State of New York
No. 31-4990774
Qualified in New York County
Commission Expires January 12, 20__



OCA Official Form No.: 960

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
### [This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| Yolanda Bejasa-Omega | 12/2/47 | |

| Patient Address |
|---|
| 60-32 Booth Street, Elmhurst, NY 11373 |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

| 7. Name and address of health provider or entity to release this information: |
|---|
| **Empire Blue Cross Blue Shield, PO Box 1407 Church Street Station, New York, N.Y. 10008** |

| 8. Name and address of person(s) or category of person to whom this information will be sent: |
|---|
| **Reardon & Sclafani, 220 White Plains Road, Suite 235, Tarrytown, NY 10591** |

9(a). Specific information to be released:

☑ Medical Record from (insert date) _____ to (insert date) _____

□ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☑ Other: **Claim No. 63189227070** _____

Include: (*Indicate by Initialing*)

_____ **Alcohol/Drug Treatment**

_____ **Mental Health Information**

_____ **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) □ By initialing here _____ I authorize _____
                          Initials                              Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: <br> ☑ At request of individual <br> □ Other: | 11. Date or event on which this authorization will expire: <br><br> **2 years** |
|---|---|
| 12. If not the patient, name of person signing form: <br> **Matthew Sakkas, Esq.** | 13. Authority to sign on behalf of patient: <br> **Attorney** |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____     Date: 6/20/07

Signature of patient or representative authorized by law.

\* **Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**

# DURABLE POWER OF ATTORNEY
## TO EXECUTE A WRITTEN REQUEST FOR
## PATIENT INFORMATION UNDER SECTION 18
## OF THE NEW YORK STATE PUBLIC HEALTH LAW

THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL OR OTHER HEALTH CARE DECISIONS. YOU MAY EXECUTE A HEALTH CARE PROXY TO DO THIS.

This is intended to constitute a **DURABLE POWER OF ATTORNEY** to execute a written request for patient information under Section 18 of the New York State Public Health Law:

I, ___Yolanda Bejasa-Omega___

do hereby appoint my attorney:  ___Sakkas & Cahn, Esqs. located at 150 Broadway___
___Suite 1307, New York, New York 10038    (212) 693-1313___

as my attorney-in-fact to execute a written request for patient information under section 18 of the New York State Public Health Law in my name, place and stead in any way which I myself could do, if I were personally present.

THIS DURABLE POWER OF ATTORNEY SHALL NOT BE AFFECTED BY MY SUBSEQUENT DISABILITY OR INCOMPETENCE.

TO INDUCE ANY THIRD PARTY TO ACT HEREUNDER, I HEREBY AGREE THAT ANY THIRD PARTY RECEIVING A DULY EXECUTED COPY OR FACSIMILE OF THIS INSTRUMENT MAY ACT HEREUNDER, AND THAT REVOCATION OR TERMINATION HEREOF SHALL BE INEFFECTIVE AS TO SUCH THIRD PARTY, AND I FOR MYSELF AND FOR MY HEIRS, EXECUTORS, LEGAL REPRESENTATIVES AND ASSIGNS, HEREBY AGREE TO INDEMNIFY AND HOLD HARMLESS ANY SUCH THIRD PARTY FROM AND AGAINST ANY AND ALL CLAIMS THAT MAY ARISE AGAINST SUCH THIRD PARTY BY REASON OF SUCH THIRD PARTY HAVING RELIED ON THE PROVISIONS OF THIS INSTRUMENT.

THIS DURABLE GENERAL POWER OF ATTORNEY MAY BE REVOKED BY ME AT ANY TIME.

_(signature)_

In Witness Whereof, I have hereunto signed my name and affixed my seal this ___01___ day of ___November___, 200_6_.

_(signature)_

NANCY HIGER
Notary Public, State of New York
No. 31-4990774
Qualified in New York County
Commission Expires January 13, 20/0

## <u>AFFIRMATION OF SERVICE</u>

MATTHEW SAKKAS, an attorney duly admitted to practice law before this Court,

affirms to the truth of the following under penalty of perjury:

I am not a party to this action, I am over 18 years of age and I reside in New York, New

York. On June 6, 2007 I mailed a copy of the within ***PLAINTIFF'S RULE 26 DISCLOSURE***

to the persons or firms listed below at the following addresses:

Reardon & Sclafani, P.C.                    Montfort, Healy, McGuire & Salley
Attorneys for Defendant PV Holding Corp.    Attorneys for Defendant Ronald M. Sklon
Attn.: Michael Sclafani                     Attn.: Hugh Larkin
220 White Plains Road, Suite 235            1140 Franklin Avenue
Tarrytown, NY 10591                         P.O. Box 7677
                                            Garden City, NY 11530-7677

by enclosing a copy of same in a postpaid properly addressed envelope and depositing said

envelope in an official depository under the exclusive care and custody of the U.S. Postal

Service within New York State.

Dated: New York, New York
       June 6, 2007

                              S A K K A S   &   C A H N ,   L L P

                    By: _____

                              MATTHEW SAKKAS, ESQ. (WMS 3351)
                              Attorney for Plaintiff
                              150 Broadway, Suite 1307
                              New York, N.Y. 10038
                              Tel:   (212)693-1313
                              Fax:   (212)693-1314

-3-

UNITED STATES DISTRICT COURT                    Docket No.:      07 Civ. 2950 (SWK)
SOUTHERN DISTRICT OF NEW YORK                   Justice:       Hon. Shirley Wohl Kram

YOLANDA BEJASA-OMEGA,

                                   Plaintiff,

               -v.-

PV HOLDING CORP. and RONALD M. SKLON,

                                   Defendants.

## *PLAINTIFF'S   RULE   26   DISCLOSURE*

### SAKKAS & CAHN, LLP
Attorney for Plaintiff
150 Broadway, Suite 1307
New York, N.Y.  10038
Tel:(212)693-1313
Fax:(212)693-1314