UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
YOLANDA BEJASA-OMEGA,                                  Docket No.:    07 Civ. 2950 (LLS)
                                                       Justice:       Hon. Louis L. Stanton

                                    Plaintiff,

                   -v.-
                                                       ***PLAINTIFF'S SUPPLEMENTAL***
PV HOLDING CORP. and RONALD M. SKLON,                  ***RULE 26 DISCLOSURE***

                                    Defendants.
------------------------------------------------------------------------X

      Plaintiff, by her counsel, make the following supplemental disclosure pursuant to FRCP Rule 26(a)(1):

    (B)    Documents and things in the possession of the disclosing party:

           Annexed hereto please find wage and sick leave verification from plaintiff's employer, the United Nations.

    (C)    Computation of damages:

           See above under section (B).

Dated: New York, New York
       October 10, 2007

                                                            SAKKAS & CAHN, LLP

                                 By: _____
                                       MATTHEW SAKKAS, ESQ. (WMS 3351)
                                       Attorney for Plaintiff
                                       150 Broadway, Suite 1307
                                       New York, N.Y. 10038
                                       Tel:  (212)693-1313
                                       Fax:  (212)693-1314



# UNITED NATIONS    NATIONS UNIES

**NEW YORK, N.Y. 10017**

IN REPLY,
PLEASE QUOTE FILE NO. **702327**

DATE: **4 October 2007**

Dear Sir or Madam:

This is to certify that **Ms. Yolanda BEJASA-OMEGA** is a staff member of the United Nations Secretariat.

| | |
|---|---|
| Date of appointment: | **1 October 1987** |
| Type of appointment: | **Permanent** |
| Functional title: | **Records Assistant** |
| Gross salary per annum: | **$70,304.00** |

According to our records, it is shown that Ms. Bejasa-Omega resides at the following address:

**60 32 Booth St
Elmhurst, New York 11373**

This will also certify that Ms. Bejasa-Omega was on certified sick leave with full pay for the period 27 October 2006 through 31 January 2007.

Should you have any additional question, please feel free to contact Mr. Teddy Keya of my office at 1(212) 963 3447 or email him at keya@un.org.

This certificate is issued at the request of the staff member for the sole purpose of certification of his employment with the Organization. It does not commit the Organization to any financial, legal or other obligations.

Patrick Carey, Executive Officer
Department of Peacekeeping Operations

P.50(12-99)-E

## AFFIRMATION OF SERVICE

MATTHEW SAKKAS, an attorney duly admitted to practice law before this Court, affirms to the truth of the following under penalty of perjury:

I am not a party to this action, I am over 18 years of age and I reside in New York, New York. On October 10, 2007 I mailed a copy of the within **PLAINTIFF'S SUPPLEMENTAL RULE 26 DISCLOSURE** to the persons or firms listed below at the following addresses:

| | |
|---|---|
| Reardon & Sclafani, P.C. | Montfort, Healy, McGuire & Salley |
| Attorneys for Defendant PV Holding Corp. | Attorneys for Defendant Ronald M. Sklon |
| Attn.: Michael Sclafani | Attn.: Hugh Larkin |
| 220 White Plains Road, Suite 235 | 1140 Franklin Avenue |
| Tarrytown, NY 10591 | P.O. Box 7677 |
| | Garden City, NY 11530-7677 |

by enclosing a copy of same in a postpaid properly addressed envelope and depositing said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

Dated: New York, New York
       October 10, 2007

                                  S A K K A S  &  C A H N ,  L L P

                              By: _____
                                  MATTHEW SAKKAS, ESQ. (WMS 3351)
                                  Attorney for Plaintiff
                                  150 Broadway, Suite 1307
                                  New York, N.Y. 10038
                                  Tel:  (212)693-1313
                                  Fax:  (212)693-1314

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Docket No.:   07 Civ. 2950 (LLS)<br>Justice:   Hon. Louis L. Stanton |

YOLANDA BEJASA-OMEGA,

                                                Plaintiff,

                              *-v.-*

PV HOLDING CORP. and RONALD M. SKLON,

                                              Defendants.

*PLAINTIFF'S   SUPPLEMENTAL   RULE   26*
*D   I   S   C   L   O   S   U   R   E*

*SAKKAS & CAHN, LLP*
Attorney for Plaintiff
150 Broadway, Suite 1307
New York, N.Y.  10038
Tel:(212)693-1313
Fax:(212)693-1314