ORIGINAL                    STANTON, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
YOLANDA BEJASA-OMEGA,
                      Plaintiff,       STIPULATION
                                     OF DISCONTINUANCE
                                     AGAINST DEFENDANT
                                     PV HOLDING CORP.

      - against -                  07 CIV. 2950 (SWK) (LLS)

PV HOLDING CORP. and RONALD M. SKLON,

                      Defendants.
-----------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for the plaintiff and defendants in the above-entitled action, that pursuant to Fed. R. Civ. P. §41(a)(1), plaintiff discontinues this action as against defendant, PV Holding Corp., with prejudice, and that the defendant Ronald M. Sklon discontinues any and all cross-claims with prejudice as against defendant PV Holding Corp., and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of this Court.

Dated:   Tarrytown, New York
         September 10, 2007

SAKKAS & CAHN, LLP                REARDON & SCLAFANI, P.C.

_____           _____
Matthew Sakkas, Esq. (WS 3351)    Nicholas J. Accurso, Esq (NA 1853)
Attorneys for Plaintiff          Attorneys for Defendant PV Holding
150 Broadway, Suite 1307          220 White Plains Road, Suite 235
New York, New York 10038          Tarrytown, New York 10591
212-693-1313                         914-366-0201

MONTFORT, HEALY, McGUIRE & SALLEY, LLP

_____
Hugh J. Larkin, Esq. (HL6752)
Attorneys for Defendant Sklon
1140 Franklin Avenue
P.O. Box 7677
Garden City, New York 11530-7677
516-747-4082

                                                       USDC SDNY
                                                       DOCUMENT
                                                       ELECTRONICALLY FILED
                                                       DOC #:
                                                       DATE FILED: 11/6/07

So Ordered this Nov. 6
~~day of September~~, 2007:

_____
HON. ~~SHIRLEY WOHL KRAM~~ Louis L. Stanton, U.S.D.J.