**ORIGINAL** MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/08

# Sakkas & Cahn, LLP
150 Broadway, Suite 1307
New York, N.Y. 10038
Phone: (212)693-1313
Fax: (212)693-1314

Cell: (347)596-0879
Email: msakkas@sakkascahn.com

December 21, 2007

Hon. Louis L. Stanton
United States District Judge
United States Courthouse
500 Pearl St., Room 2250
New York, NY 10007

Re: Omega v. PV Holding and Ronald Sklon
Docket No.: 07 Civ. 2950 (LLS)

Dear Justice Stanton:

I am enclose herein a courtesy copy of plaintiff's motion for summary judgment, pursuant to your individual practice rule 2(B).

These papers have been served on my adversary, but have not been filed through the ECF System. The file size is 7.6 megabytes and the ECF system will only accept a file size no larger than 2.5 megabytes. I have made several attempts to re-scan the papers and reduce the file size, to no success.

The ECF Administrator has advised me that I should request from you permission to file the papers without exhibits in the ECF System. Accordingly, please take this as my request for such permission.

Very truly yours,

Matthew Sakkas

*[Handwritten endorsement:]* Granted. File the exhibits in paper form, and attach a notice to that effect to the ECF filing. Louis L. Stanton 1/14/08

*Sakkas & Cahn, LLP*

December 21, 2007          Page 2

---

CC:

Montfort, Healy, McGuire & Salley
Attorneys for Defendant Ronald M. Sklon
Attn.: Hugh Larkin
1140 Franklin Avenue
P.O. Box 7677
Garden City, NY 11530-7677