UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YOLANDA BEJASA-OMEGA,                    Docket No.:    07 Civ. 2950 (LLS)
                                         Justice:      Hon. Louis L. Stanton

                    Plaintiff,

         -v.-

PV HOLDING CORP. and RONALD M. SKLON,    **N O T I C E   O F   F I L I N G**

                    Defendants.
------------------------------------------------------------------X

      PLEASE TAKE NOTICE, that pursuant to the order/endorsed letter of the Hon. Louis L. Stanton, dated January 14, 2008 (copy annexed hereto), the exhibits annexed to *Affirmation of Matthew Sakkas In Support of Plaintiff's Motion for Summary Judgment on the Issue of Liability*, dated December 19, 2007, have been filed with the Clerk's Office in the United States District Court for the Southern District of New York.

Dated:  New York, New York
         January 21, 2008

                                   S A K K A S   &   C A H N ,   L L P

                          By:  _____
                               MATTHEW SAKKAS, ESQ. (WMS 3351)
                               Attorney for Plaintiff
                               150 Broadway, Suite 1307
                               New York, N.Y.  10038
                               Tel:   (212)693-1313
                               Fax:  (212)693-1314

**ORIGINAL** MEMORANDUM ENDORSED

# Sakkas & Cahn, LLP
150 Broadway, Suite 1307
New York, N.Y. 10038
Phone: (212)693-1313
Fax: (212)693-1314

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/08

Cell: (347)596-0879
Email: msakkas@sakkascahn.com

December 21, 2007

Hon. Louis L. Stanton
United States District Judge
United States Courthouse
500 Pearl St., Room 2250
New York, NY 10007

Re: Omega v. PV Holding and Ronald Sklon
Docket No.: 07 Civ. 2950 (LLS)

Dear Justice Stanton:

I am enclose herein a courtesy copy of plaintiff's motion for summary judgment, pursuant to your individual practice rule 2(B).

These papers have been served on my adversary, but have not been filed through the ECF System. The file size is 7.6 megabytes and the ECF system will only accept a file size no larger than 2.5 megabytes. I have made several attempts to re-scan the papers and reduce the file size, to no success.

The ECF Administrator has advised me that I should request from you permission to file the papers without exhibits in the ECF System. Accordingly, please take this as my request for such permission.

Very truly yours,

Matthew Sakkas

[Handwritten endorsement: Granted. File the exhibits in paper form, and attach a notice to that effect to the ECF filing. Louis L. Stanton 1/14/08]

*Sakkas & Cahn, LLP*

December 21, 2007 Page 2

CC:

Montfort, Healy, McGuire & Salley
Attorneys for Defendant Ronald M. Sklon
Attn.: Hugh Larkin
1140 Franklin Avenue
P.O. Box 7677
Garden City, NY 11530-7677

## AFFIRMATION OF SERVICE

MATTHEW SAKKAS, an attorney duly admitted to practice law before this Court, affirms to the truth of the following under penalty of perjury: I am not a party to this action, I am over 18 years of age and I reside in New York, New York.

On January 21, 2008 I mailed a copy of the within *NOTICE OF FILING* to the persons or firms listed below at the following addresses:

> MONTFORT, HEALY, MCGUIRE & SALLEY
> Attorneys for Defendant RONALD M. SKLON
> Attn.: Hugh Larkin
> 1140 Franklin Avenue
> P.O. Box 7677
> Garden City, NY 11530-7677

by enclosing a copy of same in a postpaid properly addressed envelope and depositing said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

Dated: New York, New York
       January 21, 2008

SAKKAS & CAHN, LLP

By: _____
MATTHEW SAKKAS, ESQ. (WMS 3351)
Attorney for Plaintiff
150 Broadway, Suite 1307
New York, N.Y. 10038
Tel:   (212)693-1313
Fax:   (212)693-1314

-2-

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Docket No.:   07 Civ. 2950 (LLS)<br>Justice:   Hon. Louis L. Stanton |

YOLANDA BEJASA-OMEGA,

                                                       Plaintiff,

                                            -*v.*-

PV HOLDING CORP. and RONALD M. SKLON,

                                                     Defendants.

## <u>N O T I C E   O F   F I L I N G</u>

*SAKKAS & CAHN, LLP*
Attorney for Plaintiff
150 Broadway, Suite 1307
New York, N.Y.  10038
Tel:(212)693-1313
Fax:(212)693-1314

TO:

MONTFORT, HEALY, MCGUIRE & SALLEY
Attorneys for Defendant RONALD M. SKLON
Attn.:  Hugh Larkin
1140 Franklin Avenue
P.O. Box 7677
Garden City, NY  11530-7677