**EXHIBIT "A"**

1

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    ------------------------------------------------ x

5    YOLANDA BEJASA-OMEGA,

6                          Plaintiff,      Docket No.

                                    07 Civ.2950(SWK)

7         -against-

8    PV HOLDING CORP., and RONALD M. SKLON,

9                          Defendants.

10    ------------------------------------------------ x

11

12

13         DEPOSITION of the Plaintiff, YOLANDA

14    BEJASA-OMEGA, taken by the Defendants, pursuant to

15    Order, held at the offices of Barrister Reporting

16    Service, 120 Broadway, New York, New York, on

17    August  9, 2007, at 11:37 a.m., before a Notary

18    Public of the State of New York.

19

20

21

22    ************************************************

23         BARRISTER REPORTING SERVICE, INC.

             120 Broadway

24           New York, N.Y. 10271

             212-732-8066

25

2

2  A P P E A R A N C E S:

3

4          SAKKAS & CAHN, LLP
                Attorneys for Plaintiff
5               150 Broadway
                New York, New York 10038

6

      BY:   MATTHEW SAKKAS, ESQ.

7

8

9          REARDON & SCLAFANI, P.C.
                Attorneys for Defendant
10              PV HOLDING CORP.
                220 White Plains Road
11              Tarrytown, New York 10591
12     BY:   NICHOLAS ACCURSO, ESQ.

13

14

15         MONTFORT, HEALY, MC GUIRE & SALLEY
                Attorneys for Defendant
16              RONALD M. SKLON
                1140 Franklin Avenue
17              Garden City, New York 11530
18     BY:   MICHAEL K. ADAMS, ESQ.

19

20

                    XXXXX
21

22

23

24

25

3

2          S T I P U L A T I O N S

3

4          IT IS HEREBY STIPULATED AND AGREED by

5     and between the attorneys for the respective

6     parties herein, that filing, sealing and

7     certification, and the same are, hereby

8     waived.

9

10          IT IS FURTHER STIPULATED AND AGREED that

11     all objections except as to the form of the

12     question, shall be reserved to the time of the

13     trial.

14

15          IT IS FURTHER STIPULATED AND AGREED that

16     the within deposition may be signed and sworn to

17     by an officer authorized to administer an oath,

18     with the same force and effect as if signed and

19     sworn to before the Court.

20

21                         xxxxx

22

23

24

25

4

2    Y O L A N D A    B E J A S A - O M E G A,

3         Having been first duly sworn before a

4         Notary Public of the State of New York, was

5         Examined and testified as follows:

6    EXAMINATION BY

7    MR. ADAMS:

8    Q.    Please state your name for the record.

9    A.    Yolanda Bejasa-Omega.

10   Q.    Please state your address for the

11   record.

12   A.    60-32 Booth Street, Rego Park, New

13   York 11373.

14   Q.    Good morning, Mrs. Bejasa-Omega.    My

15   name is Michael Adams.    I represent the

16   defendant Ronald Sklon in this lawsuit.    I am

17   going to ask you some questions about the

18   accident that occurred on October 27, 2006.

19         I would just ask that you if don't

20   understand any of my questions, please tell

21   me that.    Also, I need you to wait until I

22   finish the question because the court

23   reporter can only take down one of us

24   speaking at a time.    For the same reasons I

25   need you to give a spoken response as opposed

5

```
 1                    Y. Bejasa-Omega

 2    to a nod or a shake of the head or another

 3    gesture, again, because she can only take

 4    down what you say.

 5            Finally, if your attorney should

 6    object to any of my questions, please don't

 7    say anything until we try to work out any

 8    objections that he may have.  Okay?

 9    A.      Okay.

10    Q.      How long have you lived at your

11    present address?

12    A.      Twelve years.

13    Q.      Does anybody live there with you at

14    the present time?

15    A.      My husband.

16    Q.      What is his name?

17    A.      Arturo Omega.

18    Q.      Does anyone besides your husband live

19    with you at the present time?

20    A.      Nobody.

21    Q.      What is your date of birth?

22    A.      December 2, 1947.

23    Q.      What is your Social Security number?

24    A.      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.

25    Q.      Were you involved in an accident on
```

6

```
 1                    Y. Bejasa-Omega
 2    October 27, 2006?
 3    A.      Yes.
 4    Q.      Were you a pedestrian crossing a
 5    street when the accident happened?
 6    A.      Yes.
 7    Q.      Where did the accident happen?
 8    A.      At the corner of 44th Street and
 9    Second Avenue in Manhattan.
10    Q.      Approximately what time of day did the
11    accident take place?
12    A.      I believe it's 8:30.
13    Q.      In the morning?
14    A.      Yes.
15    Q.      Do you remember the weather at the
16    time of the accident?
17    A.      Sunny.
18    Q.      When the accident happened, where were
19    you coming from and where were you going to?
20    A.      I'm coming from Third Avenue going
21    toward east.
22    Q.      Specifically where on Third Avenue
23    were you?
24    A.      Third Avenue and 44th Street.
25    Q.      What was located at Third Avenue and
```

1                    Y. Bejasa-Omega

2    44th Street that you were leaving?

3    A.    Excuse me?

4    Q.    Specifically what at Third Avenue and

5    44th Street; was it a subway stop, an office?

6    A.    It's a bus stop.  I just got off at

7    the bus stop.

8    Q.    Was anyone walking with you at the

9    time of the accident?

10   A.    No.

11   Q.    You said you were going east.  What

12   was your destination?

13   A.    First Avenue and 44th Street.

14   Q.    What was located there?

15   A.    My office.

16   Q.    You were on your way to work?

17   A.    Yes.

18   Q.    Where were you working at the time?

19   A.    At the United Nations.

20   Q.    Did you have any specific time that

21   you were to be at work at the United Nations

22   that day?

23   A.    Yes.

24   Q.    What time was that?

25   A.    9:00.

8

1                    Y. Bejasa-Omega

2    Q.      Exactly where did the accident take

3    place?  Was it on a sidewalk, a street, or

4    somewhere else?

5    A.      On the street.

6    Q.      What street were you walking on when

7    the accident happened?

8    A.      I'm crossing Second Avenue at the

9    corner of 44th Street.

10   Q.      Were you on the north side or the

11   south side of Second Avenue?

12   A.      South side.

13   Q.      Were you traveling east or west?  You

14   said you were going to east on 44th Street?

15   A.      East.

16   Q.      At the corner of 44th Street, was

17   there a light for pedestrian traffic such as

18   a walk/don't walk type of light?

19   A.      Yes.

20   Q.      Did you stop at the corner before you

21   began proceeding across Second Avenue?

22   A.      Yes.

23   Q.      How long were you stopped before you

24   began to cross that street?

25   A.      Probably a second.

9

```
 1                    Y. Bejasa-Omega

 2    Q.      Did you look at the light for

 3    pedestrian traffic before you began to cross?

 4    A.      Yes.

 5    Q.      What did you see when you looked at

 6    that light?

 7    A.      Walk sign.

 8    Q.      Was there a painted crosswalk for

 9    pedestrian traffic at that intersection?

10    A.      Yes.

11    Q.      Where were you crossing in

12    relationship to the pedestrian crosswalk?

13    A.      I was in the crosswalk.

14    Q.      How far did you proceed across Second

15    Avenue before the accident happened?

16    A.      How far?

17    Q.      What distance did you walk across the

18    street before the accident happened?

19    A.      The street had four lanes.  I am on

20    the second.

21    Q.      At the place where the accident

22    happened, was Second Avenue a one-way or a

23    two-way street?

24    A.      A one-way going south.

25    Q.      There were four southbound lanes of
```

1                    Y. Bejasa-Omega

2      traffic on Second Avenue where you were

3      crossing?

4      A.      Yes.

5      Q.      You had proceeded entirely across one

6      and were in the second southbound lane of

7      traffic when the accident happened?

8      A.      Yes.

9      Q.      Were you at the beginning of that

10     second lane, in the middle, or almost through

11     it when the accident happened, if you

12     remember?  How far into the second lane of

13     traffic were you when the accident happened?

14     A.      Going to the third lane, on that side.

15     Q.      You had almost reached the third lane

16     when the accident happened?

17     A.      Yes.

18     Q.      I think I neglected to say one thing

19     when I was giving my preliminary directions

20     to you.  If you don't understand any of my

21     questions, please tell me that and I will

22     rephrase it so you do understand.

23     A.      Thank you.

24     Q.      Did the accident involve contact

25     between a motor vehicle and yourself?  Did a

1               Y. Bejasa-Omega

2   vehicle come in contact with you?

3   A.      Yes.

4   Q.      Did you see the motor vehicle before

5   the contact occurred?

6   A.      No.

7   Q.      What was your first awareness that an

8   accident had happened; did you hear

9   something, feel something, or something else?

10  A.      No.

11  Q.      How did you first become aware that

12  you had been struck by a motor vehicle?

13  A.      When I saw the vehicle next to me.

14  Q.      What part of your body was struck by

15  the vehicle?

16  A.      The left side.

17  Q.      When you say the left side, can you be

18  more specific?

19  A.      Here (indicating).

20  Q.      You seem to be indicating your hip.

21  Was it your hip that was struck?

22  A.      Hip, legs.

23  Q.      Legs or your left leg or both?

24  A.      Left leg.

25  Q.      Can you describe the force of the

```
 1                    Y. Bejasa-Omega
 2    impact of the vehicle into your left side?
 3    A.      I can't remember.
 4    Q.      Immediately before the contact
 5    happened, did you hear any sounds?
 6    A.      No.
 7    Q.      Did you hear any horns or screeching
 8    tires or anything else?
 9    A.      No.
10    Q.      Did you hear anyone say anything by
11    way of any warning or anything before the
12    accident happened?
13    A.      No.
14    Q.      Where were you looking when the felt
15    the contact?
16    A.      Toward where I am going.
17    Q.      How would you describe pedestrian
18    traffic as you were crossing that
19    intersection; were there any other
20    pedestrians crossing in the walkway, if you
21    remember?
22    A.      I can't remember.
23    Q.      Do you know if the motor vehicle that
24    struck you was a car, a truck, a bus, or
25    something else?
```

13

```
 1                    Y. Bejasa-Omega
 2    A.       A car.
 3    Q.       Can you describe the car that struck
 4    you?
 5    A.       It's a white car.
 6    Q.       Do you know the make or model?
 7    A.       No.
 8    Q.       Did the white car come in contact with
 9    you once or more than once?
10    A.       Once.
11    Q.       As a result of that contact, what
12    happened to you?
13    A.       I was on the street sitting and I had
14    a lot of pain.
15    Q.       As a result of that impact, did your
16    body come in contact with the street?
17    A.       Yes.
18    Q.       What part of your body came in contact
19    with the street?
20    A.       I can't remember.
21    Q.       Did your body come in contact with
22    anything other than the white car in the
23    street during the accident?
24    A.       No.
25    Q.       Did you lose consciousness after you
```

14

1                        Y. Bejasa-Omega

2    were struck by the car?

3    A.      I can't remember.

4    Q.      When you came to rest on the street,

5    did you say you were sitting?

6    A.      Sitting.

7    Q.      Were you bleeding from any part of

8    your body when you were sitting on the

9    street?

10   A.      No.

11   Q.      Immediately after the accident while

12   you were sitting on the street, did you feel

13   pain in any part of your body?

14   A.      Yes.

15   Q.      Where did you feel pain?

16   A.      On my left foot.

17   Q.      After you came to rest sitting on the

18   street, what happened next?  Did anybody come

19   over to you?  What happened after you were

20   hit by the car and you were sitting on the

21   street?

22   A.      People came and asked me if I was okay

23   and I said no.  The driver also asked me if I

24   am okay.  I told him no.

25   Q.      Other than asking you if you were

15

```
 1                    Y. Bejasa-Omega
 2    okay, did the driver of the white car say
 3    anything else to you?
 4    A.       No.  He said if he can call 911, if I
 5    needed an ambulance.  I said yes.
 6    Q.       To your knowledge, did the driver of
 7    the white car call 911?
 8    A.       Yes.
 9    Q.       How long did you remain sitting on the
10    street after the accident happened?
11    A.       I can't remember.  Until the ambulance
12    actually lifted me up.
13    Q.       Did you remain in the street until the
14    ambulance arrived?
15    A.       Yes.
16    Q.       Approximately how long after the
17    accident did the ambulance arrive?
18    A.       I can't remember.
19    Q.       Was it more or less than fifteen
20    minutes?
21    A.       More.
22    Q.       After the driver spoke to you and
23    called 911 and the arrival of the ambulance,
24    in between that time, did anybody else come
25    over to you while you were in the street?
```

```
 1                    Y. Bejasa-Omega
 2    A.      No.
 3    Q.      Did the police come to the scene of
 4    the accident?
 5    A.      Yes.
 6    Q.      Who got there first, the ambulance or
 7    the police?
 8    A.      The police.
 9    Q.      Approximately how long after the
10    accident did the police arrive?
11    A.      I can't remember.
12    Q.      Did the police ask you what had
13    happened?
14    A.      Yes.
15    Q.      Do you recall what you told them?
16    A.      I said the car hit me.
17    Q.      Did the police have a conversation
18    with the driver of the white vehicle, to your
19    knowledge?
20    A.      I saw the driver with the policeman.
21    I didn't hear what they were talking about.
22    Q.      Did anyone tell you that they saw the
23    accident?
24    A.      No.  I don't know.
25    Q.      Do you know an individual named Sonia
```

17

```
1                    Y. Bejasa-Omega
2     Bahovic?
3     A.      Oh, yes.
4     Q.      How do you know Sonia?
5     A.      I don't know her.  She just came to me
6     and introduced herself, that she works at the
7     United Nations.  And she said if I need
8     something.  She said, "Do you want me to call
9     911?"  But she can't find her phone number,
10    so then the driver came and asked to call the
11    ambulance.
12    Q.      Had you known Sonia before the date of
13    the accident?
14    A.      No.
15    Q.      She just came?
16    A.      Yes.
17    Q.      Did she ever tell you she saw the
18    accident happen?
19    A.      No.
20    Q.      Other than Sonia and the driver of the
21    white vehicle and the police and the
22    ambulance, did anybody else speak with you
23    while you were at the accident scene?
24    A.      My office mate saw me and I told her
25    to tell the office that I had an accident,
```

18

```
 1                    Y. Bejasa-Omega
 2   that I would not be working for that day.
 3   Q.       Do you remember the name of that
 4   person?
 5   A.       Janinaki Murthy, J-A-N-I-N-A-K-I,
 6   M-U-R-T-H-Y.
 7   Q.       When the ambulance arrived at the
 8   scene, what, if anything, did they do?
 9   A.       Who?
10   Q.       The ambulance people.
11   A.       They asked me if I can stand up.  I
12   said no.  So they have to carry me to the
13   stretcher.
14   Q.       Did you make any complaints to the
15   ambulance people about any other parts of
16   your body other than your left foot?
17   A.       No.
18   Q.       Did the ambulance take you to a
19   hospital?
20   A.       Yes.
21   Q.       What hospital did they take you to?
22   A.       Bellevue Hospital.
23   Q.       Did you receive any treatment while
24   you were in the ambulance on the way to
25   Bellevue?
```

19

```
 1                    Y. Bejasa-Omega
 2    A.      Yes.
 3    Q.      What treatment did you receive?
 4    A.      Ice pack.
 5    Q.      To your left foot?
 6    A.      Yes.
 7    Q.      Did they do anything else for you in
 8    the ambulance?
 9    A.      No.
10    Q.      What were your complaints when you
11    arrived at Bellevue Hospital?
12    A.      I had a lot of pain in my left foot.
13    Q.      What treatment did you receive at
14    Bellevue Hospital?
15    A.      They have it x-rayed and they put a
16    cast and they gave me crutches.
17    Q.      What was the cast made out of?
18    A.      Wood.  Oh, the cast?
19    Q.      Yes.
20    A.      I'm sorry.
21    Q.      The crutches were made out of wood,
22    I'm guessing.
23    A.      I'm sorry.
24    Q.      Was it a plaster cast or a plastic
25    cast or something else, if you know?  Only if
```

20

```
 1                    Y. Bejasa-Omega
 2    you remember.
 3    A.      I don't know.  Probably plastic cast.
 4    Q.      Where did the cast --
 5    A.      Paper mache.
 6    Q.      Where did the cast extend from; did it
 7    cover your toes or just above your toes?
 8    A.      Halfway of my toes and up to my legs.
 9    Q.      How far up your leg did the cast go?
10    A.      Below the knee.
11    Q.      Did anyone tell you what the x-rays
12    showed while you were at the hospital?
13    A.      There is a broken bone.
14    Q.      Did you leave the hospital the same
15    day?
16    A.      Yes.
17    Q.      Where did you go when you left the
18    hospital?
19    A.      Home.
20    Q.      How did you get there?
21    A.      My son, my husband, and my son-in-law
22    came and they picked me up.
23    Q.      Did they drive you home?
24    A.      Yes.
25    Q.      Did you get any medication while you
```

21

```
 1                    Y. Bejasa-Omega
 2    were at the hospital?
 3    A.       Morphine for the pain.
 4    Q.       Morphine?
 5    A.       Morphine for the pain.
 6    Q.       Was that a pill or injection or
 7    something else?
 8    A.       Pill.
 9    Q.       Did they give you a prescription or
10    just some pills?
11    A.       No.  Just pills.
12    Q.       What did you do when you got home?
13    A.       Rest.
14    Q.       When was the next time you saw any
15    medical providers for the injuries you
16    received in this accident?
17    A.       After a week.
18    Q.       Where did you go then?
19    A.       Dr. Tejwani.
20    Q.       Is that T-E-J-W-A-N-I?
21    A.       Yes.
22    Q.       Where was Dr. Tejwani located?
23    A.       One second.
24    Q.       Is it in Manhattan?
25    A.       Yes.
```

22

1                    Y. Bejasa-Omega

2    Q.        Had you ever seen Dr. Tejwani before

3    this accident?

4    A.        No.

5    Q.        Were you referred to Dr. Tejwani by

6    anybody?

7    A.        Referred by the hospital.

8    Q.        Your initial hospital, Bellevue,

9    correct?

10   A.        Yes, by Bellevue.

11   Q.        To your knowledge, is Dr. Tejwani an

12   orthopedic surgeon?

13   A.        Yes.

14   Q.        What were your complaints when you saw

15   Dr. Tejwani for the first time after this

16   accident?

17   A.        He knew that I have a fracture, and he

18   saw the x-ray, and I have a lot of pain on my

19   ankle.

20   Q.        What, if anything, did Dr. Tejwani do

21   the first time that you saw him?  What did

22   Dr. Tejwani do the first time you went to see

23   him about a week after this accident?

24   A.        I'm sorry?

25   Q.        When you went to see Dr. Tejwani the

23

1                       Y. Bejasa-Omega

2      first time, about a week after this accident,

3      what did he do?  What did he do to you?  Did

4      he examine you?

5      A.     Yes, he ordered for an x-ray.

6      Q.     Was that done in his office?

7      A.     Yes, in the office.

8      Q.     Did he do anything else besides the

9      x-ray?

10     A.     No.

11     Q.     Did you still have the cast on at that

12     point?

13     A.     Yes.

14     Q.     Did he discuss the x-ray with you?

15     A.     Yes, he said that I have a broken bone

16     and that I have -- I have to have an

17     operation to correct it.

18     Q.     Did he tell you that during that first

19     visit?

20     A.     Yes.

21     Q.     Did you have that operation done?

22     A.     Yes, after a week.

23     Q.     A week after the first visit to Dr.

24     Tejwani?

25     A.     Yes.

24

1                    Y. Bejasa-Omega

2    Q.    Where was the operation done?

3    A.    One second.  I think November 7th.

4    Q.    That's when the operation was done?

5    A.    Yes.

6    Q.    Where was it done?

7    A.    In New York Hospital for Joint

8    Disease.

9    Q.    When you were admitted to the hospital

10   for that operation, did you stay more than

11   one night?

12   A.    No.

13   Q.    Was it done on the day of the accident

14   on an outpatient basis?

15   A.    Yes.

16   Q.    Do you know what the operation

17   consisted of?

18   A.    I can't understand.

19   Q.    Do you know what the operation was?

20   Was it arthroscopic surgery or something

21   else?

22             MR. SAKKAS:  In other words,

23             what did they do for you in the

24             operation?  As best you can explain

25             it.

25

 1                     Y. Bejasa-Omega

 2     A.       They put a plate.

 3     Q.       Did he have to make an incision to put

 4     that plate in?

 5     A.       Yes.

 6     Q.       Was that in your ankle or some other

 7     part of your foot?

 8     A.       Ankle.

 9     Q.       Did Dr. Tejwani tell you whether that

10     plate was going to be in your ankle

11     permanently or whether he intended to take it

12     out at some point?

13     A.       Permanently.

14     Q.       After the operation you were released

15     the same day?

16     A.       Yes.

17     Q.       After you went home from the hospital,

18     after the surgery, when was the next time

19     that you saw any medical doctors for your

20     injuries?

21     A.       The next time?

22     Q.       When did you follow-up with Dr.

23     Tejwani after the surgery?

24     A.       After the surgery I have a stroke on

25     November 13th.

26

```
 1                    Y. Bejasa-Omega
 2    Q.      Where were you when you had the
 3    stroke?
 4    A.      North Shore Hospital in Forest Hills,
 5    Queens.
 6    Q.      Is that where you went to after the
 7    stroke began to occur?
 8    A.      Yes.
 9    Q.      Where were you specifically when you
10    began to --
11    A.      At home.
12    Q.      At North Shore University Hospital?
13    A.      Yes.
14    Q.      Which one, because there are several?
15    A.      The one in Forest Hills.
16    Q.      What did they do for you when you went
17    to North Shore University Hospital in Forest
18    Hills?
19    A.      I had a series of MRIs, under
20    observation.
21    Q.      Did you stay in the hospital
22    overnight?
23    A.      Yes.
24    Q.      How many days were you admitted to the
25    hospital?
```

27

1                    Y. Bejasa-Omega

2    A.      A week.

3    Q.      Was there one doctor who was primarily

4    in charge of your care while you were in that

5    hospital?

6    A.      Yes.

7    Q.      Who was that?

8    A.      Dr. Jhiansi Rao.

9    Q.      J-H-I-A-N-S-I, R-A-O?

10   A.      Yes.

11   Q.      Other than taking MRIs and observing

12   you, what, if anything, else did they do with

13   regard to your stroke while you were in the

14   hospital?  Did they give you any medication

15   or anything else?

16   A.      I can't remember.

17   Q.      After a week you were released from

18   that hospital?

19   A.      Yes.

20   Q.      Did you go home after that?

21   A.      Yes.

22   Q.      Did you follow-up with Dr. Rao after

23   you were released from the hospital?

24   A.      No.

25   Q.      What, if anything, did Dr. Rao tell

28

1              Y. Bejasa-Omega
2    you when he released you from the hospital
3    after they were observing you for the stroke?
4    Did he give you any instructions?
5    A.      No, just to see my cardiologist.
6    Q.      Did Dr. Rao tell you whether he felt
7    that the stroke that he was treating you for
8    was related to your accident in October?
9    A.      I can't remember.
10   Q.      Did you tell Dr. Rao that you had been
11   in a motor vehicle accident when he was
12   treating you for these symptoms?
13   A.      Yes.
14   Q.      What, if anything, did he say in
15   response to that?
16   A.      I can't remember.
17   Q.      Did you follow-up with your
18   cardiologist?
19   A.      Yes.
20   Q.      Had you been seeing a cardiologist
21   before this incident?
22   A.      Yes.
23   Q.      Who is that?
24   A.      Dr. Warschauer.
25   Q.      Can you spell that?

```
 1                Y. Bejasa-Omega
 2    A.      W-A-R-S-C-H-A-U-E-R.
 3    Q.      Had you been treating with Dr.
 4    Warschauer for any cardiac problems before
 5    this incident?
 6    A.      No, just for physical checkup.
 7    Q.      When did you see Dr. Warschauer for
 8    the first time after your admission to North
 9    Shore Hospital?
10    A.      For the first time, after the
11    accident?
12    Q.      After you were released from North
13    Shore at Forest Hills?
14    A.      I can't remember.
15    Q.      Did you see Dr. Warschauer between the
16    time of the motor vehicle accident and when
17    you were admitted to North Shore Hospital?
18    A.      I went to Dr. Warschauer for clearance
19    for the operation.
20    Q.      Did he tell you about any problems at
21    that time?
22    A.      No, he just tell me to stop Coumadin,
23    what I am taking.
24    Q.      How long had you been taking Coumadin
25    before this operation?
```

1                    Y. Bejasa-Omega

2    A.    Probably six months.

3    Q.    Were you taking Coumadin on the day of

4    the accident?

5    A.    Yes.

6    Q.    What condition were you taking it for?

7    A.    What is it again?

8    Q.    Why were you taking Coumadin?

9    A.    For prevention for stroke.

10   Q.    Was that prescribed by Dr. Warschauer?

11   A.    Yes.

12   Q.    Had you resumed taking the Coumadin

13   after the operation and before you were

14   admitted to North Shore Hospital?

15   A.    Yes.

16   Q.    When did you start taking it again?

17   A.    Two days after the operation.

18   Q.    How long before the operation did you

19   stop taking it?

20   A.    I think three days.

21   Q.    When you saw Dr. Warschauer after your

22   admission to North Shore Hospital, did you

23   discuss that hospitalization with him?

24   A.    The doctor from North Shore, get in

25   touch with him.

31

```
 1                    Y. Bejasa-Omega
 2     Q.      Dr. Rao?
 3     A.      Yes.
 4     Q.      But did Dr. Warschauer discuss with
 5     you anything about your hospitalization at
 6     North Shore?
 7     A.      No.
 8     Q.      Did he ever discuss with you whether
 9     you had a stroke?
10     A.      I can't say.  It was the doctor who
11     told him that I have a stroke.
12     Q.      You believe the Dr. Rao told him you
13     had a stroke.  I am trying to understand your
14     testimony.
15     A.      Yes.  What?
16     Q.      My question was, did Dr. Warschauer
17     discuss with you whether Dr. Warschauer
18     believed that you had a stroke?
19     A.      I can't remember.
20     Q.      What, if anything, did Dr. Warschauer
21     do the first time that you went to see him
22     after you were released from North Shore
23     Hospital?
24     A.      He told me to see Dr. Segal, if I have
25     some damages from the stroke.
```

32

1                    Y. Bejasa-Omega

2    Q.      Who is Dr. Segal?  Is he associated

3    with Cornell University Hospital?

4    A.      Yes.

5    Q.      He is a neurologist?

6    A.      Yes.

7    Q.      Had you ever seen Dr. Segal before

8    that incident?

9    A.      No.

10   Q.      Did you go to him after you got the

11   referral from Dr. Warschauer?

12   A.      Yes.

13   Q.      What were your complaints, if any,

14   when you went to see Dr. Segal?

15   A.      I told him I was diagnosed with --

16   that I have a heart attack, and that Dr.

17   Warschauer wants to know if I have some

18   damages after the stroke.

19   Q.      Did Dr. Segal examine you?

20   A.      Yes.

21   Q.      When you went to see Dr. Segal and you

22   told him what you just told us you told him

23   about being diagnosed as having had a heart

24   attack?

25   A.      Or a stroke.

33

Y. Bejasa-Omega

1

2    Q.    Or a stroke.  Then Dr. Segal examined

3    you, correct?

4    A.    Yes.

5    Q.    What did he tell you after he examined

6    you?

7    A.    He believes that -- he asked -- I have

8    an MRI to see if I have some damages.  That I

9    have no damages on my brain or in my arteries

10   and he will speak to Dr. Warschauer.

11   Q.    When did you see Dr. Segal?  Did you

12   see him more than once?

13   A.    Yes.

14   Q.    How many times have you seen Dr.

15   Segal?

16   A.    I saw him only once.  The second one

17   is the x-ray -- I mean the MRI.

18   Q.    When did you see Dr. Segal?

19   A.    This one is January 2007.  I also have

20   physical therapy.

21              MR. SAKKAS:  Could I ask one

22         question?  You said heart attack

23         before.  I think you misspoke.  Did

24         you mean to say stroke or was there an

25         issue that there was a heart attack?

34

1          Y. Bejasa-Omega

2                THE WITNESS:  I don't think

3          it's a heart attack.  It's a stroke.

4                MR. SAKKAS:  Nobody said

5          anything about a heart attack, did

6          they?

7                THE WITNESS:  No.

8    Q.    You just made a mistake before when

9    you said heart attack, you meant to say

10   stroke?

11   A.    No, I didn't say heart attack.  I

12   meant to say stroke.

13                MR. ACCURSO:  You said heart

14          attack.

15                THE WITNESS:  I'm sorry.

16   Q.    When was the last time that you saw

17   anyone for the possible stroke that you

18   suffered?

19   A.    That I saw anyone?

20   Q.    Was Dr. Segal the last doctor that you

21   saw because of the stroke or have you seen

22   somebody else since seeing him?

23   A.    I saw Dr. Weg, my family physician.  I

24   don't know if it's related to the stroke.

25   It's just something in my schedule, physical

35

1          Y. Bejasa-Omega

2    exam.

3    Q.    Did you see anyone else specifically

4    because of the stroke since seeing Dr. Segal?

5    A.    No.

6    Q.    Did you have the MRI after you saw Dr.

7    Segal?

8    A.    Yes.

9    Q.    Where was the MRI done?

10   A.    In that hospital.

11   Q.    Cornell?

12   A.    Cornell Hospital, New York

13   Presbyterian Cornell University.  It's two

14   names.  Cornell University or New York

15   Presbyterian Hospital.

16   Q.    Was that MRI done the same day that

17   you saw Dr. Segal?

18   A.    No.

19   Q.    How long after you saw Dr. Segal was

20   that done?

21   A.    A week.

22   Q.    Did Dr. Segal discuss the results of

23   that MRI with you?

24   A.    No.

25   Q.    Did anyone discuss the results of the

36

1                      Y. Bejasa-Omega

2    MRI with you?

3    A.      The technician or the doctor that did

4    the MRI.

5    Q.      What about Dr. Warschauer; did he ever

6    discuss the MRI with you?

7    A.      No.

8    Q.      After you had the operation to your

9    ankle, and I apologize if I already asked you

10   this, did you follow-up with a surgeon who

11   performed the ankle surgery?

12   A.      Yes.

13   Q.      When was the next time that you saw

14   him?

15   A.      On a monthly basis.

16   Q.      When you left the hospital after the

17   ankle surgery, did you have a cast on your

18   ankle?

19   A.      Yes.

20   Q.      What type of cast did you have on?

21   A.      The same thing, like a paper mache.

22   Q.      How long did you have that cast on

23   after the surgery, approximately?

24   A.      I can't remember.

25   Q.      Was it more than a month?

37

1                    Y. Bejasa-Omega

2    A.    Yes.

3    Q.    More than three months?

4    A.    Yes -- no, because after I have the

5    boots.

6    Q.    When the cast was taken off, then you

7    had a boot?

8    A.    Yes.

9    Q.    How long did you wear the boot?

10   A.    I think three months.

11   Q.    After the boot was taken off, did you

12   have anything else on your ankle?

13   A.    No.

14   Q.    In addition to the cast, when you left

15   the hospital the day of the surgery, did you

16   have crutches or anything else to help you

17   get around?

18   A.    First I have the wheelchair.

19   Q.    How long did you have a wheelchair?

20   A.    I have three months.

21   Q.    Were you able to put any weight on

22   your left foot during this three-month

23   period?

24   A.    No.

25   Q.    After the wheelchair, did you have

38

```
 1        Y. Bejasa-Omega
 2   anything else to help you walk?
 3   A.      I have a walker.
 4   Q.      Is that a device that you hold with
 5   your hands and walk with?
 6   A.      Yes.
 7   Q.      Were you able to put weight on your
 8   left foot at that point?
 9   A.      No.
10   Q.      How long did you have the walker?
11   A.      Two months.
12   Q.      After two months with the walker, did
13   you have any other devices to help you get
14   around?
15   A.      The crutches, no.  I didn't use the
16   crutches anymore.  Only the walker.
17   Q.      Did you use the crutches after you
18   left the emergency room on the day of the
19   accident?  Remember you told us you had
20   crutches when you were released from the
21   emergency room on the day of the accident?
22   Did you use those crutches for some period of
23   time?
24   A.      After the operation if I use a
25   walker -- I mean crutches.  Yes.  Just going
```

1                    Y. Bejasa-Omega

2    to the bathroom.

3    Q.    After the operation, were you taking

4    any pain medication?

5    A.    No.

6    Q.    Did you go for physical therapy for

7    any period of time?

8    A.    Yes.

9    Q.    When did you go for physical therapy?

10   A.    Annie Black.

11              MR. ADAMS:  For the record, the

12              plaintiff has handed me a business

13              card for Annie Black PT and Rehab,

14              P.C., 110-06 72nd Avenue, Suite MV2,

15              Forest Hills, New York, 11375.

16   Q.    How long did you go for physical

17   therapy at Annie Black after the surgery?

18   A.    Seven.

19   Q.    Seven weeks?

20   A.    Seven weeks.  No, wait a second.

21   Seven sessions because it's twice a week.

22   Q.    You went two times a week for a total

23   of seven visits?

24   A.    Yes.

25   Q.    What did the physical therapy consist

40

```
 1            Y. Bejasa-Omega
 2   of?  What did you do when you went to Annie
 3   Black?
 4   A.      Massage and then something like doing
 5   the treadmills, something like a bike, and
 6   then there is something like a -- I don't
 7   know how you call it.  Something like a
 8   machine that is a little bit hot.  I don't
 9   know how you call that.  I forgot about it.
10   I think for the nerves.
11   Q.      Have you gone anywhere for physical
12   therapy since the seven sessions at Annie
13   Black?
14   A.      No.
15            MR. SAKKAS:  Did you do
16        physical therapy with anybody?
17            THE WITNESS:  No.
18            MR. SAKKAS:  Not with Gilbert?
19            THE WITNESS:  No.
20            MR. SAKKAS:  Gilbert is her
21        son.  He is a physical therapist.
22        That's why I asked.
23   Q.      Other than Dr. Tejwani and the
24   physical therapy at Annie Black, have you
25   seen any other medical providers for your
```

41

```
 1                    Y. Bejasa-Omega
 2    ankle since the surgery was done?
 3    A.      No.
 4    Q.      When was the last time you saw Dr.
 5    Tejwani?
 6    A.      January 31st.
 7    Q.      Of 2007, correct?
 8    A.      2007.
 9    Q.      Do you have any appointments to see
10    Dr. Tejwani in the future?
11    A.      Yes, October.  October 3rd.  I saw Dr.
12    Tejwani on May 2nd.  That's the last time.
13    Q.      What, if anything, did Dr. Tejwani do
14    the last time you saw him on May 2nd?
15    A.      Another x-ray and he told me not to --
16    yes.  He told me not to use the boots.  I can
17    use the -- oh, I have the cane.  I also have
18    the cane.
19    Q.      Do you use a cane at the present time?
20    A.      No.
21    Q.      Did you lose any time from work as a
22    result of this accident?
23    A.      Yes.
24    Q.      How long did you miss from work?
25    A.      The accident happened on October 27th,
```

42

```
 1                Y. Bejasa-Omega
 2   so after that, I haven't -- October,
 3   November, December, January.  I came back to
 4   work on February 1st.  No, February 5th, I
 5   think.  February 5th.
 6   Q.      How long had you worked at the United
 7   Nations before this accident?
 8   A.      Nineteen years.
 9   Q.      As of the day of the accident, what
10   was your job there?
11   A.      Records assistant.
12   Q.      What did you do as a records
13   assistant?
14   A.      Clerical filing, filing papers,
15   lifting boxes, using a ladder, chasing files.
16   Q.      Were you paid for the time that you
17   lost from work?
18   A.      Yes, my regular salary.
19   Q.      Did you lose any wages that you
20   weren't paid for?
21   A.      Yes.
22   Q.      What are you claiming in terms of lost
23   wages related to this accident?
24   A.      Overtime.
25   Q.      Were you on salary at the time of the
```

43

Y. Bejasa-Omega

1

2    accident or were you an hourly employee,

3    salary employee, something else?

4    A.    Salary employee.

5    Q.    What was your salary as of the time of

6    the accident?

7    A.    I think I am $60,000.  That's a year.

8    Q.    Were you also paid something for

9    overtime?

10   A.    Yes.

11   Q.    How did that work?

12   A.    Time and-a-half.

13   Q.    That is for hours over how many per

14   week?

15   A.    40.

16   Q.    Did you work a certain amount of hours

17   per day?

18   A.    Eight hours a day.

19   Q.    If you worked more than eight hours on

20   a day, but not more than 40 hours in a week,

21   did you get any overtime for that?

22   A.    I work on Saturdays.

23   Q.    You receive overtime for when you work

24   on Saturdays?

25   A.    Saturdays, yes.

44

1                    Y. Bejasa-Omega

2    Q.      How often in the year before this

3    accident did you receive overtime?

4    A.      Before I used to work five Saturdays,

5    four Saturdays.  Five Saturdays, I think.

6    After the accident I have three hours, I mean

7    three Saturdays.

8    Q.      When you say five Saturdays, over what

9    period of time would you work five Saturdays?

10   A.      What did you say?

11   Q.      I'm trying to understand when you say

12   five Saturdays, you would work over what

13   period of time you are talking about.

14   A.      7:30 to 8:30.  I mean 7:30 to 3:30.

15   Q.      Those were the hours you would work on

16   Saturday?

17   A.      Yes.

18   Q.      In the year before this accident, how

19   many times a month would you work on

20   Saturday, if you can estimate?

21   A.      I don't remember.

22   Q.      How much pay would you receive if you

23   worked on a Saturday?

24   A.      How much pay?

25   Q.      Right.

45

```
 1                    Y. Bejasa-Omega
 2   A.     More than $1,000.
 3   Q.     Per day?
 4   A.     No, per month.
 5               MR. ACCURSO:  I don't think she
 6          understood that.
 7               MR. SAKKAS:  Do you know how
 8          many Saturdays you would work in a
 9          month before your accident happened in
10          a typical month?
11               THE WITNESS:  It's not fixed.
12          Sometimes I work four Saturdays,
13          sometimes five Saturdays.  It depends
14          on the workload, before my accident.
15               MR. SAKKAS:  When you say five
16          Saturdays, meaning -- there is only
17          four Saturdays in a month.
18               THE WITNESS:  There are months
19          that have five.
20               MR. SAKKAS:  You might work
21          every Saturday in a month?
22               THE WITNESS:  Yes.
23   Q.     Since this accident, have you worked
24   any Saturdays?
25   A.     After the accident, yes.
```

1                    Y. Bejasa-Omega

2    Q.      In the time between this accident on

3    October 27, 2006 and when you returned to

4    work on February 5, 2007, were you just paid

5    your regular salary?

6    A.      Yes.

7    Q.      You didn't receive any money for

8    overtime that you would have worked during

9    that time?

10    A.      No.

11    Q.      After you returned to work on

12    February 5, 2007, have you worked any

13    Saturdays?

14    A.      Yes.

15    Q.      Have you worked as many Saturdays as

16    you would have worked if you hadn't had this

17    accident?

18    A.      Excuse me?

19    Q.      Are you claiming that you haven't

20    worked as many Saturdays since you returned

21    to work or have you worked the same number of

22    Saturdays that you would have worked?

23    A.      I worked three Saturdays after my

24    accident when I came back from work.

25    Q.      Is that because of your injury or is

47

1                          Y. Bejasa-Omega

2      that just the number of Saturdays that you

3      worked?

4      A.      That's all I want to ask them.  It

5      depends on how many hours I want to work.

6      Three because I need some rest.

7      Q.      Sure.  Has any doctor told you to cut

8      back on the number of Saturdays that you

9      work?

10     A.      No.

11     Q.      Were you working anywhere else other

12     than the U.N. at the time of this accident?

13     A.      No.

14     Q.      Do you have any physical complaints at

15     the present time with regard to your left

16     ankle?

17     A.      Yes.

18     Q.      What are they?

19     A.      I have a lot of pain and sometimes I

20     can't sleep because of the pain.  The pain is

21     not concentrated on a day.  It can happen any

22     hour.  Doesn't mean just at the evening or

23     the morning.  It just comes.

24     Q.      Are you taking any medication for the

25     pain in your ankle?

48

1          Y. Bejasa-Omega

2    A.      No.

3    Q.      Is the pain constant or does it vary?

4    A.      Constant.

5    Q.      Are there any physical activities that

6    you can't do or that you can't do as well

7    because of the problem with your ankle?

8    A.      Is there --

9    Q.      Is there any physical activities you

10   can't do because of your ankle?

11   A.      Yes.

12   Q.      What?

13   A.      At work I can no longer climb the

14   ladder and I cannot -- I am having a hard

15   time using the stairs up and down, and I am

16   still limping, and I cannot run.

17   Q.      Did you run recreationally or for

18   exercise before this accident?

19   A.      Yes.

20   Q.      How much did you run before this

21   accident?

22   A.      The run is not like you are a runner.

23   But during -- sometimes in the subway you

24   have to run to catch the train and sometimes

25   you know the MTA asks you to vacate the

1                      Y. Bejasa-Omega

2    platform because there is something like a

3    bag, you know, that doesn't look good.  They

4    may have a bomb or something.  They ask us to

5    run outside.

6                      MR. SAKKAS:  That is running

7              when circumstances are required?

8                      THE WITNESS:  Yes.

9                      MR. SAKKAS:  But running, going

10             to a track and jogging, do you do

11             that?

12                     THE WITNESS:  No.  To catch the

13             subway, to run after the subway, or

14             probably playing with my

15             grandchildren --

16   Q.    Do you have any --

17   A.    And --

18   Q.    I'm sorry, go ahead.

19   A.    After the accident they have to carry

20   me to get into the car.

21   Q.    Was that immediately after the

22   accident?

23   A.    Yes.

24   Q.    Do you have any physical complaints at

25   the present time that you relate to the

50

1                    Y. Bejasa-Omega

2    stroke symptoms that had you hospitalized at

3    North Shore University Hospital?

4    A.      Can you elaborate?

5    Q.      Are you having any problems at the

6    present time that you relate to the stroke

7    that you said you had when you were admitted

8    to North Shore Hospital?

9    A.      Yes, once in a while I feel dizzy and

10   sometimes I can see myself, I am tartering,

11   and forgetfulness.

12   Q.      When you say "tartering," do you mean

13   you feel a loss of balance or do you mean

14   something else?

15   A.      I can feel that sometimes I am losing

16   my balance and the way I am talking, I say

17   tartering sometimes, you know.

18                    MR. ACCURSO:  Do you mean

19           stuttering?

20                    THE WITNESS:  Yes.

21   Q.      When I said tartering before, did I

22   misunderstand you and you really meant

23   stuttering?

24   A.      Yes.

25   Q.      Any other problems at the present time

51

1                    Y. Bejasa-Omega
2     that you relate to this stroke that you
3     mentioned earlier?
4     A.      No.
5     Q.      Do you have my appointments at the
6     present time to see anybody for the symptoms
7     that you relate to the stroke?
8     A.      No.
9     Q.      Are you taking any medication at the
10    present time for any of the symptoms that you
11    relate to the stroke?
12    A.      Wait a second.  I am seeing my regular
13    cardiologist monthly.  Actually not monthly.
14    When was the last time I saw him?  I have a
15    schedule.  Next week, I think.  I think every
16    six months.  That is my cardiologist.
17    Q.      That is Dr. Warschauer?
18    A.      Yes, Dr. Warschauer.
19    Q.      Were you seeing Dr. Warschauer on a
20    regular basis before the motor vehicle
21    accident?
22    A.      Yes.
23    Q.      How often were you seeing him before
24    that?
25    A.      About twice a year.

52

1              Y. Bejasa-Omega

2    Q.      At the present time, how often do you

3    see him?

4    A.      At the present?  I have January and I

5    have March, I have June, and August.

6    Q.      I apologize if you already told us

7    this.  Do you have an appointment to see Dr.

8    Warschauer at the present time?  Do you have

9    an appointment to see Dr. Warschauer?

10   A.      Yes, on August 9th.  No, August 16th.

11   Q.      Do you have any appointments to see

12   Dr. Segal?

13   A.      No.

14   Q.      Other than Dr. Warschauer, do you have

15   any appointments to see any other medical

16   doctors for symptoms that you relate to the

17   stroke that you were hospitalized for?

18   A.      No.

19   Q.      Did you ever injure your left ankle

20   before this accident?

21   A.      No.

22   Q.      Have you had any injuries to your left

23   ankle since this accident?

24   A.      No.

25   Q.      Did you ever have a stroke before this

53

1                  Y. Bejasa-Omega

2    occurrence?

3    A.      No.

4    Q.      Have you had any incidents that you

5    believe to be a stroke since you were

6    released from North Shore University

7    Hospital?

8    A.      No.

9                  MR. ADAMS:  I don't think I

10              have anything further.

11              MR. ACCURSO:  I would like to

12              speak to the lawyers for a few

13              minutes.

14                  (Whereupon, a brief recess was

15              taken.)

16              MR. ADAMS:  Thank you, ma'am.

17              I don't have any further questions at

18              this time.

19                  We will request, and I will

20              follow-up in writing, that we be

21              provided with authorizations to obtain

22              the records from your cardiologist,

23              Dr. Warschauer and from Dr. Segal and

24              we would also request an authorization

25              being provided for employment records

1           Y. Bejasa-Omega

2      from the United Nations, but other

3      than that, I have no further questions

4      at this time.

5  REQUEST NOTED:

6           MR. SAKKAS:  Thank you.  I have

7      no objection to that and we will get

8      you those authorizations.  As a matter

9      of fact, before we go, can we make

10      copies of some of these business

11      cards?

12           THE WITNESS:  Yes.

13           MR. SAKKAS:  If you wouldn't

14      mind to put that in writing just to

15      remind me and have a list that would

16      be helpful to me if that would be

17      possible.

18           MR. ACCURSO:  There may or may

19      not be a causally related stroke to

20      the accident at issue here.  If there

21      is a case, I am going to reserve my

22      right to take a further deposition of

23      Mrs. Omega depending our receipt of

24      the appropriate records.  We learned

25      today she has seen a neurologist named

55

```
 1                  Y. Bejasa-Omega
 2          Dr. Segal and also a cardiologist
 3          whose relation to the stroke issue
 4          isn't quite clear yet.
 5              We call for production of those
 6          records at least and if counsel would
 7          advise us, if he would advise us
 8          whether or not he is going to continue
 9          with a claim of a causally related
10          stroke, then we can determine whether
11          or not we need Mrs. Omega to return to
12          the deposition.
13   EXAMINATION BY
14   MR. ACCURSO:
15   Q.     Ms. Omega, my name is Nicholas
16   Accurso.   I represent PV Holding Corp in this
17   lawsuit.   I have a few questions to ask.
18              Ma'am, you testified that as a result
19   of the stroke that you had sometime in
20   November you have some memory problems; is
21   that correct?
22   A.     Yes.
23   Q.     Those memory problems that you have,
24   do they prevent you, prohibit you, or inhibit
25   you in any way from remembering the facts and
```

```
 1                    Y. Bejasa-Omega
 2   circumstances of the accident?
 3   A.      No.
 4   Q.      The testimony that you have given, the
 5   questions that were asked by Mr. Adams and
 6   you answered, is your memory at all impaired
 7   or your ability to remember the answers to
 8   the questions that Mr. Adams gave you
 9   impaired by any means by your physical
10   condition?
11   A.      I can't -- can you repeat?
12   Q.      Let me rephrase that.  Basically what
13   I am trying to ask you is Mr. Adams has asked
14   you a series of questions.  You gave your
15   answers based upon your best available
16   memory, correct?
17   A.      Yes.
18   Q.      Did the stroke have any effect, to
19   your knowledge, on your ability to answer Mr.
20   Adams's questions?
21   A:      No.
22   Q.      Very good.  Sitting here today, have
23   you taken any medication?
24   A.      For the stroke?
25   Q.      For whatever reason, any medication
```

57

1                        Y. Bejasa-Omega

2    whatsoever?

3    A.      I am taking Coumadin, I'm taking

4    Toprol, I am taking Meclizine.  Do you need

5    all the medicines that I have taken?

6    Q.      Yes.

7    A.      I have a list of my medicines.  It's

8    here.

9            I have Imitrex, I have Toprol, I am

10   taking Vytorin, OSCAL, and Warfarin.  That's

11   Coumadin.

12   Q.      Is that a form of Coumadin?

13   A.      Warfarin and Coumadin is the same.

14   Q.      That was a list.  Let me see if I have

15   it correct.

16           Ma'am, currently as of today's date,

17   you are taking Coumadin, Toprol, Imitrex?

18   A.      What is that?

19   Q.      Coumadin, Toprol, Imitrex, Vytorin,

20   and OSCAL.

21   A.      O-S-C-A-L.  I am taking also Fosamax,

22   and I have also Meclizine, M-E-C-L-I-Z-I-N-E.

23   Q.      Is that it?

24   A.      Yes.

25   Q.      Did you take those medications today

```
 1                    Y. Bejasa-Omega
 2    before you testified?
 3    A.     No, nothing.  No, I didn't take any.
 4    Q.     There is no medications that you took
 5    today that could possibly cloud your memory
 6    or the events we have discussed here today?
 7                    MR. ACCURSO:  Madam Reporter,
 8            can you read that back?
 9                    (Whereupon, the record was read by
10            the reporter.)
11    A.     No.
12    Q.     Can you describe for us what your
13    educational background is?
14    A.     Education background?
15    Q.     Yes.
16    A.     I have a college degree.  I graduated
17    from the Philippines.
18    Q.     From where?
19    A.     The Philippines.
20    Q.     What was the name of the school?
21    A.     University of the East.
22    Q.     Of the East?
23    A.     Yes, East.  Business administration
24    major in banking and business.
25    Q.     Banking and what else?
```

59

1                    Y. Bejasa-Omega

2    A.       Finance, business.

3    Q.       When did you obtain that degree?

4    A.       I think probably '69, '70.

5    Q.       Did you ever do any studying in a

6    formal basis in the United States?

7    A.       No.

8    Q.       Is that the only degree that you have,

9    a B.A. in banking and finance from the

10   University of the East?

11   A.       Yes.

12   Q.       Do you have children?

13   A.       Yes.

14   Q.       How many?

15   A.       I have six pregnancies, I have one

16   miscarriage.  I have five living children.

17   Q.       Could you tell us their names and

18   ages, please?

19   A.       Sure.  My eldest is Rochellyn

20   Omega-Godoy.  She was born -- she was born

21   July 29, 1971.  Gilbert Omega, August 3,

22   1972.  Jennifer Omega-Lauron, November 14,

23   1975.  Cheryl Omega, July 1, 1981.  Michael

24   Omega, September 9th, I think 1983.

25   Q.       Ma'am, your name is Yolanda

60

```
 1                    Y. Bejasa-Omega
 2    Bejasa-Omega.   Is Bejasa your maiden name?
 3    A.      Yes.
 4    Q.      Besides being known as Yolanda
 5    Bejasa-Omega and Yolanda Bejasa, have you
 6    been known by any other name?
 7    A.      No.
 8    Q.      How many grandchildren do you have?
 9    A.      Wait a second.  I have five children
10    and I have one stepson.  So, I have two from
11    my son and two from my daughter.
12    Q.      Four grandchildren?
13    A.      If I would include my stepson, it
14    would be six.
15    Q.      Six grandchildren?
16    A.      Yes.
17    Q.      How many live in the New York
18    metropolitan area?
19    A.      How many?
20    Q.      Live in New York?
21    A.      They all live in New York, except my
22    stepson.
23    Q.      The area where you had your accident,
24    were you familiar with that street?
25    A.      Yes.
```

1                    Y. Bejasa-Omega

2    Q.      Is that street a street that you cross

3    on a daily basis to get to work?

4    A.      Yes.

5    Q.      You have been working for the United

6    Nations for nineteen years before the

7    accident?

8    A.      Yes.

9    Q.      For nineteen years, have you crossed

10   that same street?

11   A.      Yes.

12   Q.      You have to forgive me because I don't

13   really know New York City.  I'm a county boy;

14   okay?  Second Avenue where the accident

15   occurred, does that run north, is it a

16   two-way street or --

17   A.      One-way.

18   Q.      I think you said there were four

19   lanes, right?

20   A.      Four lanes.

21   Q.      Are those lanes separated by dotted,

22   white lines?

23   A.      No.

24   Q.      Just nothing on the street?

25   A.      Actually I can't remember if there is

```
 1                     Y. Bejasa-Omega
 2     dividing lines.  I can't remember.  I only
 3     remember the walk sign, the walk line.
 4     Q.     We'll talk about that in a second.
 5            Do you drive?
 6     A.     No.
 7     Q.     Does your husband drive?
 8     A.     Yes.
 9     Q.     Were you ever a passenger in a vehicle
10     on Second Avenue?
11     A.     I'm sorry?
12     Q.     Were you ever a passenger in a vehicle
13     on Second Avenue?
14     A.     No.
15     Q.     Is there any parking on Second Avenue
16     or lanes for parking?
17     A.     Yes.
18     Q.     Are they on both sides of the street?
19     A.     Both sides.  Some people park, but I
20     don't think -- certain times they can park
21     there, but not all the time they can park
22     there.
23     Q.     Let's talk about when you were there
24     when the accident occurred.  Were there cars
25     parked on both sides of the street, one side,
```

63

1                    Y. Bejasa-Omega

2    or something else?

3    A.      I can't remember.

4    Q.      I think, but I don't want to

5    mischaracterize your testimony, that you said

6    Second Avenue runs one-way in a southbound

7    direction?

8    A.      Yes.

9    Q.      The other street where the accident

10   happened was 44th Street?

11   A.      Yes.

12   Q.      Is that a two-way street or one-way

13   street?

14   A.      44th Street is one-way.

15   Q.      Is that westbound direction or

16   eastbound direction?

17   A.      Westbound, but the car that hit me was

18   going south, turning right.

19   Q.      We'll get to that.

20   A.      Okay.

21   Q.      Westbound direction, right?

22   A.      East.

23   Q.      Eastbound direction.  How many lanes

24   of traffic on 44th Street?

25   A.      How many traffic on 44th Street?

64

1                    Y. Bejasa-Omega

2    Q.        Moving lanes.

3    A.        What do you mean how many?

4    Q.        How many lanes of traffic in an

5    eastbound direction are there on 44th Street;

6    is it a two lane street, three lane street,

7    four lane street?

8    A.        It could be I think three.

9    Q.        Do you remember any cars parked on

10   either side of 44th Street where your

11   accident occurred?

12   A.        Where the accident -- the accident

13   there is no car.

14   Q.        No parking?

15   A.        Where I am standing to cross there is

16   no car.

17   Q.        When you were standing on the corner,

18   if you looked to your right, there would be

19   no cars.  If you looked to your left, there

20   would be no cars?

21   A.        No.

22   Q.        No cars parked?

23   A.        Right.

24   Q.        Did the bus drop you off on Third

25   Avenue?

1                        Y. Bejasa-Omega

2    A.      Yes.

3    Q.      From Third Avenue to Second Avenue

4    where the accident occurred, what compass

5    direction did you have to walk; do you know?

6    A.      Going east.

7    Q.      You went east, right?

8    A.      Yes.

9    Q.      You were walking in an eastbound

10   direction when the accident occurred,

11   correct?

12   A.      Yes.

13   Q.      Just before the accident occurred,

14   were you on the west side of the intersection

15   crossing to the east side?

16   A.      Can I show it to you?  I am confused

17   of the east and the west and the south.

18   Q.      You know you were walking in an

19   eastbound direction, right?

20   A.      I'm walking towards east.  So I am in

21   the south side of the corner.

22   Q.      I understand.  You are on the south

23   side of the corner.  Would it also be the

24   southwest side of the corner?

25   A.      No, west side.

66

1                    Y. Bejasa-Omega

2      Q.      Yes, because are you walking to the

3      east --

4      A.      I am walking from the west to the

5      east.

6      Q.      Would it be the southwest corner of

7      the intersection?

8      A.      Yes, you can say that.  West and east,

9      west and south.

10     Q.      When you are at that southwest corner

11     looking straight towards the east, which way

12     is traffic flowing; is traffic flowing from

13     your left to your right or your right to your

14     left?

15     A.      The traffic is coming from my left,

16     coming from my left.

17     Q.      Coming from your left?

18     A.      Yes.

19     Q.      Did there come a point in time when

20     you saw the pedestrian signal that was facing

21     you as you were looking straight east?

22     A.      What is it again?

23     Q.      As you were walking across the street,

24     did there come a point in time when you saw

25     the pedestrian signal that controlled your

67

```
 1                    Y. Bejasa-Omega
 2   direction of pedestrian traffic?  Let me ask
 3   a better question.  When you first saw the
 4   pedestrian signal, walk/don't walk --
 5   A.     The walk sign?
 6   Q.     Yes.  What did it say?
 7   A.     It said walk.
 8   Q.     That's when you first saw it?
 9   A.     Yes.
10   Q.     It never said "don't walk," correct?
11   A.     Yes.
12   Q.     When it said "walk" was it a steady
13   white walk, or a flashing walk, or something
14   else?
15   A.     It's steady.  The white sign.
16   Q.     I think you testified about this.  Did
17   you stop at the corner for a period of time
18   before you went into the intersection?
19   A.     Yes.
20   Q.     When you were stopped on that corner,
21   were there any people to your left, any
22   pedestrian traffic to your left?
23   A.     I can't remember.
24   Q.     Were there any pedestrians to your
25   right?
```

68

                    Y. Bejasa-Omega

1

2    A.    I can't remember, but I think there is

3    not.

4    Q.    How about in front of you; any

5    pedestrians in front of you?

6    A.    Not in front of me, nobody.

7    Q.    When you first stopped, were there any

8    pedestrians already in the crosswalk walking

9    across the street?

10    A.    What is it?

11    Q.    When you stopped at the corner, did

12    you see any pedestrians walking in front of

13    you?

14    A.    Yes, but far from me.  It's not very

15    close.  They are almost on the other side.

16    Q.    When you were stopped at that

17    intersection, did you look to your left?

18    A.    No.

19    Q.    When you were stopped at the

20    intersection, did you look to your right?

21    A.    No.

22    Q.    From the time you walked, you put your

23    foot into the street, until the time the

24    vehicle made an impact, did you ever look to

25    either your left or your right?

69

1                    Y. Bejasa-Omega

2    A.    I can't remember.

3    Q.    When you were standing on the corner

4    before you went into the intersection, was

5    there anything obstructing your view of the

6    intersection?

7    A.    I can't remember.

8    Q.    Before you stepped into the

9    intersection, was there any automobile

10   traffic that you had to wait for?

11   A.    No.

12   Q.    Did you see any cars on 44th Street

13   make a right-hand turn onto Second Avenue?

14   A.    No.

15   Q.    You walked across the first lane of

16   traffic before the first lane of traffic on

17   Second Avenue before the accident occurred,

18   correct?

19   A.    What is it again?

20   Q.    As you walked across Second Avenue,

21   you crossed the first lane of southbound

22   traffic on Second Avenue, nothing happened to

23   you, no accident, correct?

24   A.    No, I think I was hit after the first

25   lane.

1        Y. Bejasa-Omega

2   Q.      I think, I don't want to put words in

3   your mouth, I am going by Mr. Adams'

4   questions.  I think you said you were almost

5   out of the second lane entirely before the

6   accident.

7   A.      No, I think I missaid that.  I am

8   still on the other sides in the first two

9   lanes.  Not on that side yet.  The first two

10  lanes.

11  Q.      Had you completely gotten past the

12  first lane of traffic and into the second

13  lane when the accident occurred?

14  A.      I think I was in the middle of the

15  first and the second.  The first and the

16  second.  I am sure that I am not in the

17  first.

18  Q.      You are past the first and perhaps

19  halfway or so into the second?

20  A.      Yes, I think I am on that side,

21  westbound between first and second.

22  Q.      At any time during that, when you were

23  in that span, did you hear any cars

24  approaching?

25  A.      No.

1                    Y. Bejasa-Omega

2    Q.      The vehicle that hit you, do you know

3    what street it was on just before it hit you?

4    A.      If I know?

5    Q.      Right.

6    A.      No.

7    Q.      Was that vehicle turning from 44th

8    Street onto Second Avenue?

9                    MR. SAKKAS:   Objection to form.

10                  She said she didn't know where it was

11                  coming from.

12   Q.      When you first saw that vehicle, was

13   it in the southbound lanes of Second Avenue?

14                  MR. SAKKAS:   Objection.

15   A.      No.

16                  MR. SAKKAS:   Hold on a second.

17                  She said she became aware of the

18                  vehicle when it hit her.

19   Q.      When that vehicle hit you, was that

20   vehicle on Second Avenue?

21   A.      Yes, because Second Avenue -- he will

22   be in the Second Avenue.

23   Q.      When he hit you, his car was facing

24   the southbound direction?

25   A.      Yes.

72

```
 1                    Y. Bejasa-Omega
 2    Q.      Could you describe for me what the
 3    weather was like on the day of the accident?
 4    A.      Sunny.
 5    Q.      The roads were dry and clear?
 6    A.      Yes.
 7    Q.      Do you know if the police officer ever
 8    issued a traffic citation to the driver of
 9    the vehicle that hit you?
10    A.      What is it again?
11    Q.      Did the police officer give the driver
12    of the vehicle that hit you a traffic ticket?
13    A.      I would say I don't know.  I didn't
14    see.  I didn't pay attention to that.
15    Q.      Did the driver of the vehicle that hit
16    you ever indicate which way he was going in
17    the intersection if the accident didn't
18    happen?
19    A.      No.
20    Q.      When the contact was made with your
21    body, was there any person around you or who
22    was the closest person to you after the
23    accident?
24    A.      Nobody.
25    Q.      Nobody was around you?
```

1                          Y. Bejasa-Omega

2    A.       No.

3    Q.       When you first saw the traffic light

4    saying walk, and as you made your way into

5    the intersection, did you have the

6    opportunity to observe the pedestrian signal

7    again?

8    A.       No.

9    Q.       When the impact was made to your body,

10   was it to the left side of your body or the

11   right side?

12   A.       The left side.

13   Q.       Did the driver of the vehicle that hit

14   you, did he ever tell you why or offer any

15   explanations as to why he hit you?

16   A.       No.

17   Q.       Did he apologize for hitting you?

18   A.       He said, "I'm sorry."

19   Q.       Do you know what the rate of speed

20   that vehicle was traveling when it hit you?

21   A.       What is it?

22   Q.       Do you know how fast that vehicle was

23   traveling when it hit you?

24   A.       No.

25   Q.       Ma'am, you said on the date of the

74

```
 1                    Y. Bejasa-Omega
 2    accident you were taking Coumadin, correct?
 3    A.      Yes.
 4    Q.      Under whose guidance or what doctor
 5    prescribed Coumadin for you?
 6    A.      Dr. Warschauer.
 7    Q.      He is your cardiologist, right?
 8    A.      Yes.
 9    Q.      How long before the accident had Dr.
10    Warschauer been your cardiologist?
11    A.      I can't remember.
12    Q.      Was it more than a year, less than a
13    year?
14    A.      I can't remember.
15    Q.      Did you have a cardiologist before Dr.
16    Warschauer?
17    A.      No.
18    Q.      Was there any specific reason why you
19    went to see a cardiologist?
20    A.      No.
21    Q.      Was it just for a usual checkup?
22    A.      Yes.
23    Q.      Do you know when you first saw Dr.
24    Warschauer for a checkup; do you know when
25    that was before the accident?
```

75

Y. Bejasa-Omega

1

2  A.      Probably I have been seeing him for

3  three years already.  I have been seeing him

4  for a long time, but I can't remember how

5  long.

6  Q.      Did Dr. Warschauer, before the

7  accident, did he do tests?

8  A.      Yes.

9  Q.      What type of tests?

10  A.      Stress tests, EKG, and something like

11  an MRI of the heart.  I don't know the

12  medical term.

13  Q.      Again, were you having any symptoms of

14  heart trouble that caused Dr. Warschauer to

15  order these tests or part of a regular

16  checkup?

17  A.      Just part of a regular checkup.

18  Q.      What did he tell you after you had

19  these tests?

20  A.      I am okay.

21  Q.      He prescribed you Coumadin, correct?

22  A.      That's only preventive.

23  Q.      What was the Coumadin designed to

24  prevent?

25  A.      Blood clot.  That's a blood thinner.