1                    Y. Bejasa-Omega

2    Q.      Did he tell you that you had blood

3    clots?

4    A.      No.

5    Q.      Did he tell you that you had some kind

6    of propensity for blood clots?

7    A.      No.  All the tests were good.

8    Q.      Let's talk about some of the tests.

9    Before he prescribed the Coumadin, did he do

10   blood work?

11   A.      Blood work?

12   Q.      Yes, test your cholesterol and

13   triglycerides and lipids and stuff?

14   A.      Yes.

15   Q.      How did those tests come out?

16   A.      High cholesterol.

17   Q.      Was that one of the reasons -- tell

18   me, I don't know, did Dr. Warschauer

19   prescribe the Coumadin because you had high

20   cholesterol?

21   A.      No.

22   Q.      Did he tell you that there was any

23   reason other than just preventive for you to

24   get Coumadin?

25   A.      What is it again?

1                        Y. Bejasa-Omega

2    Q.      Let me ask you a better question.

3    That was bad.  I didn't like that either.

4           Dr. Warschauer, after performing the

5    tests, did he ever tell you that there was

6    something in the tests or perhaps something

7    in your family history which caused him to

8    prescribe Coumadin for you or was Coumadin

9    just a natural thing that he would prescribe

10   to anyone without any problems?  That's

11   basically my question.

12              MR. SAKKAS:  I object to the

13         form of the question.  I don't

14         understand it myself.  Why don't you

15         ask why did he prescribe the Coumadin?

16   Q.      Why did he prescribe the Coumadin?

17   A.      The doctor tells you that.  Sometimes

18   I don't ask the doctor why he prescribes it.

19   Q.      Is this one of those cases you didn't

20   ask why?

21   A.      Yes.

22   Q.      He didn't offer any explanation why

23   when he prescribed it for you?

24   A.      I can't remember.

25   Q.      What was the dose of the Coumadin that

78

1                    Y. Bejasa-Omega

2    the doctor prescribed?

3    A.    Four.

4    Q.    Four?

5    A.    Milligrams.

6    Q.    That was a day?

7    A.    A day, bedtime.

8    Q.    You take it at bedtime?

9    A.    Yes.

10   Q.    Again, were you taking that at the end

11   of the day for about six months before the

12   accident?

13   A.    I can't remember.

14   Q.    Do you know if you were taking it at

15   least a month before the accident?

16   A.    Yes.

17   Q.    Do you have any family history of

18   blood clots or things of that nature?

19   A.    Blood clots?

20   Q.    Blood clots.

21   A.    You know from my upbringing we don't

22   question our parents if they have anything.

23   So I don't know if they have a blood clot or

24   something.

25   Q.    Fair enough.  The night before the

1      Y. Bejasa-Omega

2 accident occurred, did you take the Coumadin?

3 A.  Yes.

4 Q.  When you were taking this Coumadin,

5 for however long you were taking it before

6 the accident, did you notice any side effects

7 from taking the Coumadin?

8 A.  No.

9 Q.  When the doctor prescribed the

10 Coumadin to you, did he tell you about any of

11 the side effects of Coumadin if there are

12 any?

13 A.  No.

14 Q.  Besides Coumadin, I think you may have

15 answered this, were you taking any medication

16 on the night before the accident?

17 A.  Vytorin, that's for cholesterol.

18 Q.  Is that the only medication you took

19 the day before the accident?

20 A.  Yes.

21 Q.  Coumadin and Vytorin, that's it,

22 right?

23 A.  Yes.

24 Q.  Who prescribed the Vytorin to you?

25 A.  Dr. Warschauer.

```
 1                    Y. Bejasa-Omega
 2      Q.      Did he prescribe the Vytorin and the
 3      Coumadin at the same time?
 4      A.      At the same time?  I can't remember.
 5      Q.      Do you know when he prescribed
 6      Coumadin and Vytorin, which one came first?
 7      A.      I can't remember.
 8      Q.      Did the Vytorin ever have any side
 9      effects?
10      A.      No.
11      Q.      The stroke that you had, can you just
12      refresh my recollection, what was the date
13      that you had the stroke?
14      A.      November 13th.
15      Q.      On November 13th of 2006 and the
16      24-hour period before that, November 12th to
17      the time you had your stroke, what
18      medications were you taking?
19      A.      The same thing; the Vytorin, the
20      Toprol, the Coumadin.  That's really it.
21      Q.      Toprol, what type of medication is
22      that for?  Is that the same as Vytorin?
23      A.      No, Toprol -- I can't remember.
24      Q.      Ma'am, if you don't know, just tell us
25      that.
```

81

1                       Y. Bejasa-Omega

2       A.      No, I can't remember.

3       Q.      Did Dr. Warschauer, did he also

4       prescribe the Toprol to you?

5       A.      Yes.

6       Q.      Do you know what came first, the

7       Toprol or the Coumadin?

8       A.      Pardon?

9       Q.      Do you know what he prescribed first,

10      the Toprol or the Coumadin?

11      A.      I can't remember.

12      Q.      Did you have any side effects from

13      taking the Toprol?

14      A.      No.

15      Q.      There came a time when you had to stop

16      taking the Coumadin, correct, after the

17      automobile accident?

18      A.      No.  After the operation.  I mean

19      before the operation.

20      Q.      After the accident and before the

21      operation, right?

22      A.      Yes.

23      Q.      The operation was on November 6th?

24      A.      7th, I think.

25      Q.      I need to get a time line.  When did

1                    Y. Bejasa-Omega

2    you stop taking the Coumadin?

3    A.      I think three days before the

4    operation.

5    Q.      That was Dr. Warschauer who told you

6    to do that?

7    A.      Yes.

8    Q.      Before he told you to do that, did he

9    take blood from you, did he do a blood test?

10   A.      Yes.

11   Q.      Did you have a conversation with Dr.

12   Warschauer in his office about you not taking

13   this Coumadin for three days before the

14   operation?

15   A.      Because that's for blood thinners.  So

16   if I am going -- I think that if I am going

17   to have an operation, there would be less

18   blood.  If you are taking Coumadin, you get

19   hurt, you bleed, you bleed a lot if you are

20   taking Coumadin.

21   Q.      Is this what Dr. Warschauer explained

22   to you?

23   A.      He did not explain it to me, but I

24   knew because my husband is taking Coumadin

25   and he has -- he was eating a bagel and he

83

1              Y. Bejasa-Omega

2    bit his tongue and bled a lot because he is

3    taking Coumadin and he went to the emergency

4    room.   That's how I knew that Coumadin will

5    make you bleed.

6    Q.     You stopped taking Coumadin around

7    November 4, 2006?

8    A.     What is that?

9    Q.     You stopped taking your Coumadin

10   around November 6, 2006?

11   A.     Yes, it could be.

12   Q.     Did Dr. Warschauer tell you when you

13   could start retaking the Coumadin after your

14   surgery?

15   A.     I think so, yes.

16   Q.     What did he say to you?

17   A.     No, I can't remember that.

18   Q.     Do you recall when you started taking

19   Coumadin after the surgery?

20   A.     Could be the 9th, on the 9th.

21   Q.     About two days more or less after?

22   A.     Yes.

23   Q.     Were you still taking the four

24   milligrams?

25   A.     Yes.

84

1                    Y. Bejasa-Omega

2    Q.      When you were in the hospital, did you

3    make the hospital people aware of the fact

4    that you had been taking Coumadin before the

5    surgery?

6    A.      Yes.

7    Q.      Besides getting clearance from Dr.

8    Warschauer to have the surgery, did you have

9    to go to any other doctor to get clearance?

10   A.      Yes, Dr. Weg.

11   Q.      What kind of doctor is Dr. Weg?

12   A.      He is an internist.

13              MR. ACCURSO:   Let the record

14              reflect that Mrs. Omega was kind

15              enough to hand me a business card of

16              Dr. Arnold L. Weg, W-E-G, with offices

17              at 71-36 110th Street in Forest Hills.

18              Thank you.

19   A.      He is another expert internist.  He

20   also does the colonoscopy.  I don't remember.

21   Q.      Did the hospital tell you to go to Dr.

22   Weg, the hospital that was going to do the

23   surgery?

24   A.      Yes, to go to my physician for

25   clearance before the surgery.

85

1                    Y. Bejasa-Omega

2    Q.      Did they specifically say Dr. Weg or

3    did they allow you to choose?

4    A.      No, they asked me who my doctor was

5    and to see this doctor to have clearance for

6    my surgery.

7    Q.      Dr. Weg is your physician, your family

8    physician?

9    A.      Family physician.

10   Q.      What did he do in order to give you

11   clearance for the surgery?

12   A.      I have blood test and I have also EKG.

13   What else?  I think that's it.

14   Q.      Dr. Weg cleared you?

15   A.      Yes.

16   Q.      Did you tell Dr. Weg that Dr.

17   Warschauer told you to stop taking the

18   Coumadin?

19   A.      Yes, he reminded me also about it.

20   Q.      He told you as well?

21   A.      Yes.

22   Q.      Ma'am, on the day of the accident,

23   what was your height and weight?

24   A.      The same; 4'11" and 135.

25   Q.      The same as today?

86

1                    Y. Bejasa-Omega

2      A.      Yes.

3      Q.      Where were you when you had your

4      stroke?

5      A.      At home, in bed.

6      Q.      Can you tell us how you knew something

7      untoward was happening to you?

8      A.      For the first time I had this

9      dizziness.  It's the first time I experienced

10     it.  I had been very dizzy, I am imagining --

11     I can see that I am spinning around for the

12     first time.

13     Q.      That is what led you to note something

14     was wrong, right?

15     A.      Yes.

16     Q.      Was anyone with you when you noticed

17     this spinning?

18     A.      My husband.

19     Q.      Did you tell him about this dizziness?

20     A.      Yes, I told him to hold me because I

21     am spinning around and he was holding me.

22     And I said, "Do not leave me" or something.

23     I said, "Call 911 because I am so dizzy."

24     This the first time I had experienced the

25     dizziness.

1                    Y. Bejasa-Omega

2    Q.      Your husband called 911, right?

3    A.      Yes.

4    Q.      You went to North Shore Hospital?

5    A.      Yes.

6    Q.      When you got to North Shore Hospital,

7    what did they do when you first got there,

8    what did they do for you?

9    A.      I can't remember, because I am feeling

10   bad.  I do not know what they were doing to

11   me.

12   Q.      Let me ask you this.  Do you have any

13   recollection of them performing any tests on

14   you at all at North Shore Hospital?

15   A.      I think they took some blood test and

16   then a series of MRIs.

17   Q.      That's MRI of the brain I am assuming,

18   correct?

19   A.      I cannot -- I don't know the medical

20   term.

21   Q.      I know you testified that you never

22   had a stroke before.  But did you ever have

23   what's called a TIA?  Did anyone ever tell

24   you you had a TIA before?

25   A.      What is a TIA?

1                    Y. Bejasa-Omega

2    Q.      It's a Transient Ischemic Attack.   I'm

3    just wondering if any doctor ever told you

4    that you had a TIA before?

5    A.      No, the first time I heard.

6    Q.      Before this you never had any problems

7    with the brain before?

8    A.      With the brain?  I just have

9    headaches.   That's it.

10   Q.      Before the test that you had at North

11   Shore Hospital for whatever reason, did you

12   ever have an MRI of the brain or a CAT scan

13   of the brain?

14   A.      Of the brain, I have a MRI because I

15   complained of headaches.   I have a migraine.

16   Q.      You have migraines?

17   A.      Yes.

18   Q.      When for the first time did you ever

19   have an MRI of the brain?

20   A.      That was probably twenty years ago.

21   Q.      Do you remember where you had the MRI

22   of the brain twenty years ago?

23   A.      No, I can't remember.

24   Q.      Do you remember the doctor that

25   prescribed the MRI for you?

89

```
 1                    Y. Bejasa-Omega
 2    A.    Dr. Weg.
 3    Q.    Your family physician?
 4    A.    Yes.
 5    Q.    Did you speak to Dr. Weg about the
 6    results of that MRI you had twenty years ago?
 7    A.    Yes.
 8    Q.    When you spoke to him about the MRI
 9    that you had, did he actually have that MRI
10    with him?
11    A.    I can't remember.
12    Q.    Do you know where that MRI is today?
13    A.    I don't know.
14    Q.    Did you ever get a copy of it?
15    A.    I don't know if it still exists.
16    Q.    How about a report; did you ever get a
17    report of the MRI?
18    A.    I don't have a report.
19    Q.    Did you ever see the report of the
20    MRI?
21    A.    I can't remember.
22    Q.    When you had the conversation with Dr.
23    Weg about what the MRI showed, the twenty
24    year old MRI, what did he tell you?
25    A.    What he told me?  They didn't find
```

```
 1                    Y. Bejasa-Omega
 2   anything.
 3   Q.      It was a normal MRI of the brain?
 4   A.      Yes.
 5   Q.      Is that the only MRI, CT scan, or any
 6   other diagnostic test that you had of the
 7   brain from that time up until the time when
 8   you had the stroke?
 9   A.      Yes, that's the only one.
10   Q.      When you were in North Shore Hospital,
11   did Dr. Warschauer come to see you?
12   A.      No.
13   Q.      Did Dr. Weg come to see you?
14   A.      No.
15   Q.      Did you have a neurologist that came
16   to see you at North Shore Hospital?
17   A.      Yes.
18   Q.      What was that neurologist's name?
19   A.      I don't know his name.
20   Q.      But he was a doctor that you knew was
21   a neurologist?
22   A.      Yes.
23   Q.      Did he tell you what had happened to
24   you?
25   A.      No.
```

91

1                      Y. Bejasa-Omega

2      Q.      Did someone in the hospital explain to

3      you what had happened to you?

4      A.      They just said I have a stroke.

5      Q.      Did they tell you what they meant when

6      they said you had a stroke?

7      A.      I can't remember.

8      Q.      Did you have an understanding of what

9      it meant when they said you had a stroke?

10     A.      What is it again?

11     Q.      Did you know what a stroke was when

12     they told you that you had a stroke?

13     A.      I don't know.  They said I have a

14     stroke.  I don't know what a stroke is.

15     Q.      Did you ever come to learn --

16     A.      But I know that I have a very bad

17     dizzy spell on that day.  That's why I went

18     to the hospital and they said I had a stroke.

19     I have never experienced a stroke, so I don't

20     know.

21     Q.      Did they ever tell you what caused the

22     stroke?

23     A.      I can't remember.

24     Q.      When you were in that hospital, did

25     you tell them you were taking Coumadin?

92

1                    Y. Bejasa-Omega

2    A.      Yes.

3    Q.      Did they tell you to stop taking the

4    Coumadin after you had the stroke or did they

5    tell you to continue with the Coumadin?

6    A.      I think I continued my medicine.

7    Q.      Did you continue the Coumadin at the

8    same rate, four milligrams a day?

9    A.      Yes.

10   Q.      Or did it change?

11   A.      No.

12   Q.      While you were in the hospital, you

13   said you were in the hospital for a week?

14   A.      A week.

15   Q.      Did they treat you in any way for

16   either the stroke or the symptoms of the

17   stroke?

18   A.      I don't know.

19   Q.      Did they ever tell you in what portion

20   of the brain you had your stroke?

21   A.      No.

22   Q.      Do you know if they gave you any

23   medication while you were in the hospital?

24   A.      I can't remember.

25   Q.      The medications that you are on today,

93

1                    Y. Bejasa-Omega

2     this Imitrex, is that for migraine headaches?

3     A.     Yes.

4     Q.     How long have you been experiencing

5     migraine headaches?

6     A.     Long time ago.

7     Q.     Before the accident?

8     A.     Before the accident.

9     Q.     After you got out of the hospital, you

10    saw Dr. Alan Segal?

11    A.     Yes.

12    Q.     The North Shore Hospital recommend Dr.

13    Segal to you?

14    A.     No.

15    Q.     How did you come to see Dr. Segal?

16    A.     Dr. Warschauer.

17    Q.     How many times did you see Dr. Segal?

18    A.     One.

19    Q.     When you saw Dr. Segal, did he talk to

20    you about your condition?

21    A.     Yes.

22    Q.     What did he say to you?

23    A.     He just checked and then he said that

24    I will have something like an MRI.  After

25    that he scheduled me for an MRI.

94

1                          Y. Bejasa-Omega

2      Q.      Did you have the MRI?

3      A.      Yes.

4      Q.      Did you come back to see Dr. Segal?

5      A.      No.

6      Q.      Did Dr. Segal call you after the MRI

7      was taken?

8      A.      No.

9      Q.      Did someone review that MRI?

10     A.      The lady, I don't know if he is a

11     doctor or a technician, and she told me that

12     I am good, I have no damage, no brain damage

13     probably or artery damage or something.

14     Q.      But you didn't go back to Dr. Segal?

15     A.      No.

16     Q.      Did you take the MRI to Dr. Weg?

17     A.      MRI to Dr. Weg?  No.

18     Q.      Did you bring the MRI to Dr.

19     Warschauer?

20     A.      No.

21     Q.      Do you know if either of those two

22     doctors ever received an MRI?

23     A.      It could be because he said that she

24     will talk to Dr. Warschauer about it.

25     Q.      Did Dr. Segal ever offer an opinion as

95

1                    Y. Bejasa-Omega

2    to what caused you to have the stroke?

3    A.      No.

4    Q.      Did any of your doctors, Dr. Weg, or

5    Dr. Warschauer, ever offer any opinion as to

6    what caused your stroke?

7    A.      No.

8    Q.      I see today, ma'am, that you came here

9    with a little booklet with important dates in

10   it, right?

11   A.      Yes.

12   Q.      Prior to your stroke, did you use the

13   same type of booklet for important dates and

14   stuff?

15   A.      No.

16   Q.      Tell us why you have to use it now.

17   A.      For my doctors' appointments, physical

18   therapy appointments, and anything about

19   appointments, that has to do with

20   appointments.

21   Q.      My question is, is there anything

22   about your ability to remember that causes

23   you now to use this book where you didn't

24   have to use it before?

25   A.      I used to take down what medicine I am

96

1                    Y. Bejasa-Omega

2    taking so that I will remember that I have

3    taken it already.

4    Q.       You used to do that before the

5    accident and before the stroke?

6    A.       No.

7    Q.       Just now after the accident?

8    A.       After the accident.

9    Q.       And after the stroke, you take it down

10   in a book?

11   A.       Yes.

12   Q.       You also told us you were taking

13   Meclizine.  What is Meclizine and what is it

14   for?

15   A.       Let me think.  Meclizine, I think it's

16   for dizziness.  That if I feel dizzy, I can

17   take that medicine.

18   Q.       It's not something you take everyday?

19   A.       No, I haven't taken it.

20   Q.       When was the last time before today

21   did you take Meclizine?

22   A.       I haven't taken it.

23   Q.       When was the last time before today

24   when you experienced some type of residual

25   from the stroke?

1                      Y. Bejasa-Omega
2     A.    What do you mean residual?
3     Q.    I want you to tell me.  Let me ask you
4     a better question.
5           After you got out of the hospital, did
6     you ever have any experiences with your
7     physical condition that at least you think
8     were related to the stroke?
9     A.    Sometimes I feel dizzy, but not very
10    dizzy that I experience it.  I feel like I
11    think I am getting dizzy.  It doesn't mean I
12    am dizzy.  That I didn't take any medicine
13    for that because -- I just feel like I am
14    having a dizziness.
15    Q.    That feeling that you have, prior to
16    the stroke, did you ever have that dizzy
17    feeling?
18    A.    No.
19    Q.    Prior to the accident, were you
20    suffering from any dizzy spells?
21    A.    I have -- is it dizziness?  I have
22    dizziness before, during my menstrual period
23    because I am bleeding a lot.
24    Q.    But I'm going to assume because you
25    are almost 60 years old that that hasn't

98

1                    Y. Bejasa-Omega

2    happened in quite some time?

3    A.      Very long time ago.

4    Q.      Besides that, did you ever have any

5    problems with dizziness, or loss of balance,

6    or things like that, before the accident?

7    A.      Before the accident, no.

8    Q.      How many times have you experienced

9    this feeling of dizziness that may be related

10   to the stroke?

11   A.      Once in a while.

12   Q.      Let me ask you this.  The stroke

13   happened November of 2006.  That's about a

14   year ago.  Would you say it's more or less

15   than five or six times?

16   A.      When I was talking to Matthew Sakkas

17   this morning, I feel dizzy, but it's not that

18   I am dizzy, you know?

19   Q.      You understand what I am saying,

20   ma'am?  What I'm talking about is something

21   you felt was related to the stroke.  Was it

22   five times, was it ten times?

23   A.      After the stroke I could say it's ten

24   times, because, you know, sometimes it

25   happens, sometimes it don't.  I really don't

99

```
 1                    Y. Bejasa-Omega
 2    count.
 3    Q.     When you have had these feelings of
 4    dizziness, how long do they generally last;
 5    an hour, a minute?
 6    A.     A minute.
 7    Q.     These feelings that you had of
 8    dizziness, did it ever cause you to lose your
 9    balance or fall or reinjure yourself somehow?
10    A.     I don't know if I -- I can say that I
11    appear off balance when I am climbing the
12    stairs.  Sometimes I can feel that I am off
13    balance when I climb the stairs.
14    Q.     My question is -- that is another
15    question.  My question is, did you ever as a
16    result of feeling off balance or dizzy
17    actually fall and rehurt yourself?
18    A.     I can't remember, no.
19    Q.     You are also taking OSCAL.  What is
20    OSCAL?
21    A.     For calcium.
22    Q.     Has any doctor ever diagnosed you with
23    osteopenia or osteoporosis?
24    A.     Fosamax.
25    Q.     Is that what are you taking, Fosamax?
```

100

```
 1                    Y. Bejasa-Omega
 2    A.      Fosamax.
 3    Q.      What doctor prescribed the Fosamax for
 4    you?
 5    A.      Dr. Weg.
 6    Q.      Did you ever have a bone scan or a
 7    bone density test?
 8    A.      Yes.
 9    Q.      When did you have that done?
10    A.      Probably three years ago.
11    Q.      Before the accident?
12    A.      Before the accident.
13    Q.      Did he tell you if you had osteopenia
14    or osteoporosis?
15    A.      I have osteoporosis.
16    Q.      Besides the Fosamax, do you take
17    anything else for your osteoporosis?
18    A.      OSCAL.
19    Q.      I'm sorry, both of those medications
20    are for osteoporosis?
21    A.      Yes.
22    Q.      Were you taking both OSCAL and Fosamax
23    for two years before the accident?
24    A.      No, actually I am not really taking
25    them.   The Fosamax I think I stopped two
```

1                    Y. Bejasa-Omega

2    years ago and OSCAL I think a year ago.

3    Q.      You haven't taken them?

4    A.      Yes, but I started again.

5    Q.      OSCAL and Fosamax, were you ever

6    taking them at the same time?

7    A.      No.

8    Q.      One is a substitute for the other

9    basically?

10   A.      No.  OSCAL you take only on Saturdays

11   or one day in a week.

12   Q.      And Fosamax you take how many days?

13   A.      Everyday.

14   Q.      Those two drugs that were prescribed

15   for you two years ago?

16   A.      Maybe more.

17   Q.      You stopped taking them?

18   A.      I stopped Fosamax.

19   Q.      Why did you stop?

20   A.      I'm just lazy to do it.  The doctor

21   didn't tell me to stop.  I'm just lazy to

22   take it.

23   Q.      Did you stop OSCAL at the same time?

24   A.      For a period I stopped, but I am

25   taking it again.

102

1                    Y. Bejasa-Omega

2    Q.      Before the accident, when was the last

3    time you took either OSCAL or Fosamax?

4    A.      I think I am still under OSCAL before

5    and after the accident.

6    Q.      You were taking OSCAL before the

7    accident?

8    A.      Before and after.

9    Q.      Is it fair to say that, ma'am, on the

10   day of the accident or within the 24 hours

11   before the accident you had taken Coumadin,

12   Toprol, and OSCAL?

13   A.      Yes.

14   Q.      Those were the only three drugs you

15   were taking within the 24-hour period before

16   the accident, correct?

17   A.      What medicine did you say?

18   Q.      OSCAL, Coumadin, and Toprol.

19   A.      OSCAL, yes.

20   Q.      Currently this Fosamax, is that one

21   pill or is it a drink?  How do you get that

22   into your body?

23   A.      Once a week.

24   Q.      That's a tablet?

25   A.      Tablet.

1                        Y. Bejasa-Omega

2       Q.      As you sit here today, besides I think

3    you said you have an appointment with Dr.

4    Weg, do you have any other appointments with

5    any other doctors as a result of the accident

6    or the stroke?

7       A.      What is it again?

8       Q.      As you sit here today, do you have any

9    appointments to see doctors for the injuries

10   you sustained in this accident or the

11   subsequent stroke?  I think you said you see

12   Dr. Weg on the 16th, I think?

13      A.      No, I saw him yesterday.

14      Q.      You see Dr. Warschauer on the 16th,

15   right?

16      A.      Yes, next week.

17      Q.      Besides Dr. Warschauer on the 16th,

18   any other doctors?

19      A.      No, that's it.

20      Q.      Your job at the U.N. --

21      A.      I don't drive.

22      Q.      After you came back, did you have to

23   take a different job at the United Nations or

24   could you do the same type of work that you

25   did before?

104

1                    Y. Bejasa-Omega

2    A.    The same.

3    Q.    Because you can't get on the ladders

4    anymore, do special accommodations have to be

5    made for you?

6    A.    Say that again.

7    Q.    Because you can't climb ladders

8    anymore, do special accommodations have to be

9    made for you?

10   A.    Yes.

11   Q.    Tell me what those accommodations are.

12

13   A.    I ask my colleague to get me files if

14   I need a ladder, and to get boxes from the

15   top of the cabinet.

16   Q.    Has that caused any undue problems

17   from the workplace?

18   A.    If it caused problems?

19   Q.    Yes.

20   A.    No.

21   Q.    Ma'am, currently do you take any

22   over-the-counter pain medication for your

23   ankle?

24   A.    No.

25   Q.    After you got out of the hospital, did

1                    Y. Bejasa-Omega

2    you take any over-the-counter pain

3    medication?

4    A.    No.

5    Q.    You recently were examined by a Dr.

6    Goldstein, correct?

7    A.    Yes.

8    Q.    How did that examination come about;

9    who referred you to Dr. Goldstein?

10   A.    The attorney's office.

11   Q.    Dr. Goldstein, he is not your treating

12   physician or he is not a treating physician;

13   is that correct?

14   A.    He is not a treating physician.

15   Q.    Did you go to him for purposes of

16   treatment or did you go to him for purposes

17   of evaluation?

18   A.    I think for evaluation.

19   Q.    Did Dr. Goldstein ever tell you he was

20   going to treat you for your injuries?

21   A.    No.

22   Q.    Did Dr. Goldstein ever do anything to

23   treat you for your injuries?

24   A.    No.

25   Q.    Did Dr. Goldstein ever tell you to

106

```
 1                    Y. Bejasa-Omega
 2    come back to his office?
 3    A.      No.
 4    Q.      Did Dr. Goldstein ever make any
 5    recommendations for you as to how you should
 6    treat your injuries?
 7    A.      He said I can go back to Dr. Tejwani.
 8    Q.      Your surgeon?
 9    A.      Yes.
10    Q.      Did Dr. Goldstein prescribe any
11    medication for you?
12    A.      No.
13              MR. ACCURSO:  I don't have any
14              further questions.  Thank you.
15              MR. ADAMS:  I don't have
16              anything else.  Thanks.
17              MR. ACCURSO:  Subject to the
18              receipt of any further medicals and a
19              decision by plaintiff's counsel as
20              whether or not he is going to attempt
21              to relate the accident and stroke, the
22              deposition is concluded.
23              MR. SAKKAS:  Hold on one
24              second.  As we discussed outside and
25              as I said outside, the allegation of
```

1              Y. Bejasa-Omega

2        the stroke is out there.  I have made

3        it.  We discussed it with Judge

4        Stanton at the last conference, so

5        proceed accordingly, which I think you

6        have done.

7              To the extent that you have

8        questions to ask her about that issue,

9        you should do so.  That's what I said.

10             MR. ACCURSO:  I have done so,

11        but we don't have any medicals

12        regarding the stroke.  I don't believe

13        any medicals have been served.  I know

14        for a fact we don't have any medicals

15        from North Shore University nor has an

16        authorization been served for those

17        records.

18             MR. SAKKAS:  Before you start

19        accusing me of not providing you with

20        authorizations, let's take a look.

21             MR. ACCURSO:  I don't believe I

22        have received them.

23             MR. SAKKAS:  I did do a Rule 26

24        disclosure.  In there I disclosed

25        North Shore University Hospital at

108

1              Y. Bejasa-Omega

2       Forest Hills and Dr. Jhiansi Rao and

3       provided an authorization for that in

4       my Rule 26 disclosure dated June 6th

5       of 2007.

6              MR. ACCURSO:  I have your Rule

7       26 disclosure.  I have to see if an

8       authorization was provided.  There may

9       be.  My recollection was it wasn't

10      with the Rule 26, but I have to check.

11      Nothing was provided for Dr.

12      Warschauer.  I know that.

13             In any event, we reserve our

14      rights to make whatever motion is

15      necessary to bring Mrs. Omega back, if

16      necessary.

17             (Time noted:  2:13 p.m.)

18

19                      _____

20                      YOLANDA BEJASA-OMEGA

21   Subscribed and sworn to before

22   me this    day of          , 2007.

23   _____

24        Notary Public

25

109

2                                INDEX

3

WITNESS                 EXAMINATION BY              PAGE

4

Y. Bejasa-Omega      MR. ADAMS                 4

5

MR. ACCURSO               55

6

7

8

9

10                   INFORMATION/DOCUMENTS REQUESTED

11    DESCRIPTION                                    PAGE

12    Production of authorizations to obtain        54
      the records from Dr. Warschauer and from

13    Dr. Segal and also authorizations for
      employment records from the United Nations

14

15

16

17

18

19

20

21

22

23

24

25

110

2                  C E R T I F I C A T E

3             I, MELISSA PANARELLA, hereby certify that

4       the DEPOSITION of YOLANDA BEJASA-OMEGA was held

5       before me on the 9th day of August, 2007; that

6       said witness was duly sworn before the

7       commencement of her testimony; that the testimony

8       was taken stenographically by myself and then

9       transcribed by myself; that the party was

10      represented by counsel as appears herein;

11            That the within transcript is a true

12      record of the DEPOSITION of said witness;

13            That I am not connected by blood or

14      marriage with any of the parties; that I am not

15      interested directly or indirectly in the outcome

16      of this matter; that I am not in the employ of any

17      of the counsel.

18            IN WITNESS WHEREOF, I have hereunto set my

19      hand this   21ST day of August   , 2007.

20

21            _____

                    MELISSA PANARELLA

22

23

24

25

111

2

PAGE/LINE

ERRATA SHEET
CORRECTION

3

_____     _____

4

_____     _____

5

_____     _____

6

_____     _____

7

_____     _____

8

_____     _____

9

_____     _____

10

_____     _____

11

_____     _____

12

_____     _____

13

_____     _____

14

_____     _____

15

_____     _____

16

_____     _____

17

_____     _____

18

_____     _____

19

_____     _____

20

_____     _____

21

_____     _____

22

_____     _____

23

_____     _____

24

_____     _____

25

112

**A**

**ability** 56:7,19 95:22
**able** 37:21 38:7
**about** 4:17 16:21 18:15 22:23 23:2
  29:20 31:5 32:23 34:5 36:5 40:9
  44:13 51:25 62:4,23 67:16 68:4 76:8
  78:11 79:10 82:12 83:21 85:19
  86:19 89:5,8,16,23 93:20 94:24
  95:18,22 98:13,20 105:8 107:8
**above** 20:7
**accident** 4:18 5:25 6:5,7,11,16,18 7:9
  8:2,7 9:15,18,21 10:7,11,13,16,24
  11:8 12:12 13:23 14:11 15:10,17
  16:4,10,23 17:13,18,23,25 21:16
  22:3,16,23 23:2 24:13 28:8,11 29:11
  29:16 30:4 38:19,21 41:22,25 42:7,9
  42:23 43:2,6 44:3,6,18 45:9,14,23
  45:25 46:2,17,24 47:12 48:18,21
  49:19,22 51:21 52:20,23 54:20 56:2
  60:23 61:7,14 62:23 63:9 64:11,12
  64:12 65:4,10,13 69:17,23 70:6,13
  72:3,17,23 74:2,9,25 75:7 78:12,15
  79:2,6,16,19 81:17,20 85:22 93:7,8
  96:5,7,8 97:19 98:6,7 100:11,12,23
  102:2,5,7,10,11,16 103:5,10 106:21
**accommodations** 104:4,8,11
**accordingly** 107:5
**accurso** 2:12 34:13 45:5 50:18 53:11
  54:18 55:14,16 58:7 84:13 106:13
  106:17 107:10,21 108:6 109:5
**accusing** 107:19
**across** 8:21 9:14,17 10:5 66:23 68:9
  69:15,20
**activities** 48:5,9
**actually** 15:12 51:13 61:25 89:9 99:17
  100:24
**adams** 2:18 4:7,15 39:11 53:9,16 56:5
  56:8,13 70:3 106:15 109:4
**Adams's** 56:20
**addition** 37:14
**address** 4:10 5:11
**administer** 3:17
**administration** 58:23
**admission** 29:8 30:22
**admitted** 24:9 26:24 29:17 30:14 50:7
**advise** 55:7,7
**after** 13:25 14:11,17,19 15:10,16,22
  16:9 21:17 22:15,23 23:2,22,23
  25:14,17,18,23,24 26:6 27:17,20,22
  28:3 29:8,10,12 30:13,17,21 31:22
  32:10,18 33:5 35:6,19 36:8,16,23
  37:4,11,25 38:12,17,24 39:3,17 42:2
  44:6 45:25 46:11,23 49:13,19,21
  69:24 72:22 75:18 77:4 81:16,18,20
  83:13,19,21 92:4 93:9,24 94:6 96:7
  96:8,9 97:5 98:23 102:5,8 103:22
  104:25
**again** 5:3 30:7,16 66:22 69:19 72:10
  73:7 75:13 76:25 78:10 91:10 101:4
  101:25 103:7 104:6

**against** 1:7
**ages** 59:18
**ago** 88:20,22 89:6 93:6 98:3,14 100:10
  101:2,2,15
**AGREED** 3:4,10,15
**ahead** 49:18
**Alan** 93:10
**allegation** 106:25
**allow** 85:3
**almost** 10:10,15 68:15 70:4 97:25
**already** 36:9 52:6 68:8 75:3 96:3
**ambulance** 15:5,11,14,17,23 16:6
  17:11,22 18:7,10,15,18,24 19:8
**amount** 43:16
**and-a-half** 43:12
**ankle** 22:19 25:6,8,10 36:9,11,17,18
  37:12 41:4 47:16,25 48:7,10 52:19
  52:23 104:23
**Annie** 39:10,13,17 40:2,12,24
**another** 5:2 41:15 84:19 99:14
**answer** 56:19
**answered** 56:6 79:15
**answers** 56:7,15
**anybody** 5:13 14:18 15:24 17:22 22:6
  40:16 51:6
**anymore** 38:16 104:4,8
**anyone** 5:18 7:8 12:10 16:22 20:11
  34:17,19 35:3,25 77:10 86:16 87:23
**anything** 5:7 12:8,10,11 13:22 15:3
  18:8 19:7 22:20 23:8 27:12,15,25
  28:14 31:5,20 34:5 37:12,16 38:2
  41:13 53:10 69:5 78:22 90:2 95:18
  95:21 100:17 105:22 106:16
**anywhere** 40:11 47:11
**apologize** 36:9 52:6 73:17
**appear** 99:11
**appears** 110:10
**appointment** 52:7,9 103:3
**appointments** 41:9 51:5 52:11,15
  95:17,18,19,20 103:4,9
**approaching** 70:24
**appropriate** 54:24
**approximately** 6:10 15:16 16:9 36:23
  area 60:18,23
**Arnold** 84:16
**around** 37:17 38:14 72:21,25 83:6,10
  86:11,21
**arrival** 15:23
**arrive** 15:17 16:10
**arrived** 15:14 18:7 19:11
**arteries** 33:9
**artery** 94:13
**arthroscopic** 24:20
**Arturo** 5:17
**asked** 14:22,23 17:10 18:11 33:7 36:9
  40:22 56:5,13 85:4
**asking** 14:25
**asks** 48:25
**assistant** 42:11,13
**associated** 32:2

**assume** 97:24
**assuming** 87:17
**attack** 32:16,24 33:22,25 34:3,5,9,11
  34:14 88:2
**attempt** 106:20
**attention** 72:14
**attorney** 5:5
**attorneys** 2:4,9,15 3:5
**attorney's** 105:10
**August** 1:17 52:5,10,10 59:21 110:5
**authorization** 53:24 107:16 108:3,8
**authorizations** 53:21 54:8 107:20
  109:12,13
**authorized** 3:17
**automobile** 69:9 81:17
**available** 56:15
**Avenue** 2:16 6:9,20,22,24,25 7:4,13
  8:8,11,21 9:15,22 10:2 39:14 61:14
  62:10,13,15 63:6 64:25 65:3,3 69:13
  69:17,20,22 71:8,13,20,21,22
**aware** 11:11 71:17 84:3
**awareness** 11:7
**a.m** 1:17

**B**

**B** 4:2
**back** 42:3 46:24 47:8 58:8 94:4,14
  103:22 106:3,7 108:15
**background** 58:13,14
**bad** 77:3 87:10 91:16
**bag** 49:3
**bagel** 82:25
**Bahovic** 17:2
**balance** 50:13,16 98:5 99:9,11,13,16
**banking** 58:24,25 59:9
**barrister** 1:15,23
**based** 56:15
**basically** 56:12 77:11 101:9
**basis** 24:14 36:15 51:20 59:6 61:3
**bathroom** 39:2
**became** 71:17
**become** 11:11
**bed** 86:5
**bedtime** 78:7,8
**before** 1:17 3:19 4:3 8:20,23 9:3,15,18
  11:4 12:4,11 17:12 22:2 28:21 29:4
  29:25 30:13,18 32:7 33:23 34:8 42:7
  44:2,4,18 45:9,14 48:18,20 50:21
  51:20,23 52:20,25 54:9 58:2 61:6
  65:13 67:18 69:4,8,16,17 70:5 71:3
  74:9,15,25 75:6 76:9 78:11,15,25
  79:5,16,19 80:16 81:19,20 82:3,8,13
  84:4,25 87:22,24 88:4,6,7,10 93:7,8
  95:24 96:4,5,20,23 97:22 98:6,7
  100:11,12,23 102:2,4,6,8,11,15
  103:25 107:18 108:21 110:5,6
**began** 8:21,24 9:3 26:7,10
**beginning** 10:9
**being** 32:23 53:25 60:4
**Bejasa** 60:2,5

**bejasa-omega** 1:5,14 4:9,14 5:1 6:1
7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1
15:1 16:1 17:1 18:1 19:1 20:1 21:1
22:1 23:1 24:1 25:1 26:1 27:1 28:1
29:1 30:1 31:1 32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1 54:1 55:1 56:1
57:1 58:1 59:1 60:1,2,5 61:1 62:1
63:1 64:1 65:1 66:1 67:1 68:1 69:1
70:1 71:1 72:1 73:1 74:1 75:1 76:1
77:1 78:1 79:1 80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1 88:1 89:1 90:1
91:1 92:1 93:1 94:1 95:1 96:1 97:1
98:1 99:1 100:1 101:1 102:1 103:1
104:1 105:1 106:1 107:1 108:1,20
109:4 110:4
**believe** 6:12 31:12 53:5 107:12,21
**believed** 31:18
**believes** 33:7
**Bellevue** 18:22,25 19:11,14 22:8,10
**Below** 20:10
**besides** 5:18 23:8 60:4 79:14 84:7 98:4
100:16 103:2,17
**best** 24:24 56:15
**better** 67:3 77:2 97:4
**between** 3:5 10:25 15:24 29:15 46:2
70:21
**bike** 40:5
**birth** 5:21
**bit** 40:8 83:2
**Black** 39:10,13,17 40:3,13,24
**bled** 83:2
**bleed** 82:19,19 83:5
**bleeding** 14:7 97:23
**blood** 75:25,25 76:2,6,10,11 78:18,19
78:20,23 82:9,9,15,18 85:12 87:15
110:13
**body** 11:14 13:16,18,21 14:8,13 18:16
72:21 73:9,10 102:22
**bomb** 49:4
**bone** 20:13 23:15 100:6,7
**book** 95:23 96:10
**booklet** 95:9,13
**boot** 37:7,9,11
**Booth** 4:12
**boots** 37:5 41:16
**born** 59:20,20
**both** 11:23 62:18,19,25 100:19,22
**boxes** 42:15 104:14
**boy** 61:13
**brain** 33:9 87:17 88:7,8,12,13,14,19
88:22 90:3,7 92:20 94:12
**brief** 53:14
**bring** 94:18 108:15
**Broadway** 1:16,23 2:5
**broken** 20:13 23:15
**bus** 7:6,7 12:24 64:24
**business** 39:12 54:10 58:23,24 59:2
84:15

**B.A** 59:9

**C**

**C** 2:2 110:2,2
**cabinet** 104:15
**CAHN** 2:4
**calcium** 99:21
**call** 15:4,7 17:8,10 40:7,9 55:5 86:23
94:6
**called** 15:23 87:2,23
**came** 13:18 14:4,17,22 17:5,10,15
20:22 42:3 46:24 80:6 81:6,15 90:15
95:8 103:22
**cane** 41:17,18,19
**car** 12:24 13:2,3,5,8,22 14:2,20 15:2,7
16:16 49:20 63:17 64:13,16 71:23
**card** 39:13 84:15
**cardiac** 29:4
**cardiologist** 28:5,18,20 51:13,16
53:22 55:2 74:7,10,15,19
**cards** 54:11
**care** 27:4
**carry** 18:12 49:19
**cars** 62:24 64:9,19,20,22 69:12 70:23
**case** 54:21
**cases** 77:19
**cast** 19:16,17,18,24,25 20:3,4,6,9
23:11 36:17,20,22 37:6,14
**CAT** 88:12
**catch** 48:24 49:12
**causally** 54:19 55:9
**cause** 99:8
**caused** 75:14 77:7 91:21 95:2,6
104:16,18
**causes** 95:22
**certain** 43:16 62:20
**certification** 3:7
**certify** 110:3
**change** 92:10
**charge** 27:4
**chasing** 42:15
**check** 108:10
**checked** 93:23
**checkup** 29:6 74:21,24 75:16,17
**Cheryl** 59:23
**children** 59:12,16 60:9
**cholesterol** 76:12,16,20 79:17
**choose** 85:3
**circumstances** 49:7 56:2
**citation** 72:8
**City** 2:17 61:13
**Civ.2950(SWK)** 1:6
**claim** 55:9
**claiming** 42:22 46:19
**clear** 55:4 72:5
**clearance** 29:18 84:7,9,25 85:5,11
**cleared** 85:14
**Clerical** 42:14
**climb** 48:13 99:13 104:7
**climbing** 99:11

**close** 68:15
**closest** 72:22
**clot** 75:25 78:23
**clots** 76:3,6 78:18,19,20
**cloud** 58:5
**colleague** 104:13
**college** 58:16
**colonoscopy** 84:20
**come** 11:2 13:8,16,21 14:18 15:24
16:3 66:19,24 76:15 90:11,13 91:15
93:15 94:4 105:8 106:2
**comes** 47:23
**coming** 6:19,20 66:15,16,17 71:11
**commencement** 110:7
**compass** 65:4
**complained** 88:15
**complaints** 18:14 19:10 22:14 32:13
47:14 49:24
**completely** 70:11
**concentrated** 47:21
**concluded** 106:22
**condition** 30:6 56:10 93:20 97:7
**conference** 107:4
**confused** 65:16
**connected** 110:13
**consciousness** 13:25
**consist** 39:25
**consisted** 24:17
**constant** 48:3,4
**contact** 10:24 11:2,5 12:4,15 13:8,11
13:16,18,21 72:20
**continue** 55:8 92:5,7
**continued** 92:6
**controlled** 66:25
**conversation** 16:17 82:11 89:22
**copies** 54:10
**copy** 89:14
**Cornell** 32:3 35:11,12,13,14
**corner** 6:8 8:9,16,20 64:17 65:21,23
65:24 66:6,10 67:17,20 68:11 69:3
**corp** 1:8 2:10 55:16
**correct** 22:9 23:17 33:3 41:7 55:21
56:16 57:15 65:11 67:10 69:18,23
74:2 75:21 81:16 87:18 102:16
105:6,13
**CORRECTION** 111:2
**Coumadin** 29:22,24 30:3,8,12 57:3,11
57:12,13,17,19 74:2,5 75:21,23 76:9
76:19,24 77:8,8,15,16,25 79:2,4,7
79:10,11,14,21 80:3,6,20 81:7,10,16
82:2,13,18,20,24 83:3,4,6,9,13,19
84:4 85:18 91:25 92:4,5,7 102:11,18
**counsel** 55:6 106:19 110:10,17
**count** 99:2
**county** 61:13
**court** 1:2 3:19 4:22
**cover** 20:7
**cross** 8:24 9:3 61:2 64:15
**crossed** 61:9 69:21
**crossing** 6:4 8:8 9:11 10:3 12:18,20

65:15
crosswalk 9:8,12,13 68:8
crutches 19:16,21 37:16 38:15,16,17 38:20,22,25
CT 90:5
currently 57:16 102:20 104:21
cut 47:7

**D**

D 4:2
daily 61:3
damage 94:12,12,13
damages 31:25 32:18 33:8,9
date 5:21 17:12 57:16 73:25 80:12
dated 108:4
dates 95:9,13
daughter 60:11
day 6:10 7:22 18:2 20:15 24:13 25:15 30:3 35:16 37:15 38:18,21 42:9 43:17,18,20 45:3 47:21 72:3 78:6,7 78:11 79:19 85:22 91:17 92:8 101:11 102:10 108:22 110:5,19
days 26:24 30:17,20 82:3,13 83:21 101:12
December 5:22 42:3
decision 106:19
defendant 2:9,15 4:16
Defendants 1:9,14
degree 58:16 59:3,8
density 100:7
depending 54:23
depends 45:13 47:5
deposition 1:13 3:16 54:22 55:12 106:22 110:4,12
describe 11:25 12:17 13:3 58:12 72:2
DESCRIPTION 109:11
designed 75:23
destination 7:12
determine 55:10
device 38:4
devices 38:13
diagnosed 32:15,23 99:22
diagnostic 90:6
different 103:23
direction 63:7,15,16,21,23 64:5 65:5 65:10,19 67:2 71:24
directions 10:19
directly 110:15
disclosed 107:24
disclosure 107:24 108:4,7
discuss 23:14 30:23 31:4,8,17 35:22 35:25 36:6
discussed 58:6 106:24 107:3
Disease 24:8
distance 9:17
DISTRICT 1:2,3
dividing 62:2
dizziness 86:9,19,25 96:16 97:14,21 97:22 98:5,9 99:4,8
dizzy 50:9 86:10,23 91:17 96:16 97:9

97:10,11,12,16,20 98:17,18 99:16
Docket 1:6
doctor 27:3 30:24 31:10 34:20 36:3 47:7 74:4 77:17,18 78:2 79:9 84:9 84:11 85:4,5 88:3,24 90:20 94:11 99:22 100:3 101:20
doctors 25:19 52:16 94:22 95:4,17 103:5,9,18
doing 40:4 87:10
done 23:6,21 24:2,4,6,13 35:9,16,20 41:2 100:9 107:6,10
dose 77:25
dotted 61:21
down 4:23 5:4 48:15 95:25 96:9
Dr 21:19,22 22:2,5,11,15,20,22,25 23:23 25:9,22 27:8,22,25 28:6,10,24 29:3,7,15,18 30:10,21 31:2,4,12,16 31:17,20,24 32:2,7,11,14,16,19,21 33:2,10,11,14,18 34:20,23 35:4,6,17 35:19,22 36:5 40:23 41:4,10,11,13 51:17,18,19 52:7,9,12,14 53:23,23 55:2 74:6,9,15,23 75:6,14 76:18 77:4 79:25 81:3 82:5,11,21 83:12 84:7,10,11,16,21 85:2,7,14,16,16 89:2,5,22 90:11,13 93:10,12,15,16 93:17,19 94:4,6,14,16,17,18,24,25 95:4,5 100:5 103:3,12,14,17 105:5,9 105:11,19,22,25 106:4,7,10 108:2 108:11 109:12,13
drink 102:21
drive 20:23 62:5,7 103:21
driver 14:23 15:2,6,22 16:18,20 17:10 17:20 72:8,11,15 73:13
drop 64:24
drugs 114 102:14
dry 72:5
duly 4:3 110:6
during 13:23 23:18 37:22 46:8 48:23 70:22 97:22

**E**

E 2:2,2 4:2,2 110:2,2
earlier 51:3
east 6:21 7:11 8:13,14,15 58:21,22,23 59:10 63:22 65:6,7,15,17,20 66:3,5 66:8,11,21
eastbound 63:16,23 64:5 65:9,19
eating 82:25
Education 58:14
educational 58:13
effect 3:18 56:18
effects 79:6,11 80:9 81:12
eight 43:18,19
either 64:10 68:25 77:3 92:16 94:21 102:3
EKG 75:10 85:12
elaborate 50:4
eldest 59:19
emergency 38:18,21 83:3
employ 110:16

employee 43:2,3,4
employment 53:25 109:13
end 78:10
enough 78:25 84:15
entirely 10:5 70:5
ERRATA 111:2
ESQ 2:6,12,18
estimate 44:20
evaluation 105:17,18
evening 47:22
event 108:13
events 58:6
ever 17:17 22:2 31:8 32:7 36:5 52:19 52:25 59:5 62:9,12 68:24 72:7,16 73:14 77:5 80:8 87:22,23 88:3,12,18 89:14,16,19 91:15,21 92:19 94:22 94:25 95:5 97:6,16 98:4 99:8,15,22 100:6 101:5 105:19,22,25 106:4
every 45:21 51:15
everyday 96:18 101:13
Exactly 8:2
exam 35:2
examination 4:6 55:13 105:8 109:3
examine 23:4 32:19
examined 4:5 33:2,5 105:5
except 3:11 60:21
Excuse 7:3 46:18
exercise 48:18
exists 89:15
experience 97:10
experienced 86:9,24 91:19 96:24 98:8
experiences 97:6
experiencing 93:4
expert 84:19
explain 24:24 82:23 91:2
explained 82:21
explanation 77:22
explanations 73:15
extend 20:6
extent 107:7

**F**

F 110:2
facing 66:20 71:23
fact 54:9 84:3 107:14
facts 55:25
fair 78:25 102:9
fall 99:9,17
familiar 60:24
family 34:23 77:7 78:17 85:7,9 89:3
far 9:14,16 10:12 20:9 68:14
fast 73:22
February 42:4,4,5 46:4,12
feel 11:9 14:12,15 50:9,13,15 96:16 97:9,10,13 98:17 99:12
feeling 87:9 97:15,17 98:9 99:16
feelings 99:3,7
felt 12:14 28:6 98:21
few 53:12 55:17
fifteen 15:19

files 42:15 104:13
filing 3:6 42:14,14
Finally 5:5
finance 59:2,9
find 17:9 89:25
finish 4:22
first 4:3 7:13 11:7,11 16:6 22:15,21,22
    23:2,18,23 29:8,10 31:21 37:18 67:3
    67:8 68:7 69:15,16,21,24 70:8,9,12
    70:15,15,17,18,21 71:12 73:3 74:23
    80:6 81:6,9 86:8,9,12,24 87:7 88:5
    88:18
five 44:4,5,8,9,12 45:13,15,19 59:16
    60:9 98:15,22
fixed 45:11
flashing 67:13
flowing 66:12,12
follows 4:5
follow-up 25:22 27:22 28:17 36:10
    53:20
foot 14:16 18:16 19:5,12 25:7 37:22
    38:8 68:23
force 3:18 11:25
Forest 26:4,15,17 29:13 39:15 84:17
    108:2
forgetfulness 50:11
forgive 61:12
forgot 40:9
form 3:11 57:12 71:9 77:13
formal 59:6
Fosamax 57:21 99:24,25 100:2,3,16
    100:22,25 101:5,12,18 102:3,20
four 9:19,25 44:5 45:12,17 60:12
    61:18,20 64:7 78:3,4 83:23 92:8
fracture 22:17
Franklin 2:16
from 6:19,20 14:7 20:6 25:17 27:17
    27:23 28:2 29:12 30:24 31:22,25
    32:11 38:20 41:21,24 42:17 46:24
    53:6,22,23 54:2 55:25 58:17,18 59:9
    60:10,11 65:3 66:4,12,15,16,17
    68:14,22 71:7,11 78:21 79:7 81:12
    82:9 84:7 90:7 96:25 97:20 104:14
    104:17 107:15 109:12,12,13
front 68:4,5,6,12
further 3:10,15 53:10,17 54:3,22
    106:14,18
future 41:10

                      G
G 4:2
Garden 2:17
gave 19:16 56:8,14 92:22
generally 99:4
gesture 5:3
getting 84:7 97:11
Gilbert 40:18,20 59:21
give 4:25 21:9 27:14 28:4 72:11 85:10
given 56:4
giving 10:19

go 20:9,17 21:18 27:20 32:10 39:6,9
    39:16 49:18 54:9 84:9,21,24 94:14
    105:15,16 106:7
going 4:17 6:19,20 7:11 8:14 9:24
    10:14 12:16 25:10 38:25 49:9 54:21
    55:8 63:18 65:6 70:3 72:16 82:16,16
    84:22 97:24 105:20 106:20
Goldstein 105:6,9,11,19,22,25 106:4
    106:10
gone 40:11
good 4:14 49:3 56:22 76:7 94:12
gotten 70:11
graduated 58:16
grandchildren 49:15 60:8,12,15
guessing 19:22
guidance 74:4
GUIRE 2:15

                      H
halfway 20:8 70:19
hand 84:15 110:19
handed 39:12
hands 38:5
happen 6:7 17:18 47:21 72:18
happened 6:5,18 8:7 9:15,18,22 10:7
    10:11,13,16 11:8 12:5,12 13:12
    14:18,19 15:10 16:13 41:25 45:9
    63:10 69:22 90:23 91:3 98:2,13
happening 86:7
happens 98:25
hard 48:14
having 4:3 32:23 48:14 50:5 75:13
    97:14
head 5:2
headaches 88:9,15 93:2,5
HEALY 2:15
hear 11:8 12:5,7,10 16:21 70:23
heard 88:5
heart 32:16,23 33:22,25 34:3,5,9,11
    34:13 75:11,14
height 85:23
held 1:15 110:4
help 37:16 38:2,13
helpful 54:16
her 17:5,9,24 40:20 71:18 107:8 110:7
hereunto 110:18
herself 17:6
high 76:16,19
Hills 26:4,15,18 29:13 39:15 84:17
    108:2
him 14:24 22:21,23 30:23,25 31:11,12
    31:21 32:10,15,22,22 33:12,16
    34:22 36:14 41:14 51:14,23 52:3
    75:2,3 77:7 86:19,20 89:8,10 103:13
    105:15,16
hip 11:20,21,22
history 77:7 78:17
hit 14:20 16:16 63:17 69:24 71:2,3,18
    71:19,23 72:9,12,15 73:13,15,20,23
hitting 73:17

hold 38:4 71:16 86:20 106:23
holding 1:8 2:10 55:16 86:21
home 20:19,23 21:12 25:17 26:11
    27:20 86:5
horns 12:7
hospital 18:19,21,22 19:11,14 20:12
    20:14,18 21:2 22:7,8 24:7,9 25:17
    26:4,12,17,21,25 27:5,14,18,23 28:2
    29:9,17 30:14,22 31:23 32:3 35:10
    35:12,15 36:16 37:15 50:3,8 53:7
    84:2,3,21,22 87:4,6,14 88:11 90:10
    90:16 91:2,18,24 92:12,13,23 93:9
    93:12 97:5 104:25 107:25
hospitalization 30:23 31:5
hospitalized 50:2 52:17
hot 40:8
hour 47:22 99:5
hourly 43:2
hours 43:13,16,18,19,20 44:6,15 47:5
    102:10
hurt 82:19
husband 5:15,18 20:21 62:7 82:24
    86:18 87:2

                      I
Ice 19:4
imagining 86:10
Imitrex 57:9,17,19 93:2
immediately 12:4 14:11 49:21
impact 12:2 13:15 68:24 73:9
impaired 56:6,9
important 95:9,13
INC 1:23
incident 28:21 29:5 32:8
incidents 53:4
incision 25:3
include 60:13
INDEX 109:2
indicate 72:16
indicating 11:19,20
indirectly 110:15
individual 16:25
INFORMATION/DOCUMENTS
    109:10
inhibit 55:24
initial 22:8
injection 21:6
injure 52:19
injuries 21:15 25:20 52:22 103:9
    105:20,23 106:6
injury 46:25
instructions 28:4
intended 25:11
interested 110:15
internist 84:12,19
intersection 9:9 12:19 65:14 66:7
    67:18 68:17,20 69:4,6,9 72:17 73:5
introduced 17:6
involve 10:24
involved 5:25

Ischemic 88:2
issue 33:25 54:20 55:3 107:8
issued 72:8

**J**

J 4:2
Janinaki 18:5
January 33:19 41:6 42:3 52:4
Jennifer 59:22
Jhiansi 27:8 108:2
job 42:10 103:20,23
jogging 49:10
Joint 24:7
Judge 107:3
July 59:21,23
June 52:5 108:4
just 4:19 7:6 17:5,15 20:7 21:10,11
    28:5 29:6,22 32:22 34:8,25 38:25
    46:4 47:2,22,23 54:14 61:24 65:13
    71:3 74:21 75:17 76:23 77:9 80:11
    80:24 88:3,8 91:4 93:23 96:7 97:13
    101:20,21
J-A-N-I-N-A-K-I 18:5
J-H-I-A-N-S-I 27:9

**K**

K 2:18
kind 76:5 84:11,14
knee 20:10
knew 22:17 82:24 83:4 86:6 90:20
know 12:23 13:6 16:24,25 17:4,5
    19:25 20:3 24:16,19 32:17 34:24
    40:7,9 45:7 48:25 49:3 50:17 61:13
    65:5,18 71:2,4,10 72:7,13 73:19,22
    74:23,24 75:11 76:18 78:14,21,23
    80:5,24 81:6,9 87:10,19,21 89:12,13
    89:15 90:19 91:11,13,14,16,20
    92:18,22 94:10,21 98:18,24 99:10
    107:13 108:12
knowledge 15:6 16:19 22:11 56:19
known 17:12 60:4,6

**L**

L 3:2 4:2 84:16
ladder 42:15 48:14 104:14
ladders 104:3,7
lady 94:10
lane 10:6,10,12,14,15 64:6,6,7 69:15
    69:16,21,25 70:5,12,13
lanes 9:19,25 61:19,20,21 62:16 63:23
    64:2,4 70:9,10 71:13
last 34:16,20 41:4,12,14 51:14 96:20
    96:23 99:4 102:2 107:4
lawsuit 4:16 55:17
lawyers 53:12
lazy 101:20,21
learn 91:15
learned 54:24
least 55:6 78:15 97:7
leave 20:14 86:22
leaving 7:2

led 86:13
left 11:16,17,23,24 12:2 14:16 18:16
    19:5,12 20:17 36:16 37:14,22 38:8
    38:18 47:15 52:19,22 64:19 66:13
    66:14,15,16,17 67:21,22 68:17,25
    73:10,12
leg 11:23,24 20:9
legs 11:22,23 20:8
less 15:19 74:12 82:17 83:21 98:14
Let 56:12 57:14 67:2 77:2 84:13 87:12
    96:15 97:3 98:12
let's 62:23 76:8 107:20
lifted 15:12
lifting 42:15
light 8:17,18 9:2,6 73:3
like 36:21 40:4,5,6,7 48:22 49:2 53:11
    72:3 75:10 77:3 93:24 97:10,13 98:6
limping 48:16
line 62:3 81:25
lines 61:22 62:2
lipids 76:13
list 54:15 57:7,14
little 40:8 95:9
live 5:13,18 60:17,20,21
lived 5:10
living 59:16
LLP 2:4
located 6:25 7:14 21:22
long 5:10 8:23 15:9,16 16:9 29:24
    30:18 35:19 36:22 37:9,19 38:10
    39:16 41:24 42:6 74:9 75:4,5 79:5
    93:4,6 98:3 99:4
longer 48:13
look 9:2 49:3 68:17,20,24 107:20
looked 9:5 64:18,19
looking 12:14 66:11,21
lose 13:25 41:21 42:19 99:8
losing 50:15
loss 50:13 98:5
lost 42:17,22
lot 13:14 19:12 22:18 47:19 82:19
    83:2 97:23

**M**

M 1:8 2:16 4:2
mache 20:5 36:21
machine 40:8
Madam 58:7
made 19:17,21 34:8 68:24 72:20 73:4
    73:9 104:5,9 107:2
maiden 60:2
major 58:24
make 13:6 18:14 25:3 54:9 69:13 83:5
    84:3 106:4 108:14
Manhattan 6:9 21:24
many 26:24 33:14 43:13 44:19 45:8
    46:15,20 47:5 59:14 60:8,17,19
    63:23,25 64:3,4 93:17 98:8 101:12
March 52:5
marriage 110:14

Massage 40:4
mate 17:24
matter 54:8 110:16
matthew 2:6 98:16
may 3:16 5:8 41:12,14 49:4 54:18,18
    79:14 98:9 108:8
Maybe 101:16
ma'am 53:16 55:18 57:16 59:25 73:25
    80:24 85:22 95:8 98:20 102:9
    104:21
MC 2:15
mean 33:17,24 38:25 44:6,14 47:22
    50:12,13,18 64:3 81:18 97:2,11
meaning 45:16
means 56:9
meant 34:9,12 50:22 91:5,9
Meclizine 57:4,22 96:13,13,15,21
medical 21:15 25:19 40:25 52:15
    75:12 87:19
medicals 106:18 107:11,13,14
medication 20:25 27:14 39:4 47:24
    51:9 56:23,25 79:15,18 80:21 92:23
    104:22 105:3 106:11
medications 57:25 58:4 80:18 92:25
    100:19
medicine 92:6 95:25 96:17 97:12
    102:17
medicines 57:5,7
MELISSA 110:3,21
memory 55:20,23 56:6,16 58:5
menstrual 97:22
mentioned 51:3
metropolitan 60:18
michael 2:18 4:15 59:23
middle 10:10 70:14
might 45:20
migraine 88:15 93:2,5
migraines 88:16
milligrams 78:5 83:24 92:8
mind 54:14
minute 99:5,6
minutes 15:20 53:13
miscarriage 59:16
mischaracterize 63:5
miss 41:24
missaid 70:7
misspoke 33:23
mistake 34:8
misunderstand 50:22
model 13:6
money 46:7
MONTFORT 2:15
month 36:25 44:19 45:4,9,10,17,21
    78:15
monthly 36:15 51:13,13
months 30:2 37:3,10,20 38:11,12
    45:18 51:16 78:11
more 11:18 13:9 15:19,21 24:10 33:12
    36:25 37:3 43:19,20 45:2 74:12
    83:21 98:14 101:16

morning 4:14 6:13 47:23 98:17
Morphine 21:3,4,5
motion 108:14
motor 10:25 11:4,12 12:23 28:11
  29:16 51:20
mouth 70:3
Moving 64:2
MRI 33:8,17 35:6,9,16,23 36:2,4,6
  75:11 87:17 88:12,14,19,21,25 89:6
  89:8,9,12,17,20,23,24 90:3,5 93:24
  93:25 94:2,6,9,16,17,18,22
MRIs 26:19 27:11 87:16
MTA 48:25
much 44:22,24 48:20
Murthy 18:5
MV2 39:14
myself 50:10 77:14 110:8,9
M-E-C-L-I-Z-I-N-E 57:22
M-U-R-T-H-Y 18:6

N

N 2:2 3:2 4:2
name 4:8,15 5:16 18:3 55:15 58:20
  59:25 60:2,6 90:18,19
named 16:25 54:25
names 35:14 59:17
Nations 7:19,21 17:7 42:7 54:2 61:6
  103:23 109:13
natural 77:9
nature 78:18
necessary 108:15,16
need 4:21,25 17:7 47:6 55:11 57:4
  81:25 104:14
needed 15:5
neglected 10:18
nerves 40:10
neurologist 32:5 54:25 90:15,21
neurologist's 90:18
never 67:10 87:21 88:6 91:19
new 1:3,16,16,18,24 2:5,5,11,17 4:4
  4:12 24:7 35:12,14 39:15 60:17,20
  60:21 61:13
next 11:13 14:18 21:14 25:18,21
  36:13 51:15 103:16
nicholas 2:12 55:15
night 24:11 78:25 79:16
nineteen 42:8 61:6,9
nobody 5:20 34:4 68:6 72:24,25
nod 5:2
normal 90:3
north 8:10 26:4,12,17 29:8,12,17
  30:14,22,24 31:6,22 50:3,8 53:6
  61:15 87:4,6,14 88:10 90:10,16
  93:12 107:15,25
Notary 1:17 4:4 108:24
note 86:13
noted 54:5 108:17
nothing 58:3 61:24 69:22 108:11
notice 79:6
noticed 86:16

November 24:3 25:25 42:3 55:20
  59:22 80:14,15,16 81:23 83:7,10
  98:13
number 5:23 17:9 46:21 47:2,8
N.Y 1:24

O

O 3:2 4:2,2
oath 3:17
object 5:6 77:12
objection 54:7 71:9,14
objections 3:11 5:8
observation 26:20
observe 73:6
observing 27:11 28:3
obstructing 69:5
obtain 53:21 59:3 109:12
occur 26:7
occurred 4:18 11:5 61:15 62:24 64:11
  65:4,10,13 69:17 70:13 79:2
occurrence 53:2
October 4:18 6:2 28:8 41:11,11,25
  42:2 46:3
off 7:6 37:6,11 64:24 99:11,12,16
offer 73:14 77:22 94:25 95:5
office 7:5,15 17:24,25 23:6,7 82:12
  105:10 106:2
officer 3:17 72:7,11
offices 1:15 84:16
often 44:2 51:23 52:2
oh 17:3 19:18 41:17
okay 5:8,9 14:22,24 15:2 61:14 63:20
  75:20
old 89:24 97:25
Omega 5:17 54:23 55:11,15 59:21,23
  59:24 84:14 108:15
Omega-Godoy 59:20
Omega-Lauron 59:22
once 13:9,9,10 33:12,16 50:9 98:11
  102:23
one 4:23 10:5,18 21:23 24:3,11 26:14
  26:15 27:3 33:16,19,21 59:15 60:10
  62:25 76:17 77:19 80:6 90:9 93:18
  101:8,11 102:20 106:23
one-way 9:22,24 61:17 63:6,12,14
only 4:23 5:3 19:25 33:16 38:16 45:16
  59:8 62:2 75:22 79:18 90:5,9 101:10
  102:14
onto 69:13 71:8
operation 23:17,21 24:2,4,10,16,19,24
  25:14 29:19,25 30:13,17,18 36:8
  38:24 39:3 81:18,19,21,23 82:4,14
  82:17
opinion 94:25 95:5
opportunity 73:6
opposed 4:25
order 1:15 75:15 85:10
ordered 23:5
orthopedic 22:12
OSCAL 57:10,20 99:19,20 100:18,22

101:2,5,10,23 102:3,4,6,12,18,19
osteopenia 99:23 100:13
osteoporosis 99:23 100:14,15,17,20
other 12:19 13:22 14:25 17:20 18:15
  18:16 24:22 25:6 27:11 38:13 40:23
  40:25 47:11 50:25 52:14,15 54:2
  60:6 63:9 68:15 70:8 76:23 84:9
  90:6 101:8 103:4,5,18
out 5:7 19:17,21 25:12 70:5 76:15
  93:9 97:5 104:25 107:2
outcome 110:15
outpatient 24:14
outside 49:5 106:24,25
over 14:19 15:25 43:13 44:8,12
overnight 26:22
overtime 42:24 43:9,21,23 44:3 46:8
over-the-counter 104:22 105:2
O-S-C-A-L 57:21

P

P 2:2,2 3:2
pack 19:4
PAGE 109:3,11
PAGE/LINE 111:2
paid 42:16,20 43:8 46:4
pain 13:14 14:13,15 19:12 21:3,5
  22:18 39:4 47:19,20,20,25 48:3
  104:22 105:2
painted 9:8
PANARELLA 110:3,21
paper 20:5 36:21
papers 42:14
Pardon 81:8
parents 78:22
park 4:12 62:19,20,21
parked 62:25 64:9,22
parking 62:15,16 64:14
part 11:14 13:18 14:7,13 25:7 75:15
  75:17
parties 3:5 110:14
parts 18:15
party 110:9
passenger 62:9,12
past 70:11,18
pay 44:22,24 72:14
pedestrian 6:4 8:17 9:3,9,12 12:17
  66:20,25 67:2,4,22 73:6
pedestrians 12:20 67:24 68:5,8,12
people 14:22 18:10,15 62:19 67:21
  84:3
per 43:13,17 45:3,4
performed 36:11
performing 77:4 87:13
perhaps 70:18 77:6
period 37:23 38:22 39:7 44:9,13 67:17
  80:16 97:22 101:24 102:15
permanently 25:11,13
person 18:4 72:21,22
Philippines 58:17,19
phone 17:9

physical 29:6 33:20 34:25 39:6,9,16
    39:25 40:11,16,21,24 47:14 48:5,9
    49:24 56:9 95:17 97:7
physician 34:23 84:24 85:7,8,9 89:3
    105:12,12,14
picked 20:22
pill 21:6,8 102:21
pills 21:10,11
place 6:11 8:3 9:21
Plains 2:10
plaintiff 1:6,13 2:4 39:12
plaintiff's 106:19
plaster 19:24
plastic 19:24 20:3
plate 25:2,4,10
platform 49:2
playing 49:14
please 4:8,10,20 5:6 10:21 59:18
point 23:12 25:12 38:8 66:19,24
police 16:3,7,8,10,12,17 17:21 72:7,11
policeman 16:20
portion 92:19
possible 34:17 54:17
possibly 58:5
pregnancies 59:15
preliminary 10:19
Presbyterian 35:13,15
prescribe 76:19 77:8,9,15,16 80:2
    81:4 106:10
prescribed 30:10 74:5 75:21 76:9
    77:23 78:2 79:9,24 80:5 81:9 88:25
    100:3 101:14
prescribes 77:18
prescription 21:9
present 5:11,14,19 41:19 47:15 49:25
    50:6,25 51:6,10 52:2,4,8
prevent 55:24 75:24
prevention 30:9
preventive 75:22 76:23
primarily 27:3
prior 95:12 97:15,19
probably 8:25 20:3 30:2 49:14 59:4
    75:2 88:20 94:13 100:10
problem 48:7
problems 29:4,20 50:5,25 55:20,23
    77:10 88:6 98:5 104:16,18
proceed 9:14 107:5
proceeded 10:5
proceeding 8:21
production 55:5 109:12
prohibit 55:24
propensity 76:6
provided 53:21,25 108:3,8,11
providers 21:15 40:25
providing 107:19
PT 39:13
Public 1:18 4:4 108:24
purposes 105:15,16
pursuant 1:14
put 19:15 25:2,3 37:21 38:7 54:14

68:22 70:2
PV 1:8 2:10 55:16
P.C 2:9 39:14
p.m 108:17

Q

Queens 26:5
question 3:12 4:22 31:16 33:22 67:3
    77:2,11,13 78:22 95:21 97:4 99:14
    99:15,15
questions 4:17,20 5:6 10:21 53:17
    54:3 55:17 56:5,8,14,20 70:4 106:14
    107:8
quite 55:4 98:2

R

R 2:2 110:2
Rao 27:8,22,25 28:6,10 31:2,12 108:2
rate 73:19 92:8
reached 10:15
read 58:8,9
really 50:22 61:13 80:20 98:25 100:24
REARDON 2:9
reason 56:25 74:18 76:23 88:11
reasons 4:24 76:17
recall 16:15 83:18
receipt 54:23 106:18
receive 18:23 19:3,13 43:23 44:3,22
    46:7
received 21:16 94:22 107:22
recently 105:5
recess 53:14
recollection 80:12 87:13 108:9
recommend 93:12
recommendations 106:5
record 4:8,11 39:11 58:9 84:13
    110:12
records 42:11,12 53:22,25 54:24 55:6
    107:17 109:12,13
recreationally 48:17
referral 32:11
referred 22:5,7 105:9
reflect 84:14
refresh 80:12
regard 27:13 47:15
regarding 107:12
Rego 4:12
regular 42:18 46:5 51:12,20 75:15,17
Rehab 39:13
rehurt 99:17
reinjure 99:9
relate 49:25 50:6 51:2,7,11 52:16
    106:21
related 28:8 34:24 42:23 54:19 55:9
    97:8 98:9,21
relation 55:3
relationship 9:12
released 25:14 27:17,23 28:2 29:12
    31:22 38:20 53:6
remain 15:9,13
remember

6:15 10:12 12:3,21,22
    13:20 14:3 15:11,18 16:11 18:3 20:2
    27:16 28:9,16 29:14 31:19 36:24
    38:19 44:21 56:7 61:25 62:2,3 63:3
    64:9 67:23 68:2 69:2,7 74:11,14
    75:4 77:24 78:13 80:4,7,23 81:2,11
    83:17 84:20 87:9 88:21,23,24 89:11
    89:21 91:7,23 92:24 95:22 96:2
    99:18
remembering 55:25
remind 54:15
reminded 85:19
repeat 56:11
rephrase 10:22 56:12
report 89:16,17,18,19
reporter 4:23 58:7,10
reporting 1:15,23
represent 4:15 55:16
represented 110:10
request 53:19,24 54:5
REQUESTED 109:10
required 49:7
reserve 54:21 108:13
reserved 3:12
residual 96:24 97:2
respective 3:5
response 4:25 28:15
rest 14:4,17 21:13 47:6
result 13:11,15 41:22 55:18 99:16
    103:5
results 35:22,25 89:6
resumed 30:12
retaking 83:13
return 55:11
returned 46:3,11,20
review 94:9
right 44:25 54:22 61:19 63:18,21
    64:18,23 65:7,19 66:13,13 67:25
    68:20,25 71:5 73:11 74:7 79:22
    81:21 86:14 87:2 95:10 103:15
rights 108:14
right-hand 69:13
Road 2:10
roads 72:5
Rochellyn 59:19
ronald 1:8 2:16 4:16
room 38:18,21 83:4
Rule 107:23 108:4,6,10
run 48:16,17,20,22,24 49:5,13 61:15
runner 48:22
running 49:6,9
runs 63:6
R-A-O 27:9

S

S 2:2 3:2,2 4:2
sakkas 2:4,6 24:22 33:21 34:4 40:15
    40:18,20 45:7,15,20 49:6,9 54:6,13
    71:9,14,16 77:12 98:16 106:23
    107:18,23

119

salary 42:18,25 43:3,4,5 46:5
SALLEY 2:15
same 3:7,18 4:24 20:14 25:15 35:16
  36:21 46:21 57:13 61:10 80:3,4,19
  80:22 85:24,25 92:8 95:13 101:6,23
  103:24 104:2
Saturday 44:16,20,23 45:21
Saturdays 43:22,24,25 44:4,5,5,7,8,9
  44:12 45:8,12,13,16,17,24 46:13,15
  46:20,22,23 47:2,8 101:10
saw 11:13 16:20,22 17:17,24 21:14
  22:14,18,21 25:19 30:21 33:16
  34:16,19,21,23 35:6,17,19 36:13
  41:4,11,14 51:14 66:20,24 67:3,8
  71:12 73:3 74:23 93:10,19 103:13
saying 73:4 98:19
scan 88:12 90:5 100:6
scene 16:3 17:23 18:8
schedule 34:25 51:15
scheduled 93:25
school 58:20
SCLAFANI 2:9
screeching 12:7
sealing 3:6
second 6:9 8:8,11,21,25 9:14,20,22
  10:2,6,10,12 21:23 24:3 33:16 39:20
  51:12 60:9 61:14 62:4,10,13,15 63:6
  65:3 69:13,17,20,22 70:5,12,15,16
  70:19,21 71:8,13,16,20,21,22
  106:24
Security 5:23
see 9:5 11:4 22:22,25 28:5 29:7,15
  31:21,24 32:14,21 33:8,11,12,18
  35:3 41:9 50:10 51:6 52:3,7,9,11,15
  57:14 68:12 69:12 72:14 74:19 85:5
  86:11 89:19 90:11,13,16 93:15,17
  94:4 95:8 103:9,11,14 108:7
seeing 28:20 34:22 35:4 51:12,19,23
  75:2,3
seem 11:20
seen 22:2 32:7 33:14 34:21 40:25
  54:25
Segal 31:24 32:2,7,14,19,21 33:2,11
  33:15,18 34:20 35:4,7,17,19,22
  52:12 53:23 55:2 93:10,13,15,17,19
  94:4,6,14,25 109:13
separated 61:21
September 59:24
series 26:19 56:14 87:16
served 107:13,16
service 1:16,23
sessions 39:21 40:12
set 110:18
seven 39:18,19,20,21,23 40:12
several 26:14
shake 5:12
SHEET 111:2
Shore 26:4,12,17 29:9,13,17 30:14,22
  30:24 31:6,22 50:3,8 53:6 87:4,6,14
  88:11 90:10,16 93:12 107:15,25

show 65:16
showed 20:12 89:23
side 8:10,11,12 10:14 11:16,17 12:2
  62:25 64:10 65:14,15,21,23,24,25
  68:15 70:9,20 73:10,11,12 79:6,11
  80:8 81:12
sides 62:18,19,25 70:8
sidewalk 8:3
sign 9:7 62:3 67:5,15
signal 66:20,25 67:4 73:6
signed 3:16,18
since 34:22 35:4 40:12 41:2 45:23
  46:20 52:23 53:5
sit 103:2,8
sitting 13:13 14:5,6,8,12,17,20 15:9
  56:22
six 30:2 51:16 59:15 60:14,15 78:11
  98:15
sklon 1:8 2:16 4:16
sleep 47:20
Social 5:23
some 4:17 21:10 25:6,12 31:25 32:17
  33:8 38:22 47:6 54:10 55:20 62:19
  76:5,8 87:15 96:24 98:2
somebody 34:22
somehow 99:9
someone 91:2 94:9
something 11:9,9,9 12:25 17:8 19:25
  21:7 24:20 34:25 40:4,5,6,7 43:3,8
  49:2,4 50:14 63:2 67:13 75:10 77:6
  77:6 78:24 86:6,13,22 93:24 94:13
  96:18 98:20
sometime 55:19
sometimes 45:12,13 47:19 48:23,24
  50:10,15,17 77:17 97:9 98:24,25
  99:12
somewhere 8:4
son 20:21 40:21 60:11
Sonia 16:25 17:4,12,20
son-in-law 20:21
sorry 19:20,23 22:24 34:15 49:18
  62:11 73:18 100:19
sounds 12:5
south 8:11,12 9:24 63:18 65:17,21,22
  66:9
southbound 9:25 10:6 63:6 69:21
  71:13,24
SOUTHERN 1:3
southwest 65:24 66:6,10
span 70:23
speak 17:22 33:10 53:12 89:5
speaking 4:24
special 104:4,8
specific 7:20 11:18 74:18
specifically 6:22 7:4 26:9 35:3 85:2
speed 73:19
spell 28:25 91:17
spells 97:20
spinning 86:11,17,21
spoke 15:22 89:8

spoken 4:25
stairs 48:15 99:12,13
stand 18:11
standing 64:15,17 69:3
Stanton 107:4
start 30:16 83:13 107:18
started 83:18 101:4
state 1:18 4:4,8,10
states 1:2 59:6
stay 24:10 26:21
steady 67:12,15
stenographically 110:8
stepped 69:8
stepson 60:10,13,22
still 23:11 48:16 70:8 83:23 89:15
  102:4
STIPULATED 3:4,10,15
stop 7:5,6,7 8:20 29:22 30:19 67:17
  81:15 82:2 85:17 92:3 101:19,21,23
stopped 8:23 67:20 68:7,11,16,19 83:6
  83:9 100:25 101:17,18,24
straight 66:11,21
street 4:12 6:5,8,24 7:2,5,13 8:3,5,6,9
  8:14,16,24 9:18,19,23 13:13,16,19
  13:23 14:4,9,12,18,21 15:10,13,25
  60:24 61:2,2,10,16,24 62:18,25 63:9
  63:10,12,13,14,24,25 64:5,6,6,7,10
  66:23 68:9,23 69:12 71:3,8 84:17
Stress 75:10
stretcher 18:13
stroke 25:24 26:3,7 27:13 28:3,7 30:9
  31:9,11,13,18,25 32:18,25 33:2,24
  34:3,10,12,17,21,24 35:4 50:2,6
  51:2,7,11 52:17,25 53:5 54:19 55:3
  55:10,19 56:18,24 80:11,13,17 86:4
  87:22 90:8 91:4,6,9,11,12,14,14,18
  91:19,22 92:4,16,17,20 95:2,6,12
  96:5,9,25 97:8,16 98:10,12,21,23
  103:6,11 106:21 107:2,12
struck 11:12,14,21 12:24 13:3 14:2
studying 59:5
stuff 76:13 95:14
stuttering 50:19,23
Subject 106:17
Subscribed 108:21
subsequent 103:11
substitute 101:8
subway 7:5 48:23 49:13,13
suffered 34:18
suffering 97:20
Suite 39:14
Sunny 6:17 72:4
sure 47:7 59:19 70:16
surgeon 22:12 36:10 106:8
surgery 24:20 25:18,23,24 36:11,17
  36:23 37:15 39:17 41:2 83:14,19
  84:5,8,23,25 85:6,11
sustained 103:10
sworn 3:16,19 4:3 108:21 110:6
symptoms 28:12 50:2 51:6,10 52:16

75:13 92:16

---

**T**

T 3:2,2 110:2,2
tablet 102:24,25
take 4:23 5:3 6:11 8:2 18:18,21 25:11
54:22 57:25 58:3 78:8 79:2 82:9
94:16 95:25 96:9,17,18,21 97:12
100:16 101:10,12,22 103:23 104:21
105:2 107:20
taken 1:14 37:6,11 53:15 56:23 57:5
94:7 96:3,19,22 101:3 102:11 110:8
taking 27:11 29:23,24 30:3,6,8,12,16
30:19 39:3 47:24 51:9 57:3,3,4,10
57:17,21 74:2 78:10,14 79:4,5,7,15
80:18 81:13,16 82:2,12,18,20,24
83:3,6,9,18,23 84:4 85:17 91:25
92:3 96:2,12 99:19,25 100:22,24
101:6,17,25 102:6,15
talk 62:4,23 76:8 93:19 94:24
talking 16:21 44:13 50:16 98:16,20
Tarrytown 2:11
tartering 50:10,12,17,21
technician 36:3 94:11
Tejwani 21:19,22 22:2,5,11,15,20,22
22:25 23:24 25:9,23 40:23 41:5,10
41:12,13 106:7
tell 4:20 10:21 16:22 17:17,25 20:11
23:18 25:9 27:25 28:6,10 29:20,22
33:5 59:17 73:14 75:18 76:2,5,17,22
77:5 79:10 80:24 83:12 84:21 85:16
86:6,19 87:23 89:24 90:23 91:5,21
91:25 92:3,5,19 95:16 97:3 100:13
101:21 104:11 105:19,25
tells 77:17
ten 98:22,23
term 75:12 87:20
terms 42:22
test 76:12 82:9 85:12 87:15 88:10 90:6
100:7
testified 4:5 55:18 58:2 67:16 87:21
testimony 31:14 56:4 63:5 110:7,7
tests 75:7,9,10,15,19 76:7,8,15 77:5,6
87:13
Thank 10:23 53:16 54:6 84:18 106:14
Thanks 106:16
their 59:17
therapist 40:21
therapy 33:20 39:6,9,17,25 40:12,16
40:24 95:18
thing 10:18 36:21 77:9 80:19
things 78:18 98:6
think 10:18 24:3 30:20 33:23 34:2
37:10 40:10 42:5 43:7 44:5 45:5
51:15,15 53:9 59:4,24 61:18 62:20
63:4 64:8 67:16 68:2 69:24 70:2,4,7
70:14,20 79:14 81:24 82:3,16 83:15
85:13 87:15 92:6 96:15,15 97:7,11
100:25 101:2 102:4 103:2,11,12
105:18 107:5

thinner 75:25
thinners 82:15
third 6:20,22,24,25 7:4 10:14,15
64:24 65:3
three 30:20 37:3,10,20 44:6,7 46:23
47:6 64:6,8 75:3 82:3,13 100:10
102:14
three-month 37:22
through 10:10
TIA 87:23,24,25 88:4
ticket 72:12
time 3:12 4:24 5:14,19 6:10,16 7:9,18
7:20,24 15:24 21:14 22:15,21,22
23:2 25:18,21 29:8,10,16,21 31:21
34:16 36:13 38:23 39:7 41:4,12,14
41:19,21 42:16,25 43:5,12 44:9,13
46:2,9 47:12,15 48:15 49:25 50:6,25
51:6,10,14 52:2,8 53:18 54:4 62:21
66:19,24 67:17 68:22,23 70:22 75:4
80:3,4,17 81:15,25 86:8,9,12,24
88:5,18 90:7,7 93:6 96:20,23 98:2,3
101:6,23 102:3 108:17
times 33:14 39:22 44:19 62:20 93:17
98:8,15,22,22,24
tires 12:8
today 54:25 56:22 57:25 58:5,6 85:25
89:12 92:25 95:8 96:20,23 103:2,8
today's 57:16
toes 20:7,7,8
told 14:24 16:15 17:24 31:11,12,24
32:15,22,22,22 38:19 41:15,16 47:7
52:6 82:5,8 85:17,22 86:20 88:3
89:25 91:12 94:11 96:12
tongue 83:2
top 104:15
Toprol 57:4,9,17,19 80:20,21,23 81:4
81:7,10,13 102:12,18
total 39:22
touch 30:25
toward 6:21 12:16
towards 65:20 66:11
track 49:10
traffic 8:17 9:3,9 10:2,7,13 12:18
63:24,25 64:4 66:12,12,15 67:2,22
69:10,16,16,22 70:12 72:8,12 73:3
train 48:24
transcribed 110:9
transcript 110:11
Transient 88:2
traveling 8:13 73:20,23
treadmills 40:5
treat 92:15 105:20,23 106:6
treating 28:7,12 29:3 105:11,12,14
treatment 18:23 19:3,13 105:16
trial 3:13
triglycerides 76:13
trouble 75:14
truck 12:24
true 110:11
try 5:7

trying 31:13 44:11 56:13
turn 69:13
turning 63:18 71:7
Twelve 5:12
twenty 88:20,22 89:6,23
twice 39:21 51:25
two 30:17 35:13 38:11,12 39:22 60:10
60:11 64:6 70:8,9 83:21 94:21
100:23,25 101:14,15
two-way 9:23 61:16 63:12
type 8:18 36:20 75:9 80:21 95:13
96:24 103:24
typical 45:10
T-E-J-W-A-N-I 21:20

---

**U**

U 3:2
under 26:19 74:4 102:4
understand 4:20 10:20,22 24:18
31:13 44:11 65:22 77:14 98:19
understanding 91:8
understood 45:6
undue 104:16
united 1:2 7:19,21 17:7 42:6 54:2 59:6
61:5 103:23 109:13
University 26:12,17 32:3 35:13,14
50:3 53:6 58:21 59:10 107:15,25
until 4:21 5:7 15:11,13 68:23 90:7
untoward 86:7
upbringing 78:21
use 38:15,17,22,24 41:16,17,19 95:12
95:16,23,24
used 44:4 95:25 96:4
using 42:15 48:15
usual 74:21
U.N 47:12 103:20

---

**V**

vacate 48:25
vary 48:3
vehicle 10:25 11:2,4,12,13,15 12:2,23
16:18 17:21 28:11 29:16 51:20 62:9
62:12 68:24 71:2,7,12,18,19,20 72:9
72:12,15 73:13,20,22
very 56:22 68:14 86:10 91:16 97:9
98:3
view 69:5
visit 23:19,23
visits 39:23
Vytorin 57:10,19 79:17,21,24 80:2,6,8
80:19,22

---

**W**

wages 42:19,23
wait 4:21 39:20 51:12 60:9 69:10
waived 3:8
walk 8:18 9:7,17 38:2,5 62:3,3 65:5
67:4,5,7,10,12,13,13 73:4
walked 68:22 69:15,20
walker 38:3,10,12,16,25
walking 7:8 8:6 65:9,18,20 66:2,4,23

68:8,12
walkway 12:20
walk/don't 8:18 67:4
want 17:8 47:4,5 63:4 70:2 97:3
wants 32:17
Warfarin 57:10,13
warning 12:11
Warschauer 28:24 29:4,7,15,18 30:10
    30:21 31:4,16,17,20 32:11,17 33:10
    36:5 51:17,18,19 52:8,9,14 53:23
    74:6,10,16,24 75:6,14 76:18 77:4
    79:25 81:3 82:5,12,21 83:12 84:8
    85:17 90:11 93:16 94:19,24 95:5
    103:14,17 108:12 109:12
wasn't 108:9
way 7:16 12:11 18:24 50:16 55:25
    66:11 72:16 73:4 92:15
wear 37:9
weather 6:15 72:3
week 21:17 22:23 23:2,22,23 27:2,17
    35:21 39:21,22 43:14,20 51:15
    92:13,14 101:11 102:23 103:16
weeks 39:19,20
Weg 34:23 84:10,11,16,22 85:2,7,14
    85:16 89:2,5,23 90:13 94:16,17 95:4
    100:5 103:4,12
weight 37:21 38:7 85:23
well 48:6 85:20
went 22:22,25 25:17 26:6,16 29:18
    31:21 32:14,21 39:22 40:2 65:7
    67:18 69:4 74:19 83:3 87:4 91:17
were 5:25 6:4,18,19,23 7:2,11,16,18
    7:21 8:6,10,13,14,23 9:11,25 10:2,6
    10:9,13 12:14,18,19 14:2,5,7,8,12
    14:19,20,25 15:25 16:21 17:23
    18:24 19:10,21 20:12 21:2 22:5,14
    24:9 25:14 26:2,9,24 27:4,13,17,23
    28:3 29:12,17 30:3,6,8,13 31:22
    32:13 37:21 38:7,20 39:3 42:16,25
    43:2,8 44:15 46:4 47:11 50:7 51:19
    51:23 52:17 53:5 56:5 60:24 61:18
    62:9,12,23,24 64:17 65:9,14,18
    66:21,23 67:20,21,24 68:7,16,19
    69:3 70:4,22 72:5 74:2 75:13 76:7
    78:10,14 79:4,5,15 80:18 83:23 84:2
    86:3 87:10 90:10 91:24,25 92:12,13
    92:23 96:12 97:8,19 100:22 101:5
    101:14 102:6,14,15 105:5
weren't 42:20
west 8:13 65:14,17,25 66:4,8,9
westbound 63:15,17,21 70:21
We'll 62:4 63:19
whatsoever 57:2
wheelchair 37:18,19,25
WHEREOF 110:18
while 14:11 15:25 17:23 18:23 20:12
    20:25 27:4,13 50:9 92:12,23 98:11
white 2:10 13:5,8,22 15:2,7 16:18
    17:21 61:22 67:13,15
witness 34:2,7,15 40:17,19 45:11,18

45:22 49:8,12 50:20 54:12 109:3
    110:6,12,18
wondering 88:3
wood 19:18,21
words 24:22 70:2
work 5:7 7:16,21 41:21,24 42:4,17
    43:11,16,22,23 44:4,9,12,15,19 45:8
    45:12,20 46:4,11,21,24 47:5,9 48:13
    61:3 76:10,11 103:24
worked 42:6 43:19 44:23 45:23 46:8
    46:12,15,16,20,21,22,23 47:3
working 7:18 18:2 47:11 61:5
workload 45:14
workplace 104:17
works 17:6
wouldn't 54:13
writing 53:20 54:14
wrong 86:14
W-A-R-S-C-H-A-U-E-R 29:2
W-E-G 84:16

X

x 1:4,10
xxxxx 2:20 3:21
x-ray 22:18 23:5,9,14 33:17 41:15
x-rayed 19:15
x-rays 20:11

Y

Y 4:2 5:1 6:1 7:1 8:1 9:1 10:1 11:1
    12:1 13:1 14:1 15:1 16:1 17:1 18:1
    19:1 20:1 21:1 22:1 23:1 24:1 25:1
    26:1 27:1 28:1 29:1 30:1 31:1 32:1
    33:1 34:1 35:1 36:1 37:1 38:1 39:1
    40:1 41:1 42:1 43:1 44:1 45:1 46:1
    47:1 48:1 49:1 50:1 51:1 52:1 53:1
    54:1 55:1 56:1 57:1 58:1 59:1 60:1
    61:1 62:1 63:1 64:1 65:1 66:1 67:1
    68:1 69:1 70:1 71:1 72:1 73:1 74:1
    75:1 76:1 77:1 78:1 79:1 80:1 81:1
    82:1 83:1 84:1 85:1 86:1 87:1 88:1
    89:1 90:1 91:1 92:1 93:1 94:1 95:1
    96:1 97:1 98:1 99:1 100:1 101:1
    102:1 103:1 104:1 105:1 106:1
    107:1 108:1 109:4
year 43:7 44:2,18 51:25 74:12,13
    89:24 98:14 101:2
years 5:12 42:8 61:6,9 75:3 88:20,22
    89:6 97:25 100:10,23 101:2,15
yesterday 103:13
yolanda 1:5,13 4:9 59:25 60:4,5
    108:20 110:4
york 1:3,16,16,18,24 2:5,5,11,17 4:4
    4:13 24:7 35:12,14 39:15 60:17,20
    60:21 61:13

$

$1,000 45:2
$60,000 43:7

0

07 1:6

1

1 59:23
1st 42:4
10038 2:5
10271 1:24
10591 2:11
11:37 1:17
110th 84:17
110-06 39:14
11373 4:13
11375 39:15
1140 2:16
11530 2:17
12th 80:16
120 1:16,23
13th 25:25 80:14,15
135 85:24
14 59:22
150 2:5
16th 52:10 103:12,14,17
1947 5:22
1971 59:21
1972 59:22
1975 59:23
1981 59:23
1983 59:24

2

2 5:22
2nd 41:12,14
2:13 108:17
2006 4:18 6:2 46:3 80:15 83:7,10
    98:13
2007 1:17 33:19 41:7,8 46:4,12 108:5
    108:22 110:5,19
212-732-8066 1:24
220 2:10
24 102:10
24-hour 80:16 102:15
26 107:23 108:4,7,10
27 4:18 6:2 46:3
27th 41:25
29 59:21

3

3 59:21
3rd 41:11
3:30 44:14
31st 41:6

4

4 83:7 109:4
4'11 85:24
40 43:15,20
44th 6:8,24 7:2,5,13 8:9,14,16 63:10
    63:14,24,25 64:5,10 69:12 71:7

5

5 46:4,12

**5th** 42:4,5
**54** 109:12
**55** 109:5
**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** 5:24

--- **6** ---

**6** 83:10
**6th** 81:23 108:4
**60** 97:25
**60-32** 4:12
**69** 59:4

--- **7** ---

**7th** 24:3 81:24
**7:30** 44:14,14
**70** 59:4
**71-36** 84:17
**72nd** 39:14

--- **8** ---

**8:30** 6:12 44:14

--- **9** ---

**9** 1:17
**9th** 52:10 59:24 83:20,20 110:5
**9:00** 7:25
**911** 15:4,7,23 17:9 86:23 87:2