```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
YOLANDA BEJASA-OMEGA,

                Plaintiff,              07 Civ. 2950 (LLS)

    v.                                  ORDER

RONALD M. SKLON,

                Defendant.
------------------------------------x
```

Counsel having appeared before me at a conference this morning, it is

ORDERED that

(1) On or before Friday, April 25, 2008, the plaintiff shall submit a draft pre-trial order to the defendant;

(2) On or before twelve o'clock noon on Wednesday, May 7, 2008, the parties shall submit to chambers a joint pre-trial order in the form prescribed in this court's standing orders, together with proposed voir dire questions, proposed jury charges, trial briefs and proposed verdict forms; and

(3) A final pre-trial conference will be held on Friday, May 9, 2008 at 12:30 P.M.

(4) The parties will appear for jury trial on Monday, May 12, 2008 at 10:00 A.M.

No extensions of these deadlines will be allowed except upon a showing of good cause not foreseeable at the date of this order.

Failure to comply with the terms of this order may constitute

grounds for denial of requested relief, dismissal of the action or of defenses, the entry of judgment by default, or such other actions as may be just in the circumstances.

So ordered.

Dated: New York, New York
       March 28, 2008

                                                    */s/ Louis L. Stanton*
                                                    LOUIS L. STANTON
                                                        U.S.D.J.