USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YOLANDA BEJASA-OMEGA,                    Docket No.:   07 Civ. 2950 (LLS)
                                         Justice:     Hon. Louis L. Stanton
                         Plaintiff,

        -v.-                             ***STIPULATION SUBMITTING
                                         CASE TO BINDING
RONALD M. SKLON,                         ARBITRATION***

                         Defendant.
------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as follows:

    1.   The parties agree to submit this case to Hon. Michael J. Dontzin (Ret.) of JAMS for binding arbitration.

    2.   The parties further agree to each pay a filing fee of $400 to JAMS within five (5) days of the signing of this stipulation and to be available to arbitrate this case in June of 2008.

    3.   This stipulation may be filed with the Clerk of the Court upon its execution without further notice to either party.

SAKKAS & CAHN, LLP

By: _____/s/_____

MATTHEW SAKKAS, ESQ. (WMS 3351)
Attorney for Plaintiff
150 Broadway, Suite 1307
New York, N.Y. 10038
Tel:   (212)693-1313
Fax:   (212)693-1314


MONTFORT, HEALY, MCGUIRE & SALLEY

By: _____/s/_____

HUGH LARKIN, ESQ. (HL 6752)
Attorneys for Defendant
1140 Franklin Avenue
P.O. Box 7677
Garden City, NY 11530-7677
Tel:   (516) 747-4082
Fax:   (516) 746-0748


May 6, 2008
So Ordered:

_____Louis L. Stanton_____
USDJ

-2-

| UNITED STATES DISTRICT COURT | Docket No.: | 07 Civ. 2950 (LLS) |
| SOUTHERN DISTRICT OF NEW YORK | Justice: | Hon. Louis L. Stanton |

YOLANDA BEJASA-OMEGA,

                                Plaintiff,

                -v.-

RONALD M. SKLON,

                                Defendant.

---

### STIPULATION SUBMITTING CASE TO BINDING ARBITRATION

---

*SAKKAS & CAHN, LLP*
Attorney for Plaintiff
150 Broadway, Suite 1307
New York, N.Y. 10038
Tel:(212)693-1313
Fax:(212)693-1314

---

TO:

MONTFORT, HEALY, MCGUIRE & SALLEY
Attorneys for Defendant
Attn.: HUGH LARKIN, ESQ.
1140 Franklin Avenue
P.O. Box 7677
Garden City, NY 11530-7677
Tel:   (516) 747-4082
Fax:   (516) 746-0748

TOTAL P.04