▯ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - -X
YOLANDA BEJASA-OMEGA,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08

                      Plaintiff,              07 Civ. 2950 (LLS)

        - against -                           ORDER

RONALD M. SKLON
                      Defendant.
- - - - - - - - - - - - - - - - - - - - - -X

    It having been reported to the Court that this action was
resolved by binding arbitration, the Clerk is directed to close
this case.


Dated:  New York, New York
        July 8, 2008

                                    _Louis L. Stanton_____
                                    LOUIS L. STANTON
                                    U. S. D. J.