**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YOLANDA BEJASA-OMEGA,

                                         Plaintiff,

                -v.-

PV HOLDING CORP. and RONALD M. SKLON,

                                         Defendants.
------------------------------------------------------------X

Docket No.:   07 Civ. 2950 (~~SWK~~)
Justice:   ~~Hon. Shirley Wohl Kram~~

STIPULATION OF DISCONTINUANCE

    IT IS HEREBY STIPULATED AND AGREED, by and between the under-signed, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, **with prejudice**, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, N.Y.
         July 17, 2008

_____
MATTHEW SAKKAS, ESQ
SAKKAS & CAHN, LLP
Attorney for Plaintiff
150 Broadway Suite 1307
New York, N.Y. 10038

_____
HUGH LARKIN, ESQ
Montfort, Healy, McGuire & Salley
1140 Franklin Avenue
P.O. Box 7677
Garden City, NY 11530-7677

*/s/ Louis L. Stanton*